SHAWN COLLINS, State Bar No. 248294
  scollins@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  949 725 4000
Facsimile:  949 725 4100

Attorney for Plaintiff
Denison Powerlifting Inc.,
dba United States Powerlifting Association

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DENISON POWERLIFTING INC., dba UNITED STATES POWERLIFTING ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DORSEY, an individual and JOE SULLIVAN, an individual; DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.  8:23-CV-00744<br><br>**COMPLAINT FOR:**<br><br>1. **DEFAMATION**<br><br>2. **INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS**<br><br>3. **PROMISSORY FRAUD**<br><br>4. **CONSPIRACY** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1
COMPLAINT

4859-6412-3734v20/107549-0000

Plaintiff DENISON POWERLIFTING INC., dba UNITED STATES POWERLIFTING ASSOCIATION ("USPA" or "Plaintiff"), by and through its attorney, hereby brings this action against JOHN DORSEY ("Dorsey") and JOE SULLIVAN ("Sullivan") (collectively "Defendants"), and alleges as follows:

## **INTRODUCTION**

1.    This case is about the incredible damage a self-proclaimed social media influencer motivated by "likes" and increasing their number of "followers" can wrought on everyday people and businesses by maliciously spreading falsehoods.

2.    Defendant John Dorsey ("Dorsey") is a self-proclaimed "social media influencer" and "journalist," and he prides himself on being social media influencers' "least favorite influencer."  Dorsey posts videos on his Instagram account, @goob_u2, accusing models and weightlifters of various bad acts, including, most often, photoshopping their photos.  As of the date of this filing, his account has roughly 122,000 followers.

3.    On January 14, 2023, Dorsey found a new target: USPA.  His express and singular goal is to "take down" USPA.

4.    Plaintiff USPA is a powerlifting association that contracts with referees and meet directors to host meets where USPA members compete in different powerlifting exercises (e.g., squat, bench press, deadlift, etc.).  Up until January 2023, USPA's business was thriving.

5.    Beginning on January 14, 2023, Dorsey posted a series of defamatory videos falsely claiming that USPA's leadership engaged in a conspiracy to cover up bad acts its contractors and employees allegedly committed.

6.    Defendant Joe Sullivan ("Sullivan") seized upon the public outcry Dorsey's posts created to drive USPA's sponsors, members, and meet directors to a competing weightlifting federation that Sullivan is affiliated with.  Shortly after

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2
COMPLAINT

4859-6412-3734v20/107549-0000

Dorsey's first video, Sullivan allied himself with Dorsey.  He repeated Dorsey's misrepresentations and attacked anyone who disputed them.

7.     Sullivan and Dorsey, who are close friends, engaged in a coordinated effort to destroy USPA.  They publicly targeted sponsors, members, and meet directors, and threatened that they must end their affiliation with USPA or face the wrath of their social media mob.

8.     As a result, USPA projects it will lose over $600,000 in the coming year.

9.     As a graduate of University of Pittsburg School of Law, Dorsey should know better.  He and Sullivan must be held accountable.

## THE PARTIES

10.     Plaintiff USPA is a corporation organized under the laws of California, with its principal place of business in Irvine, California.

11.     Upon information and belief, Defendant Dorsey is an individual domiciled in the state of Connecticut.

12.     Upon information and belief, Defendant Sullivan is an individual domiciled in the state of Nevada.

13.     Defendants Does 1-10 are persons or entities whose identities or relationships to this action are presently unknown.  Plaintiff will seek leave of Court to amend this Complaint by substituting the true names and relationships of any Doe defendants when they become known.  Each of the fictitiously-named respondents acted individually or in concert with the named Defendants and are responsible for the occurrences alleged in this Complaint.

## JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between Plaintiff and Defendants.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

3
COMPLAINT
4859-6412-3734v20/107549-0000

15. This Court has personal jurisdiction over Defendants because Defendants have engaged in intentional acts targeted at California that caused injury to Plaintiff in California, establishing sufficient minimum contacts such that exercising jurisdiction would comport with traditional notions of fair play and substantial justice. Defendants purposefully directed their activities at California by committing intentional acts, including defamation and intentional interference with contractual relationships, expressly aimed at California, knowing Plaintiff's injury would be felt in California. Defendants knew that Plaintiff was a California resident. Defendants intended to create reputational effects in California by tagging California people and entities in their defamatory Instagram posts. Defendants used California sources to prepare their defamatory statements. Defendants' defamatory statements concerned Plaintiff's California activities, including the actions taken by its California National Office and California leadership.

16. Venue in this Judicial District is proper under 28 U.S.C. § 1391, given that a substantial part of the acts, omissions, and transactions complained of herein had effect within the State of California and this Judicial District, and both Defendants are subject to this Court's personal jurisdiction with respect to this action.

## FACTUAL ALLEGATIONS

### I. Background

#### A. USPA

17. USPA is run by Founder and President, Steve Denison, and Executive Vice President, Mike Tronske. Denison founded USPA in 2010 to share his passion for powerlifting, increase interest in the sport, and create a community for fellow lifters. USPA operates by using a network of independent contractors, including Meet Directors, to organize and run powerlifting competitions (i.e., "meets" or "events").

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4
COMPLAINT
4859-6412-3734v20/107549-0000

18. USPA is one of the largest powerlifting federations in the country. It hosts meets in all fifty states.

19. However, California is its home base. It is incorporated in California, and USPA's National Office is in California. Denison and Tronske are both California residents, and they conduct the affairs of USPA from California.

20. USPA's website, including its "Contact Us" page, shows that UPSA is based in California.

21. California has, by far, more USPA members than any other state.

22. Like other powerlifting federations, USPA requires people to register as members before they can compete in its meets. This is the primary source of USPA's revenue. Each lifter must pay an annual membership fee to participate in USPA's meets.

### 1. Meet Directors

23. Meet Directors host the meets, and as such, they are the lifeblood of USPA. If Meet Directors did not put on competitions, people would have no reason to join USPA.

24. Meet Directors are incredibly valuable because a given area may have hundreds of powerlifters wanting to compete but only one Meet Director with the connections and know-how to host competitions. If that Meet Director choses to leave USPA and join another federation, the USPA members will likely do the same in order to keep competing.

25. Meet Directors are independent contractors, and each signs a Meet Director Agreement. A true and correct copy of a standard Meet Director Agreement is attached hereto as Exhibit A.

26. Exhibit A is a Meet Director Agreement with Leonetta Richardson, a California Meet Director who left the USPA due to Defendants' defamatory conduct.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

5
COMPLAINT

4859-6412-3734v20/107549-0000

27.     Meet Directors do not pay USPA or vice versa.  Meet Directors earn money by charging entrance fees for the USPA competitions they hold.

28.     Meet Directors work with a network of other USPA unpaid, independent contractors to host and officiate competitions, including Referees, Staff Officials, State Chairs, and Records Chairs.

**2.      USPA Instituted Background Checks In September 2020**

29.     In September of 2020, USPA made changes to its application process for new officials, which included new Meet Directors, new State Chairs, and new Referees.

30.     First, USPA began asking applicants to state their criminal record.

31.     Second, USPA began running background checks on the National Sex Offender Registry to ensure applicants were not on the Registry.

32.     From September 2020 through January 28, 2023 (when USPA overhauled its background check process), zero applicants appeared on the Registry.

**3.      USPA Has HR For Its National Office**

33.     USPA also retains a staff of full and part-time employees to work at its National Office.  USPA's Executive Committee, which includes Denison and Tronske and has included other members previously, is responsible for rule changes, selecting State Chairs, and disciplinary actions.

34.     During the relevant time period, USPA has contracted with a third-party human resources company ("HR") to advise on personnel issues with its National Office employees.

35.     USPA's HR provider did not serve the Meet Directors or any other independent contractors.  It only worked with USPA's employees.

36.     Through mid-January 2023, the Executive Committee operated as a de facto HR for USPA Meet Directors.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

6
COMPLAINT
4859-6412-3734v20/107549-0000

### B.     Dorsey

37.    Dorsey is a self-proclaimed social media influencer and self-anointed "journalist" who operates under the Instagram handle @goob_u2.  He describes himself as "Your favorite influencers [sic] least favorite influencer."  Under the guise of "exposing fitness frauds," Dorsey uses his social media account to humiliate social media influencers, expressing disingenuous outrage at the unremarkable reality that Instagram models sometimes use Photoshop.

38.    Dorsey falsely portrays himself as trying to help young people who believe they have to meet unrealistic standards of beauty.  The reality is that Dorsey uses the power of social media to humiliate young people in an effort to gain more followers and promote himself.

39.    On February 24, 2023, Dorsey posted a video shaming Instagram model Gracie Bon (@graciebon) for allegedly editing her photos to make it appear that she lost more weight than she did.  In the video, he displays a photo of Bon in a bikini, zooming in on her hips to point out supposed evidence of her photoshopping.

40.    On February 3, 2023, Dorsey posted a video about twenty year old college student and gymnast, Olivia Dunne (@livvydunne).  In the video, Dorsey repeatedly accuses Dunne of editing her photos, while he zooms in on her waist and rearend in photos where she is wearing revealing outfits.  He displays one photo of her in a bikini, pointing to an allegedly "bent" chair in the background as evidence that Dunne "squeeze[d] her waist in" and remarking that the chair is "not supposed to bend like that, Olivia."

41.    Dorsey has hundreds of posts like these.  As of the day of this filing, Dorsey has 999 posts.  The <u>overwhelming</u> majority of his posts are these attack videos.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

7
COMPLAINT

4859-6412-3734v20/107549-0000

42.     Dorsey's vitriol is especially pointed when someone has the gall to question him.  He frequently brags that he graduated from the University of Pittsburgh School of Law and threatens his detractors with defamation lawsuits.

43.     Dorsey amassed a sizeable following through his video takedowns. Before he began posting about USPA, Dorsey had 49.3k followers.

**C.     Sullivan**

44.     Joe Sullivan is a powerlifter with a large social media following within the powerlifting community.  His Instagram account (@joesullivan_aod) has roughly 95,600 followers as of the date of this filing.

45.     Sullivan and Dorsey are close friends.

**D.     Overview of Defamatory Instagram Posts**

46.     Since January 14, 2023, Dorsey has published 19 Instagram Posts and Reels and hundreds of Instagram Stories about USPA (hereinafter, "posts").

47.     The majority of his posts follow a similar template.  The video opens with Dorsey on his couch, generally shirtless.  He identifies one or two people associated with USPA, displays a picture of them, and then alleges they committed a crime or horrible act.  He often displays a screenshot of a document next to his face purporting to substantiate his allegations.

48.     Then, Dorsey turns his attention to the USPA and falsely alleges that the USPA covered up the individual's conduct or otherwise permitted the conduct to occur.[1]

49.     The individuals Dorsey targeted include Stephanie Bennett, Mindy Layne, James Justice, Chico Cloyne, and Aaron Skogsberg (the "Individuals").

50.     Joe Sullivan worked with Dorsey to amplify Dorsey's posts and stir up a frenzy in the powerlifting world.

---

[1] This Complaint asserts Dorsey's comments about USPA were defamatory. Dorsey's allegations that the individuals committed bad acts are not the subject of this lawsuit.

COMPLAINT

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4859-6412-3734v20/107549-0000

51.     Sullivan fed Dorsey information, broadcasted Dorsey's posts to his nearly 100,000 followers, and repeated Dorsey's false statements.

52.     Defendants gathered information from California sources in preparing their defamatory remarks.  For example, Dorsey exchanged private Instagram messages with USPA's official Instagram account (@USPAPower), USPA's California branch (@USPACalifornia), and USPA's California President (@USPASteve Denison).

53.     Additionally, Sullivan recorded a call between himself and Tronske, who was in California at the time, and then shared that recording with Dorsey, despite promising Tronske that he would keep the recording private.  Dorsey then used a clip of this recording in one of his videos.

54.     Dorsey also posted a recording of a statement Denison made from his California home office during a virtual meeting with Meet Directors on January 23, 2023.

55.     On March 2, 2023, USPA's California counsel sent cease & desist letters to Dorsey and Sullivan, instructing them to stop publishing defamatory statements about USPA and to remove specific defamatory statements from Instagram.  True and correct copies of the letters are attached hereto as Exhibits B and C.

56.     Hours later, Dorsey posted pictures of the cease & desist letter he received and stated, "please don't just cease and desist me. If you mean it, just sue me.  I'll wait for discovery - you can't sue people for posting their opinions of your poor actions."

57.     Since March 2, 2023, Dorsey and Sullivan have continued to publish damaging comments about USPA.  Neither has removed any of the Instagram posts or comments identified in the cease & desist letters.

58.     Defendants used the false claims and the scandal they manufactured to explode in popularity.  Since Dorsey started posting about USPA, his follower

COMPLAINT

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4859-6412-3734v20/107549-0000

count has increased by almost 150% (and counting).  When this started, Dorsey had about 49.3k followers, and now he has approximately 122K followers.

59.     Sullivan has likewise seen a marked increase in his followers.

## II.     DEFENDANTS ENGAGE IN SCHEME TO DEFAME USPA

**A.     Dorsey Falsely Asserts That USPA Buries Allegations of Sexual Assault By Claiming To Report Them To A HR Department That Does Not Exist.**

**1.     Dorsey Invents The Fake HR Conspiracy**

60.     In a video Dorsey posted on January 23, 2023, he concocted a conspiracy theory that USPA frequently lies to whistleblowers reporting assault by claiming to send their allegations to an HR department that does not exist (the "HR Conspiracy").

61.     Dorsey begins the video (the "Skogsberg Video") explaining that USPA decided to go forward with a competition at a South Carolina gym after Tronske received an email on July 13, 2022 (the "South Carolina Email") from a lifter stating the gym was owned by a registered sex offender named Aaron Skogsberg.

62.     Then, after describing the South Carolina Email, Dorsey displays an image of an email Tronske sent to a redacted email address stating, "We are extremely disappointed with this unacceptable behavior and the matter is pending further investigation and submission to our Human Resources Rep. to determine appropriate disciplinary action" (the "HR Email").

63.     Dorsey then announces he has identified a "pattern" in which Tronske "always gets these emails" (e.g., allegations of sexual misconduct) and then tells the whistleblower that he is going to send their report to HR.

64.     Dorsey implies this is a rouse and USPA does not actually have an HR department.  Afterall, Dorsey notes the supposed HR department is not listed

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

10
COMPLAINT

4859-6412-3734v20/107549-0000

on USPA's website, and the HR department allegedly does not "ever respond to this shit."

65.     This is an intentional fabrication.  Tronske did not send the HR Email in response to the South Carolina Email.  The two have nothing to do with each other.  However, Dorsey clearly suggests the opposite by showing one after the other (i.e., an email to Tronske from a redacted sender alleging sexual misconduct, followed by an email from Tronske to a redacted recipient promising to report the matter to HR).

66.     Tronske sent the HR Email to a USPA Referee after she sent him her statement alleging a USPA employee physically assaulted her.  After sending her the HR Email, USPA did in fact report the incident to HR.  But, before HR entered a final recommendation, USPA terminated the employee on other grounds.

67.     Further, the "pattern" Dorsey claims to have identified is based on a single email that Dorsey knows was unrelated to Skogsberg.  However, by using the email out of context and referring to other unidentified "allegations," Dorsey makes it seem—as he represents—that Tronske "always" tells whistleblowers that he is sending their matter to HR.

68.     Dorsey's message is clear: USPA harbors criminals and sex offenders, and no one is safe at a USPA meet.  Indeed, in one Instagram comment, Dorsey branded USPA the "United States p3do Association."

### 2.     Dorsey Intentionally Presents Misleading Evidence

69.     Over the next several days, Dorsey propped up his conspiracy theory with misleading evidence that USPA supposedly admitted to not having an HR.

70.     On January 25, 2023, Dorsey published two comments suggesting he had proof that USPA admitted to not having an HR.  On January 26, 2023, Dorsey posted a comment stating, "[F]ire [M]ike Tronske for not taking victims of abuse emails seriously and pretending to send them to an HR department that they have

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

since admitted never existed!"  And, on January 27, 2023, Dorsey posted an audio recording of Denison stating USPA did not have HR.

71.     This was an intentional distortion of the truth.

72.     On January 23, 2023—the same day Dorsey posted the Skogsberg Video and created the HR Conspiracy—Denison and Tronske hosted a virtual meeting from their offices in California with a number of its Meet Directors and State Chairs, including Corey Knight.

73.     On information and belief, another Meet Director sent Dorsey a recording of the meeting.

74.     During the meeting, Knight, who likely had just watched the Skogsberg Video, addressed Denison and stated, "There's no HR person. You lie, just say it. People would much rather hear that."  Denison confusingly responded, "All we have is an EC, you know, we don't have an HR."

75.     Denison meant that USPA does not have an HR department for its Meet Directors, but it has an HR for its National Office employees.  The EC or Executive Committee functions as the de facto HR for the Meet Directors.

76.     Minutes later, Denison and Tronske clarified this point.  Tronske stated, "I think, Steve, you misspoke in regard[s] to 'We don't have HR.'  We do have an HR, but . . . it's just for employees."  Denison agreed: "It's just for our full-time employees."

77.     However, this clarification appeared nowhere in Dorsey's January 25 or 27th posts where he flatly asserts that USPA has admitted it has no HR.  For example, in the January 27, 2023 post, Dorsey only uploaded a recording of the 17 second exchange between Denison and Knight where Denison says, "We don't have an HR."

78.     This was intentionally misleading.  Dorsey knew USPA had an HR, but, instead of presenting the truth, he cherrypicked a misleading quote and used it to support his false narrative.

COMPLAINT

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4859-6412-3734v20/107549-0000

### 3.    Dorsey Stokes The Flames Of The HR Conspiracy

79.    Dorsey repeated and embellished these fabrications in an interview he did in or around February 2023 as part of his effort to drive people away from the USPA.

80.    In the interview, Dorsey states, "[T]he whole problem with the USPA was we had a lot of reports and they were sent to this email inbox and none of them were fucking handled."

81.    In the interview, he also falsely claimed he "pitched" to USPA the idea of having a board that oversees complaints but "[USPA] told [Dorsey and his affiliates] to go fuck themselves."

82.    This is all false.  There is no trove of emails that were sent to HR that were never handled.

83.    Dorsey made this up out of whole cloth.  USPA's HR only received emails from USPA's National Office Staff concerning matters with USPA's full time employees in its National Office.  Meaning, Dorsey would have no means of knowing what matters were submitted to HR or whether they were handled.

84.    On information and belief, the HR Email is the only record Dorsey has of a matter being referred to HR.  And, that matter was handled.  The employee was terminated.

85.    Also, Dorsey has never "pitched" any idea to USPA.  USPA has never met with Dorsey or had a substantive phone call with him.

86.    Regardless, Dorsey uses these untruths to perpetuate the myth that no one is safe at USPA because USPA is riddled with sex offenders, and the top executives not only know this but actively protect the many sex offenders within the organization.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

13
COMPLAINT

4859-6412-3734v20/107549-0000

**B.     Dorsey Falsely Claims USPA Does Not Conduct Background Checks**

87.     On January 14, 2023, Dorsey released his first video about USPA, and Steve Denison reached out to Dorsey from his personal Instagram account (@uspastevedenison) to correct falsehoods and provide clarifying information.

88.     Dorsey asked, "what kind of check or background check is done on referees / chairs before appointing?"  Denison responded that USPA "does a background check on all new referees and anyone volunteering for a position in the USPA" to ensure there are no "sexual offenders or pedophiles" working for the organization.

89.     On or around January 16, 2023, USPA sent Dorsey a message from its @uspapower account stating, USPA runs "background checks through the national sex offender registry."

90.     Nonetheless, on January 17, 2023 Dorsey released two posts, falsely claiming that USPA does not perform background checks, and he has continued to spread this false narrative.

91.     For example, on January 28, 2023, Dorsey posted a video discussing the fallout of his campaign against USPA, stating: "Did you guys really hire a PR firm before you implemented background checks?"

92.     Dorsey has repeatedly spread this falsehood in comments and captions on his videos.  For example, Dorsey stated on January 17, 2023, "Steve lied to all of you when he said they were doing background checks in 2020.  They never did.  Steve lied."

**C.     Sullivan Conspires With Dorsey To Defame USPA**

93.     Sullivan conspired with Dorsey to spread defamatory statements about USPA in an effort to drive the company out of business.

94.     Defendants each agreed to defame USPA and drive it into the ground in order to increase Defendants' notoriety and, in turn, their social media

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

14
COMPLAINT

4859-6412-3734v20/107549-0000

following.  Indeed, Sullivan has publicly admitted to working with Dorsey in his smear campaign.  For instance, on January 22, 2023, Sullivan thanked Dorsey for helping him ostracize USPA, stating, "Thanks for the assist on this @goob_u2 grateful to call you a friend even if you scare the shit out of me with the extent of your capability lmao."

95.     Sullivan has admitted to working with Dorsey since the beginning.  For example, on January 17, 2023, Sullivan commented on one of Dorsey's posts, "[I] have been engaged with this story from the beginning dude."

96.     Sullivan furthered the conspiracy by sharing Dorsey's posts on his own Instagram.  This had a profound effect because Sullivan is a renowned powerlifter with significant influence in the powerlifting community.  By sharing Dorsey's posts and repeating his falsehoods, Sullivan gave the falsehoods a credibility in the powerlifting world that Dorsey alone could not provide.

97.     Sullivan also furthered the conspiracy by conducting research for Dorsey.  On information and belief, Dorsey directed Sullivan to set up a call with Tronske, record it, and try to capture a sound-bite Dorsey could use.

98.     On January 21, 2023, Sullivan called Tronske, who was in California, and asked if he could record the call.  Tronske consented on the condition that Sullivan only use the recording for personal, note-taking purposes and not share it.

99.     Sullivan falsely promised he agreed and immediately shared the recording with Dorsey (who admittedly possesses the full recording, including Tronske's statements that he did not consent to sharing the recording).

100.     The next day, on January 22, 2023, Dorsey posted a clip from the call of Tronske and falsely stated that Tronske admitted that USPA does not conduct background checks.

101.     Sullivan also advanced the conspiracy by tagging USPA Meet Directors and Sponsors in Dorsey's posts, demanding they disassociate with USPA or be labeled complicit in USPA's alleged evil machinations.  (*See* Section V.)

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4859-6412-3734v20/107549-0000

102.   Sullivan did not simply share Dorsey's posts.  He repeated the false statements, including the HR Conspiracy.  In or around late January 2023, Sullivan posted, "how can anyone be expected to trust @usapower when there was no HR department all of these complaints were sent to?  I am in disbelief."

**D.   Dorsey Reiterates His Statements Are "True" And "Facts" And Appeals To His Credentials To Bolster His Claims**

103.   To substantiate these claims, Dorsey contends that he has recordings of USPA admitting that it has no HR department and does not run background checks, he has done his due diligence in investigating these claims, he is telling the truth, and he should be trusted because he is a journalist and a law school graduate.

104.   For example, on January 25, 2023, Dorsey responded to someone questioning his claims, stating, "I have a recording of the president on a 77 minute phone call admitting to no background checks and another audio clip of them admitting to no HR – so yes – I do my due diligence and yes they have admitted everything I've claimed was true.  Where's yours law degree from?  I graduated pitt law."

105.   The same day, Dorsey stated in a comment, "I just cover the truth.  I'm a journalist.  It's not about 'a chance to change' it's about the lies they got caught in.  Namely with HR that didn't exist and background checks that never happened."

106.   This is all specious bluster.  As noted above, USPA never "admitted" to not having HR.  Dorsey simply plucked a quote out of context to mislead his audience into believing USPA had no HR.

107.   Dorsey did not do his due diligence as a law school graduate or as a self-anointed journalist.  He fabricated the HR Conspiracy out of whole cloth and falsely claimed that USPA does not run background checks despite USPA's unequivocal messages to the contrary.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

16
COMPLAINT

4859-6412-3734v20/107549-0000

108.   Dorsey does not have a 77 minute recording of USPA's President admitting that USPA does not perform any background checks.  In actuality, Dorsey has the recording of the January 21, 2023 phone call between Joe Sullivan and Tronske that Sullivan made and shared without Tronske's consent.  At no point during the call did Tronske state that USPA does not run any background checks.

109.   In an attempt to further bolster his claims, Dorsey falsely claimed in an interview to have called USPA's attorney and brow beat him into admitting that USPA does not have a case against Dorsey.

110.   Specifically, Dorsey claimed: "I called the attorney for the for the USPA, which is like, it's like because I'm aggressive as fuck.  Nobody's going to cease and desist me and make me shut up.  I'm going to call your fucking attorney before you cease and desist me.  And I said, 'Hey, I'm the guy in that email that you guys are talking about.  One, big fucking mistake.  I don't know if you really want to to disparage me publicly to your 40, 60, 80,000 members.  And two, don't be a pussy and cease and desist me.  File or shut the fuck up.'  And he was like 'oh we're not, we're not, we're not doing anything.  You know, that's that's not a thing that we're doing.'  I was like, 'Okay, thanks.'  And hung up like, go fuck yourself, bro."

111.   This did not happen.  Dorsey has never spoken with the undersigned counsel, nor any other attorney at Stradling Yocca Carlson & Rauth.  On information and belief, based on discussions with USPA's prior counsel, Dorsey has never spoken with USPA's prior counsel, Richard Rudolph, either.

**E.     Dorsey Falsely Claims USPA Failed To Act When It Learned of Agents' Misconduct**

**1.     Stephanie Bennett**

112.   On January 14, 2023, Dorsey posted a video about Stephanie Bennett, a former Meet Director and Vermont State Chair.  Dorsey's video included footage

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

17
COMPLAINT

4859-6412-3734v20/107549-0000

someone else had posted earlier showing Stephanie Bennett putting her hands down her pants and then rubbing her hands on what appears to a be neighbor's front door (the "Bennett Video").

113.   In Dorsey's post, he claims that after the Bennet Video surfaced, USPA President Denison promised to "address" the situation but never did.

114.   This is false.  Tronske terminated Bennett on January 8, 2023—two days after seeing the Bennett Video.  Meaning, when Dorsey claimed on January 14, 2023 that USPA never "address[ed]" the situation, Bennett had already been terminated for almost a week.

115.   Shortly after Dorsey posted his video on January 14, 2023, Denison messaged Dorsey that Bennett had already been terminated, but Dorsey refused to retract his false statement.

116.   Before posting the video, Dorsey did not contact USPA to ask if it had taken any disciplinary action against Bennett.  On information and belief, he did not reach out to Bennett either.

117.   In the January 14, 2023 post, Dorsey also knowingly misrepresented that Denison "never followed up" on a series of complaints lodged against Bennett by a lifter named Tyrell Sykes.

118.   Dorsey knew this was false because he possesses email correspondence between Denison and Sykes showing USPA following up with Sykes, asking for more information about his claims, and investigating his allegations.

### 2.   Chico Cloyne

119.   On January 22, 2023, Dorsey posted a video about Roman "Chico" Cloyne (the "Cloyne Video"), who served as USPA's Vice President of Business Development from August 1, 2022 to January 21, 2023, the day before Dorsey's video.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

18
COMPLAINT

4859-6412-3734v20/107549-0000

120.   In the Cloyne Video, Dorsey claims that USPA fired Cloyne earlier that day because USPA feared that stories about Cloyne would "com[e] out."  He proclaimed, "You fired Chico to save yourselves."

121.   This is false.  USPA fired Cloyne on January 21, 2023 due to an offense that came to USPA's attention on January 20, 2023.

122.   Before posting the Cloyne Video, Dorsey did not contact USPA to inquire about its reasons for terminating Cloyne.  On information and belief, he did not reach out to Cloyne or any other person either.

123.   In the Cloyne Video, Dorsey also alleged that a female powerlifter, E.C., reported a violent incident involving Cloyne ("E.C. Incident") to USPA and that Tronske responded via email on January 4, 2023 saying that he would forward the matter to HR, but "Nothing ever became of it."[2]

124.   To the contrary, USPA conducted an extensive internal investigation of this incident starting in December 2022 and ultimately filed a report with HR on January 11, 2023.

125.   However, before HR had an opportunity to make a recommendation regarding this assault, USPA terminated Cloyne for a separate offense.

126.   Dorsey would have known that his claims were false if he had reached out to USPA to confirm his allegations, but he chose not to.

## III.   DEFENDANTS WHIP DEFAMATORY STATEMENTS INTO A GIANT SCANDAL AMONG CALIFORNIA POWERLIFTERS IN EFFORT TO INCREASE DEFENDANTS' FOLLOWING AND NOTORIETY

127.   Defendants' singular and stated goal is to "take down" USPA, a California corporation whose membership base is disproportionately represented by California citizens.

_____

[2]  This is the HR Email that Dorsey later uses to establish the HR Conspiracy.

COMPLAINT

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4859-6412-3734v20/107549-0000

128.   Though they profess the nobility of their cause, Defendants' motive in targeting USPA is self-aggrandizement.  Their plan is to promote themselves as the "heroes" who "exposed" USPA and, in turn, attract more social media followers.

129.   Dorsey and, to a lesser extent, Sullivan, are the primary sources of the misinformation about USPA, in that they authored and spread the information themselves.

130.   As several Instagram comments show, the lies about USPA were not publicly available and could only be found on Defendants' social media accounts. For instance:

a.      In one comment, Instagram user @doug.robertson asks: "What's going on? I tried googling and couldn't find anything."  In response, @jared_bobak states: "Watch the past weeks videos on @goob_u2."  Similarly, @diwade.921 states: "@goob_u2 and @joesillivan_aod have reels about it. Goobs has most of it."

b.      In another comment, Instagram user @lil_raspy states: "I tried googling what's going on…what's happening with USPA?"  In response, @izzyparra.s states: "go watch @goob_u2 !"  In addition, @badazz_mentality asks "@5foot2cool is this true," and @5foot2cool responds "yes look at @goob_u2 page."

c.      In yet another comment, Instagram user @feelingfitish states: "I'm so lost."  In response, @djredmond22 states: "go check out @goob_u2 he found a lot of scumbags being covered up."  In addition, @kg_strength states: "read above, same question was asked.  Looks like sex offenders are part of USPATX & pioneer belts has stopping helping with sponsorships."

d.      In a comment on another post, Instagram user @the_fitkid states "I looked and I don't see an explanation," and @jared_bobak responds "watch [Dorsey's] last week's worth of videos."

COMPLAINT

e.     In another comment, Instagram user @crandall.fitness posted "??"  In response, @bigdaddyemily states: "go to @goob_u2 page."

### A.     The Defamation and Public Outcry Concerns USPA's California Conduct

131.    On information and belief, Defendants knew that USPA is headquartered in California and that Denison and Tronske are California residents. For instance, USPA's website's Contact Us lists a California address, and Steve Denison's personal Instagram account, which Dorsey messaged, shows pictures of him living in California.

132.    While many of Dorsey's posts begin by alleging that a USPA contractor committed a crime or was charged with an offense, the thrust of Dorsey's defamation concerns what USPA's California leadership knew and did from its California headquarters.

133.    For example, the HR Conspiracy concerns whether Tronske, a California resident, reported allegations to USPA's California-based National Office's HR.  The background check conspiracy concerns whether Denison, a California resident, lied when he said that USPA's National Office was implementing background checks.  Similarly, the false statements about Bennett and Chico concern USPA's termination of them and whether USPA's leadership investigated the claims against them.

134.    This is not lost on Defendants' followers.  The public outrage concerns Defendants' allegations against USPA and its California leadership, rather than the individuals who are the subject of Dorsey's videos.

135.    The following comment from Instagram user @allisonjoyfitness aptly sums up the public's takeaway from Defendants' smear campaign: "[USPA] wont' change from the top.  They pretended they changed their policy in 2020 when they said they implemented background checks and didn't.  If this is an organization for the lifters, they'd have taken peoples reports of issues with refs and directors that

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

21
COMPLAINT

4859-6412-3734v20/107549-0000

are the 'sickos' seriously, but everyone's valid complaints fell on deaf ears.  It's not dramatic when we see how many times they have failed to follow through.  I'm seeing tons of meet directors and refs leave the federation since all of this has been made public and they realize they weren't just dealing with a one off situation.  If they hadn't lied before then maybe people would be less 'dramatic.'"

### B.    Defendants Tarnish USPA's Reputation In California

136.    As part of their effort to take down USPA, Defendants purposefully increased the circulation of their defamatory statements among the California public by tagging California people and entities, including USPA (@USPAPower) and California Meet Directors.

137.    The list of Californians that Dorsey tagged includes but is not limited to: USPA (@USPAPower), Steve Denison (@USPASteveDenison), USPA's California branch (@USPACalifornia), and Larry Pollack (a California Meet Director).

138.    Sullivan also tagged Californians, including California Meet Director Lord Elliott and California Meet Director and gym owner, Rick Simmons.

139.    By tagging these people and entities, Defendants purposefully directed their defamation towards a California audience.  They did not tag these people just to spread the message to California.  They tagged these Californians to intimidate them or—in the case of USPA—their followers to disassociate with USPA or else be judged by their Californian neighbors as complicit in USPA's conduct.

140.    Defendants' defamation injured USPA's reputation in the estimation of the California public.  On January 18, 2023, one of Dorsey's followers wrote, "@uspacalifornia you guys are too late. Y'all an embarrassment."

141.    California gyms announced that they would no longer host USPA meets, which forced California Meet Directors to cancel upcoming meets.  For example, Robert Speno, a California Meet Director, had to cancel three USPA

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

22

COMPLAINT

4859-6412-3734v20/107549-0000

meets because Barbell Brigade in Los Angeles and Fitness Underground Gym in Upland refused to host the meets.

142. Another California meet director, Lord Elliott, simply stopped running meets after he had to cancel one in Coalinga, California due to low participation and another gym, the Iron Office in Fresno, refused to host USPA events.

**C.    Defendants Drive People To Join California Competitor**

143. As a part of their scheme to "take down" USPA, Defendants have sought to push USPA's members and Meet Directors to join World Raw Powerlifting Federation ("WRPF"), a California-based competing powerlifting federation.

a.    For instance, on March 2, 2023, Dorsey posted the cease and desist letter he received from USPA on Instagram and tagged WRPF.

b.    In addition, on March 9, 2023, Dorsey appeared on Episode #186 of the YouTube show Hybrid Unlimited.  In the interview, Dorsey explains that WRPF invited him to commentate for the Ghost Clash meet—one of WRPF's most prominent events—despite admitting that he doesn't "know anything about powerlifting."  In the video, Dorsey is wearing a "Ghost Clash" t-shirt, in-effect promoting the WRPF while telling the world about how he "brought down" USPA and what a terrible organization USPA is.  He goes on to say "I think the only way to get rid of [USPA] is for everybody to join a federation that gives a shit about you."

c.    On information and belief, Sullivan has joined WRPF and is actively moving his clients to WRPF from USPA so that they can compete in WRPF meets instead of USPA meets and pay membership dues to WRPF instead of USPA.

144. Dorsey's promotion of WRPF is particularly galling because he has been made aware of accusations regarding WRPF which mirror the accusations against USPA that Dorsey purports to take such great issue with.  For example:

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

23
COMPLAINT

4859-6412-3734v20/107549-0000

a.     In one comment, Instagram user @jesska_smith commented: "Jesus. It never ends.  Just Someone let him loose on the WRPF so everyone can quit acting like a USPA is the only problem [] powerlifting is toxic in both feds." Instagram user @rockflageagle replied to this comment stating: "@jesska_smith a prominent power lifter in the WRPF has threatened to shoot an ex and had to go to court over it.  There is PLENTY of juice to squeeze there from that ONE guy, can imagine there's a few others trying to skate by, too."  In response, @jesska_smith stated: "@rockflageagle I know for a FACT there's a lot to squeeze."

b.     In another comment, Instagram user @pchang978 commented" "Glad you're bringing this to light.  You've got some pedo, predator, and domestic abusers in the WRPF too (refs).  Basically no fed is morally safe to compete in these days and it's a damn shame."

c.     In his appearance on Hybrid Unlimited, Dorsey states that he is aware that WRPF does not run background checks but excuses it because "they reached out to [him]."

145.   Dorsey's unrelenting aggression against USPA juxtaposed with his apparent indifference towards similar issues within WRPF further suggests that his intentions are not as pure as he professes.  It is clear that Dorsey's singular goal is to "take down" USPA so that he can promote himself as the "hero" who exposed their alleged evil ways.  Indeed, the episode of Hybrid Unlimited that Dorsey appeared on is entitled (in part) "How I Brought Down USPA," and during the interview, Dorsey boasts about how he destroyed USPA.

**IV.     Dorsey And Sullivan Engage In A Coordinated Attack To Drive Meet Directors, Members, and Sponsors To Leave USPA**

146.   Sullivan and Dorsey have engaged in a coordinated social media attack to spread defamatory statements about USPA to cause its members, Meet Directors, and sponsors to abandon USPA, and, thereby drive it into the ground.

COMPLAINT

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4859-6412-3734v20/107549-0000

147.   For instance, in a comment on Dorsey's January 28, 2023 post, Sullivan commented: "Jump ship or go down with it.  I'm very sorry I couldn't help you, but at this point it's very obvious nobody could.  RIP to the USPA."

148.   Dorsey posted screen shots of several sponsors announcing that they are leaving USPA, captioning the post: "Thank you to all of the former USPA sponsors who are voting with their wallets."

149.   Both Sullivan and Dorsey have made an emphasis of pushing sponsors and Meet Directors to leave USPA.  For example, Sullivan tagged several USPA Meet Directors in an Instagram story ("Sullivan Instagram Story"), stating: "Tagging everyone who has remained whom I have respect for.  No response needed, but this is a continuing effort into how horribly you can treat your consumer base and still retain them due to fear."  Further, Dorsey contacted USPA sponsor Pioneer Belts directly in an effort to persuade it not to sponsor a USPA event, and it ultimately did not sponsor this event.

150.   After Meet Director Danny Sawaya, who operates the Instagram account @tucsonstrength, announced in an Instagram video that he intended to remain with USPA, Dorsey commented stating "I'll likely be covering @tucsonstrength and his commentary in a video soon."

151.   As a direct and proximate result of the false statements in Dorsey's posts and Dorsey's and Sullivan's concerted social media conduct, many USPA Meet Directors have left USPA for other federations or stated that they would no longer host meets.

152.   For example, Leonetta Richardson, a Meet Director from Moreno Valley, California, left the USPA and joined WRPF in the wake of Defendants' posts.

153.   On February 20, 2023, Meet Director Jordan Jarrell, one of the Meet Directors tagged in the Sullivan Instagram Story, texted Denison to let him know he "[wouldn't] be hosting any more USPA meets."  Jarrell operates the Instagram

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4859-6412-3734v20/107549-0000

account @dadbod220, which was tagged in the Sullivan Instagram Story.  Jarrell is now a meet director for WRPF.

154.   On January 29, 2023, Meet Director Sergio Luna announced on his Instagram that he "ha[d] submitted [his] resignation letter and once all [his] obligations have been met, [he] will be stepping down" because he "can no longer stand with [USPA] in the same confidence [he] once had."  Luna is now a meet director for WRPF.

155.   On March 19, 2023, Meet Director Christopher Nicolai announced on his Instagram: "Due to the information released and how the situation was handled among a list of many other reasons this past weekend was my last meet as a USPA meet director."  Nicolai is now a Meet Director for WRPF.

156.   Defendants' conduct is projected to cost USPA over $600,000 in revenue over the next year.

157.   Defendants are continuing to tarnish USPA's reputation, while riding the coattails of this scandal that they have manufactured.  All the while, USPA's brand is suffering more and more damage, and the organization is continuing to lose sponsors, members, and meet directors.

## FIRST CAUSE OF ACTION

### Defamation

*(Against Defendant John Dorsey)*

158.   Plaintiff repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 157 as though fully set forth herein.

159.   USPA is a private figure.  It does not  occupy a position of such persuasive power and influence that it can be deemed a public figure for all purposes.  In addition, it has not voluntarily injected itself into a public controversy such that it can be deemed a public figure for a limited range of issues.

4859-6412-3734v20/107549-0000

160.   Dorsey made false, derogatory statements indicating USPA knew about and covered up certain contractors and employees' bad acts and that USPA does not have a background check process and lied about implementing one.

161.   Specifically, Dorsey made false statements, including but not limited to:

a.   Claiming there was a pattern of USPA falsely telling whistleblowers that it will forward their reports to HR;

b.   Stating that USPA does not have an HR department and is lying about having an HR department;

c.   Claiming that he "pitched" to USPA the idea of having a board that oversees complaints but "[USPA] told [Dorsey and his affiliates] to go fuck themselves;"

d.   Stating "the whole problem with the USPA was we had a lot of reports and they were sent to this email inbox and none of them were fucking handled;"

e.    Stating that USPA does not run background checks and lied about implementing background checks;

f.   Intentionally taking a recording of a call between Sullivan and Tronske out of context to create the false impression that USPA admitted it does not run background checks;

g.   Claiming to have called USPA's attorney and brow beat him into admitting USPA does not have a case against Dorsey;

h.   Claiming that after the Bennet Video surfaced, Denison promised to "address" the situation but never did;

i.   Claiming that Denison promised to look into a series of complaints lodged against Bennett by Sykes but "never followed up;"

j.   Asserting that USPA "fired Chico [Cloyne] to save [itself];" and

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

27
COMPLAINT

4859-6412-3734v20/107549-0000

k.   Stating that USPA took no action when it learned about the E.C. Incident.

162.   USPA alleges that Dorsey's defamatory statements and actions are more extensive than that which is discussed above.

163.   These statements were made on Dorsey's public Instagram account and were accessible to any Instagram user, and on information and belief, were actually read and heard by thousands of Instagram users.

164.   The defamatory statements were made to third parties who understood the defamatory meaning behind the statements and who understood that such defamatory statements were specifically and unambiguously being made about USPA.

165.   The above described defamatory statements made by Dorsey were untrue and were made solely to injure USPA in respect to its trade, profession and business by imputing general disqualification with its occupation.  Hence, such defamatory statements constitute libel per se.

166.   Dorsey knew some of the defamatory statements he made were untrue or had serious doubts about the truth of the statement, and Dorsey failed to use reasonable care to determine the truth or falsity of his other defamatory statements.

167.   Dorsey made the above statements with malice, hatred and ill will, and the intent and purpose behind these defamatory statements was to harass, malign, and destroy USPA's reputation and increase Dorsey's own notoriety.

168.   As a direct and proximate result of Dorsey's wrongful conduct, USPA has suffered and continues to suffer actual damages in an amount to be determined at trial.

///

///

///

///

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

28
COMPLAINT

4859-6412-3734v20/107549-0000

## SECOND CAUSE OF ACTION

### Intentional Interference with Contractual Relations

*(Against Defendants John Dorsey and Joe Sullivan)*

169.    Plaintiff repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 168 as though fully set forth herein.

170.    USPA had established contractual relationships with several Meet Directors.  A true and correct copy of a standard Meet Director Agreement is attached hereto as Exhibit A.  USPA's contracts with its Meet Directors were at-will.

171.    Defendants were aware of USPA's contractual relationships with these Meet Directors.  Indeed, both Sullivan and Dorsey have made an emphasis of pushing Meet Directors to leave USPA.  For example, Sullivan tagged several USPA Meet Directors in the Sullivan Instagram Story, stating: "Tagging everyone who has remained whom I have respect for.  No response needed, but this is a continuing effort into how horribly you can treat your consumer base and still retain them due to fear."

172.    In addition, Dorsey made a post about at least one Meet Director (Stephanie Bennett).  He has a recording of Tronske explaining that the USPA Executive Committee functions as the de facto HR for Meet Directors because they are not USPA employees, and he received that recording from a Meet Director.  All of this further evidences that Dorsey was aware of USPA's contractual relationships with Meet Directors.

173.    Defendants intended to disrupt the performance of the contractual relationships between USPA and its Meet Directors, or knew that disruption of performance was certain or substantially certain to occur, by intentionally and maliciously defaming and conspiring to defame USPA in the hopes that it would induce Meet Directors to terminate their business relationships with USPA.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

29
COMPLAINT

4859-6412-3734v20/107549-0000

Defendants' defamatory and conspiratorial conduct constitutes independently wrongful conduct.

174.   Defendants' conduct actually induced or caused, and will continue to induce or cause, USPA's Meet Directors to terminate or reduce their contractual relationships with USPA.

175.   As a direct, proximate, and foreseeable result of Defendants' actions, USPA has suffered and continues to suffer substantial losses and damages in an amount to be proven at trial.

### THIRD CAUSE OF ACTION

**Promissory Fraud**

*(Against Defendant Joe Sullivan)*

176.   Plaintiff repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 175 as though fully set forth herein.

177.   Sullivan promised Tronske on January 21, 2023 at the start of his call with Tronske that if Tronske allowed Sullivan to record the call, Sullivan would not release the recording to any person who was not on call.

178.   This was an intentional misrepresentation.  Sullivan intended to release the recording to Dorsey when he made this promise.

179.   Tronske reasonably relied on Sullivan's promise not to release the recording to any person who was not on the call.

180.   Sullivan intended that Tronske rely on this promise, because Tronske stated that he would not consent to the recording unless Sullivan promised not to release the recording to anyone not on the call.

181.   Sullivan released the recording to Dorsey on January 21, 2023 or January 22, 2023.

182.   As a direct, proximate, and foreseeable result of Tronske's reliance on Sullivan's promise, USPA has suffered and continues to suffer substantial losses and damages in an amount to be proven at trial.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

30
COMPLAINT

4859-6412-3734v20/107549-0000

## **FOURTH CAUSE OF ACTION**

### **Conspiracy**

*(Against Defendants John Dorsey and Joe Sullivan)*

183.   Plaintiff repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 182 as though fully set forth herein.

184.   Defendants formed an agreement and common design to defame USPA that constituted a wrongful civil conspiracy.

185.   As set forth above, the object of the conspiracy was to defame USPA and drive it into the ground in order to increase Defendants' notoriety and, in turn, their social media following.  Each of the Defendants knowingly participated in one or more material aspect of the civil conspiracy through overt acts alleged above.  Upon information and belief, Defendants had a meeting of the minds as to the objectives and benefits to be obtained, as well as the harm that would—and ultimately did—proximately result.

186.   As set forth above, Defendants each agreed to defame USPA and drive it into the ground in order to increase Defendants' notoriety and, in turn, their social media following.

187.   To further the conspiracy, Dorsey (1) published 19 Instagram Posts and Reels and hundreds of Instagram Stories defaming USPA ("posts"); and (2) gave an interview in February 2023 in which he further defamed USPA.  Between the posts and the interview, Dorsey made the defamatory statements identified in paragraphs 161(a) through 161(k) above.

188.   In furtherance of the conspiracy, Sullivan (1) shared Dorsey's posts on his own Instagram, which, because Sullivan is a renowned powerlifter with significant influence in the powerlifting community, gave Dorsey's falsehoods a credibility in the powerlifting world that Dorsey alone could not provide; (2) set up a call with Tronske and recorded it in an effort to capture a sound-bite that Dorsey could use to paint USPA in a negative light; (3) falsely promised Tronske he would

COMPLAINT

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4859-6412-3734v20/107549-0000

not release the recording and then provided the recording to Dorsey for use in one of his posts; (4) tagged USPA Meet Directors and Sponsors in Dorsey's posts, demanding they disassociate with USPA or be labeled complicit in USPA's alleged evil machinations; (5) repeated Dorsey's false statements.

189.   As a result, Defendants are jointly and severally liable for the damages caused to USPA.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment and relief against Defendants as follows:

1.  For damages in an amount to be proven at trial;

2.  For an award of punitive damages; and

3.  For such further relief as the Court deems just and proper.

DATED:  April 28, 2023          STRADLING YOCCA CARLSON & RAUTH
                                A PROFESSIONAL CORPORATION


                                By:  */s/ Shawn Collins*
                                     Shawn Collins

                                Attorney For Plaintiff
                                Denison Powerlifting Inc.,
                                dba United States Powerlifting Association

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

32
COMPLAINT
4859-6412-3734v20/107549-0000