1  SHAWN COLLINS, State Bar No. 248294
       scollins@stradlinglaw.com
2  STRADLING YOCCA CARLSON & RAUTH LLP
   660 Newport Center Drive, Suite 1600
3  Newport Beach, CA 92660-6422
   Telephone:  949 725 4000
4  Facsimile:  949 725 4100

5  Attorneys for Plaintiff
   Denison Powerlifting Inc.,
6  dba United States Powerlifting Association

7                **UNITED STATES DISTRICT COURT**

8                **CENTRAL DISTRICT OF CALIFORNIA**

9                    **SOUTHERN DIVISION**

10

11  DENISON POWERLIFTING            CASE NO. 8:23-cv-00744 JWH (KESx)
    INC., dba UNITED STATES
12  POWERLIFTING                    Honorable John W. Holcomb
    ASSOCIATION,                    Magistrate Judge: Karen E. Scott

13              Plaintiff,          **JOINT STATEMENT OF**
                                    **UNDISPUTED FACTS AND**
14         vs.                      **GENUINE DISPUTES**

15  JOHN DORSEY, an individual and  **Hearing**
    JOE SULLIVAN, an individual,    Date:  November 22, 2024
16  DOES 1 through 10, inclusive,   Time:  9:00 am
                                    Ctrm.: 9D
17              Defendant.

18

19                                  Complaint Filed:  April 28, 2023
                                    Trial Date:       January 27, 2025
20

21

22

23

24

25

26

27

28

STRADLIN
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4856-4287-1795v2/107549-0000

| No. | Proponent | Statement of Fact | Supporting Evidence | Opponent's Response | Proponent's Reply |
|---|---|---|---|---|---|
| 1 | Plaintiff | United States Powerlifting Association ("USPA") is a powerlifting association that contracts with referees and meet directors. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶¶ 1-2 | Undisputed. | |
| 2 | Plaintiff | USPA, through referees and meet directors, hosts meets where USPA members compete in different powerlifting exercises. | Joint Exhibit Part I at JE_00711-12, Declaration of Steve Denison, ¶ 2 | Disputed. Objection. Plaintiff cites to no evidence on the record, i.e., assumes facts not in evidence. FRE 602. | |
| 3 | Plaintiff | USPA did not issue a public response to Dorsey's defamatory videos and social media posts until January 19, 2023. | Joint Exhibit Part I at 00711-12, Declaration of Steve Denison, ¶ 9 <br><br> Joint Exhibit Part I at JE_00773-74, Declaration of Mike Tronske, ¶ 8 | Disputed. <br> (1) Objection to Tronske and Denison Declarations. Legal argument/conclusion. *See* Court's Standing Order, ¶14(b); *see also* L.R. 7-7. <br> Denison and Tronske make legal arguments/conclusions as to whether USPA is a private figure, public figure, voluntarily injected itself into a matter of public controversy, and classify Dorsey's posts as defamatory. <br> (2) Objection. Speculative. FRE 602. FRCP 56(c)(4). <br> (3) Objection. Relevance. FRE 401. <br> Dorsey does not claim that it is USPA's response to his posts that makes it a limited purpose public figure. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 4 | Plaintiff | In response to Dorsey's defamatory posts, USPA sent out four e-mails to its members between January 28, 2023, and September 20, 2023. | Joint Exhibit Part I at JE_00711-12, Declaration of Steve Denison, ¶ 9 <br><br> Joint Exhibit Part I at JE_00773-74, Declaration of Mike Tronske, ¶ 8 | Disputed. <br> (1) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b); see also L.R. 7-7. <br> (2) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(4). These are bare conclusory statements that do not identify who specifically sent the emails or made the posts, the exact dates of the emails or the posts, or what they stated, how Denison or Tronske know these facts. <br> (3) Objection. Plaintiff cites to no evidence on the record. | |
| 5 | Plaintiff | USPA made six posts to its Instagram account between January 19, 2023 and March 24, 2023 in response to Dorsey's defamatory posts. | Joint Exhibit Part I at JE_00711-12, Declaration of Steve Denison, ¶ 9 <br><br> Joint Exhibit Part I at JE_00773-74, Declaration of Mike Tronske, ¶ 8 | Disputed. <br> Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(4). These are bare conclusory statements that do not identify the exact posts, the exact dates of the posts, or what they stated, or how Denison or Tronske know these facts. | |
| 6 | Plaintiff | Steve Denison founded USPA in 2010. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 1 | Undisputed. | |
| 7 | Plaintiff | In January of 2023, USPA was run by Founder and President, Steve Denison, and Executive Vice President, Mike Tronske. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 1 <br> Joint Exhibit Part I at JE_00772, Declaration of Mike Tronske, ¶ 1 | Undisputed. | |
| 8 | Plaintiff | USPA operates by using a network of independent contractors, including Meet Directors. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 2 | Undisputed. | |
| 9 | Plaintiff | Meet Directors organize and run powerlifting competitions (i.e., "meets" or "events"). | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 2 | Undisputed. | |
| 10 | Plaintiff | USPA requires people to register as members before they can compete in its meets. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 3 | Undisputed. | |
| 11 | Plaintiff | Each powerlifter must pay an annual membership fee to participate in USPA's meets. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 3 | Undisputed. | |
| 12 | Plaintiff | Annual membership fees are the primary source of USPA's revenue. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 3 | Disputed. <br> Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(4). <br> Denison does not state the basis for his conclusion that annual membership fees are the primary source of USPA's revenue. | |
| 13 | Plaintiff | If Meet Directors did not put on competitions, people would have no reason to join USPA. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 4 | Disputed. <br> (1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(4). <br> Denison does not state the basis for his conclusion, and does not state that he has personal knowledge of all people (or any person) who would "have no reason to join USPA" if USPA did not put on competitions. <br> (2) Objection. Inadmissible opinion. FRCP 56(c)(4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. See *Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |

| 14 | Plaintiff | Meet Directors are incredibly valuable because a given area may have hundreds of powerlifters wanting to compete but only one Meet Director with the connections and know-how to host competitions. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 4 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br>(2) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(3) Objection. Personal knowledge. FRE 602. FRCP 56(c)(4).<br>(4) Objection. Inadmissible opinion. FRCP 56(c)(4).<br>(5) Objection. Plaintiff cites to no evidence on the record.<br>Denison does not state the basis for his conclusion. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 15 | Plaintiff | If that Meet Director chose to leave USPA and join another federation, the USPA members will likely do the same in order to keep competing. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶ 4 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge, speculative, inadmissible opinion, assumes facts not in evidence. FRE 602. FRCP 56(c)(4).<br>Denison does not explain his basis for this conclusion for this hypothetical, or offer personal knowledge.<br>(2) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(3) Objection. Personal knowledge. FRE 602. FRCP 56(c)(4).<br>(4) Objection. Inadmissible opinion. FRCP 56(c)(4).<br>(5) Objection. Plaintiff cites to no evidence on the record. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 16 | Plaintiff | Meet Directors are independent contractors, and each signs a Meet Director Agreement. | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶¶ 5-6 | Disputed.<br>(1) Objection to the statement in Denison's declaration that "Leonetta Richardson [was] a California Meet Director who left the USPA due to Defendant's defamatory social media Reels and posts" (although that statement is not included in this particular SOF). Lack of foundation, personal knowledge (FRE 602), more prejudicial than probative (FRE 403); legal argument/conclusion. Denison provides no basis or indicia of personal knowledge as to why Ms. Richardson left USPA; and his referral to Defendant's Reels as posts as "defamatory" is legal argument/conclusion.<br>(USPA 0003866-USPA 0003872)<br>(2) Objection. Lack of foundation, personal knowledge, speculation, inadmissible opinion. FRE 602. FRCP 56(c)(4).<br>(3) Objection. Hearsay as to why Ms. Richardson allegedly left USPA. FRE 802, 803.<br>(4) Objection. Assumes Facts Not in Evidence. Denison offers no documentary evidence that Ms. Richardson left USPA, only conclusions.<br>(5) Objection. Legal arguments/conclusions See Court Standing Order, ¶14(b). Refers to Defendant's social media Reel and posts and defamatory, which is a question of law. | Defendant's objection #2 do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 17 | Plaintiff | USPA Meet Directors work with a network of other USPA independent contractors to host and officiate competitions, including Referees, Staff Officials, State Chairs, and Records Chairs | Joint Exhibit Part I at JE_00710, Declaration of Steve Denison, ¶¶ 5-6 | Undisputed. | |
| 18 | Plaintiff | In September of 2020, USPA made changes to its application process for new officials, which included new Meet Directors, new State Chairs, and new Referees. | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 7 | Undisputed. | |
| 19 | Plaintiff | Starting September of 2020, USPA had begun asking new Meet Director, new State Chair, and new Referee applicants to state their criminal record on their applications. | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 7 | Undisputed. | |

| | | | | | |
|---|---|---|---|---|---|
| 20 | Plaintiff | Starting September of 2020, USPA began running background checks on the National Sex Offender Registry. | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 7 | Disputed.<br>(1) Objection. Lack of foundation. FRE 602. FRCP 56(c)(4).<br>(2) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(3) Objection. Personal knowledge. FRE 602. FRCP 56(c)(4).<br>(4) Objection. Inadmissible opinion. FRCP 56(c)(4). Mr.<br>(5) Objection. Assumes Facts Not in Evidence.<br>(6) Objection. Legal arguments/conclusions. See Court Standing Order, ¶14(b); see also L.R. 7-7.<br>(7) Objection. Plaintiff cites to no evidence on the record. Denison does not explain how USPA "began running background checks on the National Sex Offender Registry." Denison does not definitively state that he actually ran a "background check on the National Sex Offender Registry" on every applicant for these positions. Mr. Denison does not explain who did "run[ ] background checks" on these applicants. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 21 | Plaintiff | USPA began running background checks on the National Sex Offender Registry to ensure new Meet Director, new State Chair, and new Referee applicants were not on the National Sex Offender Registry. | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 7 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br>Denison does not explain how USPA "began running background checks on the National Sex Offender Registry to ensure new Meet Director, new State Chair, and new Referee applicants were not on the National Sex Offender Registry." While Mr. Denison states: "From September 2020 through January 28, 2020, no meet Director State Chair, and Referee applicants appeared on the National Sex Offender Registry," Denison does not definitively state that he actually ran a "background check on the National Sex Offender Registry" on every applicant for these positions. Mr. Denison does not explain who did "run[ ] background checks" on these applicants.<br>(2) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(3) Objection. Personal knowledge. FRE 602. FRCP 56(c)(4).<br>(4) Objection. Inadmissible opinion. FRCP 56(c)(4).<br>(5) Objection. Assumes Facts Not in Evidence.<br>(6) Objection. Legal arguments/conclusions See Court Standing Order, ¶14(b).<br>(7) Objection. USPA only ran background checks on referee applicants. See Mike Tronske/ UPSA 30(b)(6) Depo. Transcript. 212:17-25 to 213:1-15; USPA 0004597 (Stradling Memo, pg 23, | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 22 | Plaintiff | From September 2020 through January 28, 2023, no Meet Director, State Chair, and Referee applicants appeared on the National Sex Offender Registry. | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 7 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(4). Denison does not state that he personally conducted, verified, or even reviewed every background check result of every applicant to USPA to determine whether they appeared on the National Sex Offender Registry. Further, the record does not contain all of the searches performed on the National Sex Offender Registry.<br>(2) Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2). *See Scosche Indus., Inc. v. Visor Gear Inc.*, 121 F.3d 675, 681 (Fed. Cir. 1997).<br>(3) Objection. Inadmissible opinion. FRCP 56(c)(4).<br>(4) Objection. Plaintiff cites to no evidence on the record. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 23 | Plaintiff | Since May 12, 2022, USPA has contracted with a third-party human resources company ("HR") called Bambee. | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 8 | Undisputed. | |
| 24 | Plaintiff | USPA contracted with Bambee to advise on personnel issues with its National Office employees | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 8 | Undisputed. | |
| 25 | Plaintiff | USPA's HR provider did not serve the Meet Directors, State Chairs, Referees or any other independent contractors. | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 8<br><br>Joint Exhibit Part I at JE_00773, Declaration of Mike Tronske, ¶ 7 | Undisputed. | |
| 26 | Plaintiff | USPA's HR provider only worked with USPA's full and part-time employees that worked at USPA's National Office | Joint Exhibit Part I at JE_00711, Declaration of Steve Denison, ¶ 8<br><br>Joint Exhibit Part I at JE_00773, Declaration of Mike Tronske, ¶ 7 | Undisputed. | |

| 27 | Plaintiff | Defendant John Dorsey is a social media influencer and "journalist" who operates under the Instagram handle @goob_u2. | Joint Exhibit C at JE_00371-374, Screenshot of Dorsey's Instagram page | Undisputed. | |
| 28 | Plaintiff | On August 28, 2024, Dorsey filed a declaration with the Court entitled "Declaration of John Dorsey Re: Applicability of Reporter's Privilege" ("Dorsey Reporter's Privilege Declaration"). | Joint Exhibit Part C at JE_344-JE_00352, "Dorsey Reporter's Privilege Declaration" [USPA 0003823-USPA 0004035] | Disputed. Objection. Best Evidence Rule. FRE 1002. The document speaks for itself. | |
| 29 | Plaintiff | In Dorsey Reporter's Privilege Declaration, Dorsey states, "In this case, all of the videos that Plaintiff complained about in the instant lawsuit followed this investigative and reporting process." | Joint Exhibit Part C at JE_00352, "Dorsey Reporter's Privilege Declaration" | Disputed. Objection. Best Evidence Rule. FRE 1002. The document speaks for itself. | |
| 30 | Plaintiff | Included in the "investigative and reporting process" that Dorsey describes in his Reporter's Privilege Declaration is an 11-step process that Dorsey says he followed in "all of the videos that Plaintiff complained about in the instant lawsuit." | Joint Exhibit Part C at JE_00347-51, "Dorsey Reporter's Privilege Declaration" | Disputed. Objection. Best Evidence Rule. FRE 1002. The document speaks for itself. | |
| 31 | Plaintiff | Dorsey describes himself as "Your favorite influencers [sic] least favorite influencer." | Joint Exhibit Part C at JE_00371-374, Screenshot of Dorsey's Instagram page | Disputed. Objection. Best Evidence Rule. FRE 1002. The document speaks for itself. | |
| 32 | Plaintiff | The primary audience of Dorsey's Instagram page is people interested in fitness. | Joint Exhibit Part C at JE_00346, "Dorsey Reporter's Privilege Declaration" | Disputed. (1) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c). Mischaracterizes Dorsey's statements in his Declaration. Dorsey's Declaration does not say who is "primary" audience is. But it states: "My Instagram Page is a source of news and entertainment that covers a variety of topics in the fitness industry that are newsworthy, of grave public concerns, or that my viewers request me to cover because of their importance." JE Part C at JE_00346, ¶ 3. | |
| 33 | Plaintiff | When Dorsey began posting about USPA, he had 49.3k followers. | Joint Exhibit Part at JE_02471, Data analysis exhibit [USPA 0001166] | Disputed. Objection. Assumes facts not in evidence. F.R.E. 602. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc., 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012)* |
| 34 | Plaintiff | From January 14, 2023 through April 28, 2023, Dorsey published 19 Instagram Posts and Reels via his Instagram handle @Goob_u2 about USPA. | Joint Exhibit Part C at JE_00315- JE_00363 | Disputed. (1) Objection as to transcribed texts. FRE 1002. Best Evidence Rule. The Reels speak for themselves. (2) Objection. Assumes facts not in evidence. FRE 602. He published 11 Instagram Reels [Joint Exhibits 7-17], DORSEY_0000034-DORSEY_0000043; DORSEY_0009397 (all Reels published by John Dorsey) and seven (7) Instagram Posts. (DORSEY_0000044-DORSEY_0000046, USPA 0001240-USPA 0001248, USPA 0001260, USPA 0001263, USPA 0001277-USPA 0001278, USPA 0001304, USPA 0001310-USPA 0001312). | |
| 35 | Plaintiff | All of Dorsey's videos tagged USPA. | Joint Exhibit Part C at JE_00315- JE_00363 | Undisputed. | |
| 36 | Plaintiff | On January 14, 2023, Dorsey published a video via his Instagram handle @Goob_u2 about Stephanie Bennett ("Bennett Video"). | Joint Exhibit Part C at JE_00353, Stephanie Bennet Video [USPA 0001185] | Undisputed. | |
| 37 | Plaintiff | Bennet was a former Meet Director and Vermont State Chair. | Joint Exhibit Part C at JE_00353, Stephanie Bennet Video [USPA 0001185] | Undisputed. | |
| 38 | Plaintiff | In Dorsey's Bennett Video, he claims that after the video of Stephanie Bennett arguing with her neighbor surfaced, USPA President Denison promised to "address" the situation but never did. | Joint Exhibit Part C at JE_00353, Stephanie Bennet Video [USPA 0001185] | Disputed. (1) Objection. FRE 1002, Best Evidence Rule. The Reel speaks for itself. (2) Dorsey's statement from the Reel here is actually: "We'll look into it!"", and never followed up." (JE, Part C, JE00353). The followup refers to getting back to Tyrell Sykes, which they never did. JE __, Dorsey Declaration, ¶ __. | |

| | | | | | |
|---|---|---|---|---|---|
| 39 | Plaintiff | When Dorsey was asked why he does not believe USPA "addressed the Vermont situation", Dorsey stated, "Because he said we notified members, and they didn't make a public post on their Instagram page that I was able to find." | Joint Exhibit Part A at 1 at JE_00003-JE_00004, Dorsey Depo. Transcript p. 77:15-25 and p. 78:2-12. | Disputed.<br>(1) This is an incomplete excerpt and does not consider the direct communications from Tyrell Sykes to Dorsey. See **DORSEY_0008662-DORSEY_0008673 (IG DMs between Dorsey and Sykes)**.<br>(1) Objection. Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c).<br>(2) Objection. FRE 1002; the testimony in the document speaks for itself.<br>(3) The actual question to Defendant was: "Why do you believe *he* [Steve Denison] did not publicly address the Vermont situation?" **Dorsey Depo. Transcript pg. 77:22-25; 78:1-2.** | |
| 40 | Plaintiff | When Dorsey was asked why he said "they haven't addressed it" in his Bennet Video, he said, "I was saying that USPA hasn't publically addressed that their Vermont State Chair has been videoed rubbing her private parts all over someone's door and I thought that they should." | Joint Exhibit Part A at 1 at JE_00010, Dorsey Depo. Transcript p. 139:14-25 | Disputed. Objection. FRE 1002; Dorsey's testimony speaks for itself. The actual question to Defendant was: "When you say 'they haven't addressed it,' what are you talking about they haven't addressed?" **Dorsey Depo. Transcript pg. 139:18-20** | |
| 41 | Plaintiff | Mike Tronske terminated Stephanie Bennett on January 8, 2023—two days after finding out about the Bennett Video. | Joint Exhibit Part I at JE_00774, Mike Tronske Declaration, ¶ 10 | Disputed.<br>(1) Objection. See generally F.R.E. 403, 611(a).<br>(2) Objection. Plaintiff cites to no evidence on the record.<br>(3) Objection. Assumes facts not in evidence. FRE 602. John Dorsey's Reel regarding Stephanie Bennett was published on January 14, 2023. The Reel featured in this Reel was created by Tyrell Sykes and published on Instagram on an unknown date. (DORSEY_0000034; USPA 0000580-USPA 0000582)<br>(4) The termination occurred after Dorsey's Reel about her was published. See DORSEY_0004186 (Tyler Van Loon telling Dorsey that Bennett was removed from the USPA the day after the Reel was brought to their attention);<br>DORSEY_0005569 (audio clip stating Stephanie Bennett was stripped of her credentials after Dorsey's Reel). | Defendant's objection #1 do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 42 | Plaintiff | Stephanie Bennett was terminated two days after USPA found out about the Bennett Video. | Joint Exhibit Part I at JE_00774, Mike Tronske Declaration, ¶ 10 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br>Tronske does not state the basis for his conclusion; Mike Tronske Declaration, ¶ 10 uses the phrase "Bennett Reel" to reference two (2) different Reels.<br>(2) Objection. The termination occurred after Dorsey's Reel about her was published. See DORSEY_0004186 (Tyler Van Loon telling Dorsey that Bennett was removed from the USPA the day after the Reel was brought to their attention);<br>DORSEY_0005569 (audio clip stating Stephanie Bennett was stripped of her credentials after Dorsey's Reel). | |
| 43 | Plaintiff | When Dorsey claimed on January 14, 2023 that USPA never "address[ed]" the situation, Bennett had already been terminated for almost a week. | Joint Exhibit Part C at JE00353, Stephanie Bennet Video [USPA 0001185]<br><br>Joint Exhibit Part I at JE_00774, Mike Tronske Declaration, ¶ 10 | Disputed.<br>(1) FRE 1002, Best Evidence Rule. The Reel speaks for itself.<br>(2) Objection. The "address[ed]<br>The followup refers to getting back to Tyrell Sykes, which they never did. JE __, Dorsey Declaration, ¶ __ | |
| 44 | Plaintiff | On January 15, 2023, at 10:44 AM Miriam Lawrence, a USPA VT member in January of 2023, responded to Dorsey's comment that "The woman was in charge up until two ago," and said, "Actually  it was a week ago, but no point quibbling." | Joint Exhibit Part H at JE00705, Text Messages Between Dorsey and Miriam Lawrence [DORSEY_0007847] | Disputed.<br>(1) Objection. FRE 1002, Best Evidence Rule, the document speaks for itself.<br>(2) Objection. Relevance (FRE 402) and misplaced testimony. These communications were between John Dorsey and Miriam Lawrence, and they were discussing Kimberly Swett, *not* Stephanie Bennett. **(DORSEY_0007847)** | |

| 45 | Plaintiff | Dorsey claims that Denison "never followed up" on a series of complaints lodged against Bennett by a lifter named Tyrell Sykes. | Joint Exhibit Part C at JE00353, Stephanie Bennet Video [USPA 0001185]<br><br>Joint Exhibit Part I at JE_00774, Mike Tronske Declaration, ¶ 10 | Disputed.<br>(1) FRE 1002, Best Evidence Rule. The Reel speaks for itself.<br>(2) Objection. Mischaracterizes Defendant's statements by implying that Defendant said Denison never followed up with Tyrell Sykes. On November 28, 2022, USPA advised Tyrell Sykes that USPA would investigate it [allegations against Stephanie Bennett] further and get back to him, but they never did. DORSEY_0000034 0:00:59-0:01:03 (Bennett Reel); USPA0000593-USPA000596 (Denison and Sykes email chain) USPA failed to take action in regard to Stephanie Bennett's behavior until Tyrell Sykes published the Stephanie Bennett altercation Reel. DORSEY_0000034 0:00:40-0:01:17 (Bennett Reel); USPA 0000580-USPA 0000582 (emails between Tronske and Sykes with texts between Bennett and Tronske); DORSEY_0008673 (IG DMs between Dorsey and Sykes) | |
| 46 | Plaintiff | However, Denison responded to all of Tyrell Sykes' e-mails. | Joint Exhibit Part I at JE_00712-6, Declaration of Steve Denison, ¶ 12 | Disputed. Objection. Facts not in evidence--Denison does not state he has addressed all of Tyrell Sykes' emails. F.R.E. 603. | |
| 47 | Plaintiff | Dorsey was asked where in Joint Exhibit 18 he believes that Steve Denison never followed up with Tyell Sykes, and he responded, "I mean in a public way, he never followed up… The point of the video is that it was never made public." | Joint Exhibit Part C at JE00364-369, Email exchange between Tyrell Sykes and Steve Denison [USPA0003885-USPA 0003902]<br><br>Joint Exhibit Part A at JE_00009, Dorsey Depo. Transcript p. 129:3-20 | Disputed.<br>(1) Objection. Excludes evidence necessary to clarify Defendant's statements; mischaracterizes testimony. See generally F.R.E. 403, 611(a).<br>Continuing testimony by Defendant is as follows:<br>"Q. That was the point of the video?<br>A. To make the thing that they were trying to suppress, the video of Stephanie Bennett going nuts and rubbing herself all over the door public, yes.<br>Q. They were trying to suppress that?<br>A. Yes. Steve says January 13, 2023: 'Hi Tyler, I need you to immediately remove that post and any other posts concerning Stephanie Bennett. Please confirm once it's removed.' I took that as suppression."<br>**Joint Exhibit 1 at p. 129:16-130:2 and Depo. Ex. 7 (Joint Exhibit p. ).** | |
| 48 | Plaintiff | When Dorsey said USPA "never followed up" he possessed email correspondence from November of 2022 to January of 2023 between Denison and Sykes. | Joint Exhibit 1 at p. 99:2-3 and 100:3-16 | Disputed.<br>(1) Objection. Does not cite to any evidence that Dorsey possessed this specific date range of emails. FRE 602.<br>(2) Objection. Excludes evidence necessary to clarify Defendant's statements; mischaracterizes testimony. See generally F.R.E. 403, 611(a).<br>Dorsey's testimony in the next answers and questions was:<br>"Q: Okay. Let's talk about those e-mails. So you had those e-mails, I am glad you confirmed that. You did have the e-mails prior to running your story about Stephanie Bennett?<br>A: I had some e-mails from Tyrell Sykes. I'm not sure if I had all the e-mails that were sent between them, but I had some e-mails."<br>**Joint Exhibit 1 at p. 99:4-12.** | |
| 49 | Plaintiff | On January 14, 2023, after Dorsey published his Stephanie Bennett video, Steve Denison reached out to Dorsey from his personal Instagram account (@uspastevedenison). | Joint Exhibit Part G at JE_00595-598 Instagram Direct Message between Denison and Dorsey [DORSEY_0000007-0000009] | Disputed.<br>(1) Objection. Best Evidence Rule. FRE 1002; the document speaks for itself.<br>(2) Objection. Steve Denison did not reach out to John Dorsey on January 14, 2023. (Exhibit __ - DORSEY_0000007-0000009 ) | |
| 50 | Plaintiff | Denison told Dorsey, "You have received some incorrect information so I'd like to clarify." | Joint Exhibit Part G at JE_00595-598, Instagram Direct Message between Denison and Dorsey [DORSEY_0000007-DORSEY0000009] | Undisputed. | |
| 51 | Plaintiff | In that January 14, 2023 communication with Denison, Dorsey asked Denison, "what kind of check or background check is done on referees/chairs before appointing?" | Joint Exhibit Part G at JE_00595-598, Instagram Direct Message between Denison and Dorsey [DORSEY_0000007-DORSEY0000009] | Disputed. Objection. Steve Denison did not reach out to John Dorsey on January 14, 2023. (Exhibit __ - DORSEY_0000007-0000009 .) | |

| 52 | Plaintiff | In that January 14, 2023 communication between Denison and Dorsey, Denison responded that USPA does a "background check on all new referees and anyone volunteering for a position in the USPA." | Joint Exhibit Part G at JE_00595-598, Instagram Direct Message between Denison and Dorsey [DORSEY_0000007-DORSEY0000009] | Disputed. Objection. Steve Denison did not reach out to John Dorsey on January 14, 2023. (Exhibit ___ - **DORSEY_0000007-0000009.**) | |
| 53 | Plaintiff | Dorsey responded to Denison and asked, "What's the criteria for being accepted as far as criminal history goes." | Joint Exhibit Part G at JE_00595-598, Instagram Direct Message between Denison and Dorsey [DORSEY_0000007-DORSEY0000009] | Undisputed. | |
| 54 | Plaintiff | Denison responded to Dorsey, and said "No sexual offenders or pedophiles." | Joint Exhibit Part G at JE_00595-598, Instagram Direct Message between Denison and Dorsey [DORSEY_0000007-DORSEY0000009] | Undisputed. | |
| 55 | Plaintiff | Dorsey responded to Denison and asked, "What about child abuse." | Joint Exhibit Part G at JE_00595-598, Instagram Direct Message between Denison and Dorsey [DORSEY_0000007-DORSEY0000009] | Undisputed. | |
| 56 | Plaintiff | Denison responded and told Dorsey, "Yes of course… Somethings could be on a case by case basis, depending on their background but nothing related to sexual offenders, assaults, or pedophiles." | Joint Exhibit Part G at JE_00595-598, Instagram Direct Message between Denison and Dorsey [DORSEY_0000007-DORSEY0000009] | Undisputed. | |
| 57 | Plaintiff | On January 15, 2023, Dorsey published a video via his Instagram handle @Goob_u2 about Kimberly Swett, a Referee with USPA Vermont (the "Swett Video"). | Joint Exhibit Part C at JE_00354, Kimberly Swett Video [USPA 0001192] | Undisputed. | |
| 58 | Plaintiff | Kimberly Swett was a Referee with USPA Vermont when the Swett Video was released. | Joint Exhibit Part C at JE_00354, Kimberly Swett Video [USPA 0001192] | Undisputed. | |
| 59 | Plaintiff | In his Swett Video, Dorsey states that Swett "used to be a special needs teacher and was charged and pled no contest to beating a special needs kid." | Joint Exhibit Part C at JE_00354, Kimberly Swett Video [USPA 0001192] | Undisputed. | |
| 60 | Plaintiff | In his Swett Video, Dorsey shows a screenshot of a news article describing Swett's charges. | Joint Exhibit Part C at JE_00354, Kimberly Swett Video [USPA 0001192] | Undisputed. | |
| 61 | Plaintiff | The news article that Dorsey displays in his Swett Video was written on March 22, 2017. | Joint Exhibit Part C at JE_00354, Kimberly Swett Video [USPA 0001192] | Undisputed. | |
| 62 | Plaintiff | The words "beat" or "beating" are not used anywhere in the March 22, 2017 article that Dorsey displays in his video. | Joint Exhibit 62 [DORSEY_0000069 - DORSEY_0000070] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. | |
| 63 | Plaintiff | Dorsey also states in his Swett Video that "the owner of the USPA, Steve, spoke to me yesterday. We had a very nice conversation. Ask him what kind of background check they do. And he said, no sexual offenders or pedophiles. I said, What about child abuse? He said, Yes, of course. So either somebody lied and nobody talked about this or you guys are willfully accepting a woman that beat a special needs child to be a referee in your federation. Vermont, What in the fuck is going on over there?" | Joint Exhibit Part C at JE_00354, Kimberly Swett Video [USPA 0001192] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. (USPA 0000515) | |
| 64 | Plaintiff | In his January 15, 2023 Swett Video, Dorsey did not include the portion of his conversation with Steve Denison where Denison told Dorsey, "Somethings could be on a case by case basis, depending on their background but nothing related to sexual offenders, assaults, or pedophiles." | Joint Exhibit Part C at JE_00354, Kimberly Swett Video [USPA 0001192] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. The Reel does show Denison's statements, "No sexual offenders or pedophiles." And "Yes of course" in response to "What about child abuse". See JE00354. | |
| 65 | Plaintiff | Dorsey spoke with Joe Sullivan on January 14, 2023, the day before Dorsey published his Swett video, to let Sullivan know he was going to be publishing his video about Kimberly Swett the following day on January 15, 2023. | Joint Exhibit Part C at JE_00378-79, Text Messages Between Dorsey and Sullivan [SULL000493] | Undisputed. | |
| 66 | Plaintiff | On January 14, 2023, Dorsey told Sullivan, "TOMORROW IS GONNA BE A GOOD DAY!... Gotta run the numbers in the rest of these clowns… HOLD MY BEER" and "SORRY VERMONT MAYBE NEXT YEAR." | Joint Exhibit Part C at JE_00379 (Text Messages Between Dorsey and Sullivan) | Undisputed. | |

| 67 | Plaintiff | Dorsey spoke with Joe Sullivan on January 14, 2023, the day before Dorsey published his Swett Video, and Joe Sullivan told Dorsey that "[USPA] were aware of the Swett case but as Steve said, case by case, I guess they were okay with it." | Joint Exhibit Part C at JE_00382, Text Messages Between Dorsey and Sullivan [SULL000497] | Disputed.<br>(1) FRE 1002. Best Evidence Rule. The document speaks for itself.<br>(2) Objection. Hearsay. FRE 801, 802.<br>(3) Objection. Lack of foundation. FRE 901 (*See Orr v. Bank of Am., NT & SA, 285 F.3d 764, 774 (9th Cir. 2002.*), FRCP 56(c)(2).<br>Plaintiff is relying on a statement by a third party, Joe Sullivan, of another statement by another third party, Kimberly Swett, and Plaintiff has not offered any foundation for Kimberly Swett's knowledge of the fact that USPA were aware of the Swett case. However, this was actually Defendant's point - that USPA knew about Kimberly Swett's charges of assault against a child and let her be a referee anyway. | Defendant's objection #2 do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 68 | Plaintiff | On January 14, 2023, the day before Dorsey published his Swett Video, Joe Sullivan offered him the opportunity to speak with Miriam Lawrence. | Joint Exhibit Part C at JE_00391, Text Messages Between Dorsey and Sullivan [SULL000506] | Disputed.<br>(1) FRE 1002. Best Evidence Rule. The document speaks for itself.<br>(2) Objection. Hearsay. FRE 801, 802.<br>(3) Objection. Lack of foundation. FRE 901 (See Orr v. Bank of Am., NT & SA, 285 F.3d 764, 774 (9th Cir. 2002.), FRCP 56(c)(2). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 69 | Plaintiff | Miriam Lawrence was a USPA VT member who knew Kimberly Swett, prior to Dorsey publishing his video. | Joint Exhibit Part C at JE_00386, Text Messages Between Dorsey and Sullivan [SULL000501] | Undisputed. | |
| 70 | Plaintiff | John Dorsey knew on January 14, 2023, prior to publishing his Kimberly Swett Video, that USPA was aware of Kimberly Swett's prior criminal history. | Joint Exhibit Part H at JE_00702-07, Text Messages Between Dorsey and Miriam Lawrence [DORSEY0007844 - 0007849] | Disputed. | |
| 71 | Plaintiff | Kimberly Swett submitted her application to USPA to become a certified referee on January 9, 2022. | Joint Exhibit Part I at JE_00717, Declaration of Steve Denison, ¶ 17 | Undisputed. | |
| 72 | Plaintiff | In her USPA Referee application, Swett disclosed that in April 2017 she pled no contest to a misdemeanor charge of cruelty to a child under age 10. | Joint Exhibit Part I at JE_00717, Declaration of Steve Denison, ¶ 17 | Undisputed. | |
| 73 | Plaintiff | When Dorsey found out that Joe Sullivan spoke with Miriam Lawrence about Kimberly Swett, Dorsey got upset with Joe Sullivan. | Joint Exhibit Part C at JE_00385, Text Messages Between Dorsey and Sullivan [SULL000500] | Disputed.<br>(1) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). Mischaracterizes Dorsey's statements. (**Joint Exhibit 21 at pg. 10**)<br>(2) Objection. Assumes Facts Not in Evidence. FRE 602. | |
| 74 | Plaintiff | On January 14, 2023, the day before he published his Swett Video, Dorsey told Joe Sullivan, "You wouldn't be happy if I mentioned your commentary in my video and I'm just as unhappy that this piece of shit that beat a disabled child is now aware of my video tomorrow so they can prepare." | Joint Exhibit Part C at JE_00385, Text Messages Between Dorsey and Sullivan [SULL000500] | Disputed.<br>Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). Mischaracterizes Dorsey's statements. (**Joint Exhibit 21 at pg. 11**) | |
| 75 | Plaintiff | On January 14, 2023, Dorsey told Sullivan prior to posting his Swett Video that "Vt needs a facelift." | Joint Exhibit Part C at JE_00386, Text Messages Between Dorsey and Sullivan [SULL000501] | Undisputed. | |
| 76 | Plaintiff | On January 14, 2023, Dorsey told Sullivan prior to posting his Swett Video that, "I have a feeling the whole VT USPA knows this fact about her… And it will be interesting to see how they address. I told Steve – double check your background checks. Idk if he knows what I meant… She may actually be violating her sentence by working with USPA…her sentence stipulates she cannot work with children." | Joint Exhibit Part C at JE_00393, Text Messages Between Dorsey and Sullivan [SULL000508] | Undisputed. | |
| 77 | Plaintiff | On January 14, 2023, the day before Dorsey published his Swett Video, Joe Sullivan told Dorsey, "Miriam asked me if it would help if I she plead with you simply for the sake to avoid destruction of a person she knows, but I told her no simply because I'm fairly certain you share the same moralistic standpoint I do." | Joint Exhibit Part C at JE_00391, Text Messages Between Dorsey and Sullivan [SULL000506] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2). *Scosche Indus., Inc. v. Visor Gear Inc.*, 121 F.3d 675, 681 (Fed. Cir. 1997). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |

| 78 | Plaintiff | During the aforementioned January 14, 2023 discussion, Dorsey responded to Sullivan, "Yeah she can message me but I'm totally running this story tomorrow because that whole crew needs a rethink and also what a fuckin loser." | Joint Exhibit Part C at JE_00391, Text Messages Between Dorsey and Sullivan [SULL000506] | Undisputed. | |
|---|---|---|---|---|---|
| 79 | Plaintiff | On January 15, 2023 at 6:43AM, Miriam Lawrence contacted Dorsey before he posted his Swett Video and Dorsey told Miriam, "I should be posting it in the next few mins here." | Joint Exhibit Part H at JE_00707, Text Messages Between Dorsey and Miriam Lawrence [DORSEY0007849] | Disputed.<br><br>(1) Objection. FRE 1002, Best Evidence Rule.<br>(2) Objection. Assumes facts not in evidence, FRE 602.<br>(3) Mischaracterizes Miriam Lawrence's statement by taking it out of context. In the full version of the conversation, Miram states "I'm not defending her behavior!"  January 15, 2023, 10:59 AM **(DORSEY_0007846)** | |
| 80 | Plaintiff | On Jnaury 15, 2023, Miriam responded to Dorsey, "Any chance you might want to hear more first?" | Joint Exhibit Part H at JE_00707, Text Messages Between Dorsey and Miriam Lawrence [DORSEY0007849] | Disputed.<br>(1) Objection. Hearsay. FRE 801, 802.<br>(2) Objection. Lack of foundation. FRE 901 (See Orr v. Bank of Am., NT & SA, 285 F.3d 764, 774 (9th Cir. 2002.), FRCP 56(c)(2). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 81 | Plaintiff | On January 15, 2023, at 10:06 AM Miriam Lawrence told Dorsey before he posted his Swett Video that, "You know she disclosed it before applying to be a referee? And (as far as I know, though I haven't seen the application document) on her application?" | Joint Exhibit Part H at JE_00706, Text Messages Between Dorsey and Miriam Lawrence [DORSEY0007848] | Disputed.<br>(1) Objection. FRE 1002, Best Evidence Rule.<br>(2) Objection. Assumes facts not in evidence, FRE 602.<br>(3) Mischaracterizes Miriam Lawrence's statement by taking it out of context. In the full version of the conversation, Miram states "I'm not defending her behavior!"  January 15, 2023, 10:59 AM **(DORSEY_0007846)**<br>(4) Objection. Hearsay. FRE 801, 802.<br>(5) Objection. Lack of foundation. FRE 901 (See Orr v. Bank of Am., NT & SA, 285 F.3d 764, 774 (9th Cir. 2002.), FRCP 56(c)(2). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 82 | Plaintiff | On January 15, 2023, at 10:07 AM Dorsey told Miriam Lawrence, "That's kinda the point here… VT is crooked… I wish to fix it and get these turds out." | Joint Exhibit Part H at JE_00706, Text Messages Between Dorsey and Miriam Lawrence [DORSEY0007848] | Disputed.<br>(1) Objection. FRE 1002, Best Evidence Rule.<br>(2) Objection. Assumes facts not in evidence, FRE 602,.<br>(3) Mischaracterizes Defendant's statements by not including pertinent parts of the conversation. In the full version of the conversation, Defendant continues by also stating, after "I wish to fix it and get these turds out.": "Nobody who beat a disabled child should be reffing a meet that kids might be at...And the terms of her sentence stipulated she can never work with children." **(DORSEY_0007848)** | |
| 83 | Plaintiff | On January 15, 2023, at 10:12 AM, Miriam says to Dorsey, "Also 'beaten' wasn't what I was aware had happened" | Joint Exhibit Part H at JE_00706, Text Messages Between Dorsey and Miriam Lawrence [DORSEY0007848] | Disputed.<br>(1) Objection. Hearsay. FRE 801, 802.<br>(2) Objection. FRE 1002, Best Evidence Rule.<br>(3) Objection. Assumes facts not in evidence, FRE 602<br>(4) Mischaracterizes Defendant's statements by not including pertinent parts of the conversation. In the full version of the conversation, Miriam responds "I have not [responding about looking at the case documents] - if you've read them you know more than I do...And I am not trying to defend someone without all the facts" January 15, 2023, 10:28 AM **(DORSEY_0007847-DORSEY_0007848)** | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  These objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |

| 84 | Plaintiff | On January 9, 2022, Kimberly Swett submitted her application to USPA to become a certified referee, and in her application, she disclosed that in April 2017 she pled no contest to a misdemeanor charge of cruelty to a child under age 10. | Joint Exhibit Part I at JE_00717, Declaration of Steve Denison, ¶ 17 | Undisputed. | |
| 85 | Plaintiff | Dorsey did not ask Steve Denison if USPA knew about Kimberly Swett's prior criminal history prior to publishing his Kimberly Swett video. | Joint Exhibit Part A at JE_00022-JE_00023, Doresey Depo. Transcript, pp. 293:15-19; 297:22-24 | Disputed. (1) Objection. FRE 1002, Best Evidence Rule. Defendant's testimony speaks for itself. (2) Objection. Misstates testimony. Defendant follows up to explain why he did not ask Steve Denison if USPA knew about Kimberly Swett's prior criminal history prior to publishing his Kimberly Swett Reel: "Because up until that moment, he hadn't been truthful and all I knew about him was he was trying to silence Tyrell Sykes for reporting that Stephanie Bennett did something. They didn't promote themselves as a transparent and trustworthy place. And they were, in my opinion, extremely combative. The WRPF, I didn't and still don't know them from Adam, but they were very open with, hey, how do we do background checks? Hey, how do we do this? So I was happy to volunteer that information to them because I thought something would be done about it. Dorsey Depo. Transcript pg. 293:21-25; 294: 1-10. | |
| 86 | Plaintiff | Prior to publishing his Kimberly Swett video, Dorsey did not ask Kimberly Swett if she had disclosed to USPA on her referee application that she had a prior conviction for abuse of a child. | Joint Exhibit Part A at JE_00011, Dorsey Depo Transcript, p. 151:8-10 | Disputed. (1) Objection. FRE 1002, Best Evidence Rule. Defendant's testimony speaks for itself. (2) Objection. Misstates testimony. Plaintiff's counsel's question does not ask the question Plaintiff offers as evidence, i.e., whether Defendant asked Kimberly Swett if she had disclosed to USPA on her referee application that she had a prior conivction for abuse of a child; rather, Plaintiff's counsel's question merely asks if Defendant called Kimberly Swett. This line of questioning was: "Q. And you knew the facts of the case how? A. I looked it up. Q. Did you call Kimberly Swett? A. No. I didn't need to speak to Kimberly Swett to know the facts of her case." **Joint Exhibit 1 at p. 151:5-10.** | |
| 87 | Plaintiff | If Dorsey had asked USPA whether or not USPA was aware of Kimberly Swett's prior criminal history prior to publishing his Swett video, he would have known that USPA was aware of her prior criminal history because she disclosed it on her application to be a USPA referee and decided to accept her as a Referee on a "case by case" basis as Steve Denison explained in his communications with Dorsey on January 14, 2023. | Joint Exhibit Part I at JE_00717, Declaration of Steve Denison, ¶ 18 | Disputed. (1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts. (2) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b). (3) Objection. Lack of foundation. FRE 901. FRCP 56(c)(2). (4) Objection. Speculative. FRE 602. FRCP 56(c)(4). (5) Objection. Argumentative. See generally FRE 403, 611(a). (6) Objection. Personal knowledge. FRE 602 FRCP 56(c)(4). (7) Objection. Inadmissible opinion. FRCP 56(c)(4). This was actually Defendant's point - that USPA knew about Kimberly Swett's charges of assault against a child and let her be a referee anyway. USPA 0000729- USPA 0000730 (USPA Volunteer Application form for Swett); Steve Denison Depo. Transcript pg. 159: 16-25 | |
| 88 | Plaintiff | On January 16, 2023, Dorsey published a video via his Instagram handle @Goob_u2 about Mindy Layne (Mindy Layne Video"). | Joint Exhibit Part C at JE_00355, Mindy Layne Video [USPA0001198] | Undisputed. | |

| 89 | Plaintiff | Mindy Layne was a USPA Referee from May 2015 to June 2020. | Joint Exhibit Part I at JE_007117, Declaration of Steve Denison, ¶ 20 | Undisputed. | |
|----|-----------|-----|-----|-----|-----|
| 90 | Plaintiff | Johnny Layne, Mindy Layne's husband, was a USPA Meet Director from 2014 to September 2020. | Joint Exhibit Part I at JE_00718, Declaration of Steve Denison, ¶ 21 | Undisputed. | |
| 91 | Plaintiff | Johnny Layne was a member of the USPA Executive Committee from January 2016 to September 2020. | Joint Exhibit Part I at JE_00718, Declaration of Steve Denison, ¶ 21 | Undisputed. | |
| 92 | Plaintiff | In Dorsey's caption to his Mindy Layne video, he states: "There's a whole lotta crimes against children going on in your leadership." | Joint Exhibit C at JE_00355, Mindy Layne Video [USPA0001198] | Disputed. Objection. FRE 1002, Best Evidence Rule. Defendant's Reel speaks for itself. | |
| 93 | Plaintiff | Dorsey's factual basis for saying "There's a whole lotta crimes against children going on in your leadership" in his Mindy Layne caption was "Kimberly Swett and Mindy Layne." | Joint Exhibit # 148 , Dorsey Depo. Transcript at 177:13-18. | Disputed. (1) Objection. Speculative. FRE 602. FRCP 56(c)(4). (2) Objection. FRE 1002, Best Evidence Rule. (3) Defendant's testimony speaks for itself. (3) Objection. Assumes Facts Not in Evidence. FRE 602, and misstates testimony. The full question and answer are as follows: "Q. My question is, your last statement there you say: "There's a whole lotta crimes against children going on in your leadership and I ain't about that." Whose leadership are you referring to there? A. The USPA. Q. Okay. And who in the USPA leadership on January 16, 2023, which is the date you posted this Reel, did you believe was committing crimes against children? A. Kimberly Swett and Mindy Lane at the time." Dorsey Depo. Transcript pg. 177: 6-18 | |
| 94 | Plaintiff | At the time of Dorsey's defamatory social media posts, USPA "leadership" consisted of Steve Denison, Mike Tronske, Executive Committee Members, USPA State Chairs, the USPA Referee Chair, and Meet Directors | Joint Exhibit Part I at JE_00717, Declaration of Steve Denison, ¶ 20 | Disputed. (1) Objection. Legal arguments/conclusions See Court Standing Order, ¶14(b). (2) Objection. Lack of foundation. *FRE 901. See Orr v. Bank of Am., NT & SA, 285 F.3d 764, 774 (9th Cir. 2002).* Steve Denison offers no foundation for Defendant's own belief and understanding of the word leadership. (Declaration of Steve Denison, ¶ 20) (3) Objection. Plaintiff cites to no evidence on the record. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.* , 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 95 | Plaintiff | Kimberly Swett has never been part of USPA's "leadership." | Joint Exhibit Part I at JE_00717, Declaration of Steve Denison, ¶ 20 | Disputed. (1) Objection. Legal arguments/conclusions See Court Standing Order, ¶14(b). (2) Objection. Lack of foundation. *FRE 901. See Orr v. Bank of Am., NT & SA, 285 F.3d 764, 774 (9th Cir. 2002).* Steve Denison offers no foundation for Defendant's own belief and understanding of the word leadership. (Declaration of Steve Denison, ¶ 20) (3) Objection. Plaintiff cites to no evidence on the record as to their characterization of her as not being in "leadership." She was a state referee for Vermont. See Joint Exhibit Part C at JE_00354, Kimberly Swett Video | |

| 96 | Plaintiff | Mindy Layne has never been part of USPA's "leadership." | Joint Exhibit Part I at JE_00717, Declaration of Steve Denison, ¶ 20 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br>Denison does not state the basis for his conclusion.<br>(2) Objection. Plaintiff cites to no evidence on the record.<br>(3) Objection. Plaintiff cites to no evidence on the record as to their characterization of her as not being in "leadership." She was an international referee. See JE_007117, Declaration of Steve Denison, ¶ 20. | |
| 97 | Plaintiff | USPA terminated Mindy Layne in June 2020, almost immediately after learning about her prior conviction for sexually abusing a child. | Joint Exhibit Part I at JE_00718, Declaration of Steve Denison, ¶ 22 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br>Denison does not state the basis for his conclusion of terminating her "almost immediately". | |
| 98 | Plaintiff | Prior to publishing his Mindy Layne video, Dorsey did not contact USPA to ask if Mindy Lane was a part of USPA's leadership. | Joint Exhibit # 148, Dorsey Depo. Transcript at 178:13-18. | Disputed.<br>(1) Objection. FRE 1002, Best Evidence Rule. Defendant's testimony speaks for itself.<br>(2) Objection. Plaintiff fails to cite to specific testimony. | |
| 99 | Plaintiff | Prior to publishing his Mindy Lane video, Dorsey did not contact Mindy Layne to ask her if she was a part of USPA's leadership. | Joint Exhibit # 148, Dorsey Depo. Transcript at 178:13-18. | Disputed.<br>(1) Objection. FRE 1002, Best Evidence Rule. Defendant's testimony speaks for itself.<br>(2) Objection. Plaintiff fails to cite to specific testimony. | |
| 100 | Plaintiff | In Dorsey's Mindy Layne video, he states, "The only time the USPA ever brought this up was when Johnny decided he was going to start his own federation." | Joint Exhibit Part C at JE_00355, Mindy Layne Video [USPA0001198] | Undisputed. | |
| 101 | Plaintiff | On January 15, 2023, prior to publishing his Mindy Layne video, Dorsey spoke with Joe Sullivan about the Mindy Layne situation. | Joint Exhibit Part D at JE_00463, Instagram Direct Messages Between Dorsey and Sullivan [SULL000430] | Disputed.<br>(1) Objection. Lack of foundation. FRE 901. FRCP 56(c)(2). *Orr v. Bank of Am.*, NT & SA, 285 F.3d 764, 773–74 (9th Cir. 2002). Messages shown in evidence do not indicate the date. SULL000430.<br>(2) Objection. Hearsay. FRE 801, 802. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 102 | Plaintiff | During that January 15, 2023 conversation regarding Dorsey's Mindy Layne video, Joe Sullivan told Dorsey, "I have no way of knowing it, but I think they KNEW about that having happened and allowed her to be a judge in spite of it. But then some financial underworkings or disagreements to the real issue for the schism. But they used it as a scapegoat. But I have no proof just hear say." | Joint Exhibit Part D at JE_00463, Instagram Direct Messages Between Dorsey and Sullivan [SULL000430] | Disputed.<br>(1) Objection. Lack of foundation. FRE 901. FRCP 56(c)(2). *Orr v. Bank of Am.*, NT & SA, 285 F.3d 764, 773–74 (9th Cir. 2002). Messages shown in evidence do not indicate the date. SULL000430.<br>(2) Objection. Hearsay. FRE 801, 802. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 103 | Plaintiff | In response to Sullivan's text message about the Mindy Layne situation on January 15, 2023, Dorsey said to Sullivan, "Agreed… That's my speculation tomorrow" | Joint Exhibit Part D at JE_00463, Instagram Direct Messages Between Dorsey and Sullivan [SULL000430] | Disputed.<br>(1) Objection. Lack of foundation. FRE 901. FRCP 56(c)(2). *Orr v. Bank of Am.*, NT & SA, 285 F.3d 764, 773–74 (9th Cir. 2002). Messages shown in evidence do not indicate the date. SULL000430.<br>(2) Objection. Hearsay. FRE 801, 802. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 104 | Plaintiff | On January 15, 2023, Sullivan said to Dorsey, "Welcome to powerlifting. You can have a field day here," to which Dorsey responded, "I'm having a great first day lol." | Joint Exhibit Part D at JE000464, Instagram Direct Messages Between Dorsey and Sullivan [SULL000431] | Disputed.<br>(1) Objection. Lack of foundation. FRE 901. FRCP 56(c)(2). *Orr v. Bank of Am.*, NT & SA, 285 F.3d 764, 773–74 (9th Cir. 2002). Messages shown in evidence do not indicate the date. SULL000430.<br>(2) Objection. Hearsay. FRE 801, 802. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 105 | Plaintiff | USPA's choice to not publicly disclose Mindy Layne's criminal history in June of 2020 was based on a desire to not publicly humiliate Johnny and Mindy Layne. | Joint Exhibit Part I at JE_00718, Declaration of Steve Denison, ¶ 24<br><br>Joint Exhibit Part I at JE_00777, Declaration of Mike Tronske, ¶ 16 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br><br>(2) Objection. Best Evidence. FRE 1002. Settlement Agreement not in evidence. | |

| | | | | | |
|---|---|---|---|---|---|
| 106 | Plaintiff | USPA's choice to not publicly disclose Mindy Layne's criminal history in June of 2020 was based on a settlement agreement that both USPA and Johnny Layne were bound by. | Joint Exhibit Part I at JE_00700, Declaration of Steve Denison, ¶ 24 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br><br>(2) Objection. Best Evidence. FRE 1002. Settlement Agreement not in evidence. | |
| 107 | Plaintiff | In his Mindy Layne Video, Dorsey states, "This email was sent out in September of 2020, warning all the USPA members saying, Hey, this guy is out there and we have another thing to say about him or his wife, that his wife, who was an official for the USPA, fucked the kid." | Joint Exhibit Part C at JE_00355, Mindy Layne Video [USPA0001198] | Undisputed. | |
| 108 | Plaintiff | In the September 9, 2020 USPA email Dorsey references in his Mindy Layne video, which Dorsey shows an image of in his Mindy Layne video, the USPA never refers to Mindy Layne by name or references that she or anyone is a registered sex offender. | Joint Exhibit Part I at JE_00718, Declaration of Steve Denison, ¶ 25 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br>(2) Objection. Best Evidence Rule. FRE 1002. The video speaks for itself. **(DORSEY_0000036)** | |
| 109 | Plaintiff | The letter states that USPA learned something about a member of Johnny Layne's family and removed the family member from the USPA. | Joint Exhibit Part I at JE_00718, Declaration of Steve Denison, ¶ 26 | Disputed.<br>Objection. Best Evidence Rule. FRE 1002. The email speaks for itself.<br>**DORSEY_0001293-DORSEY_0001294** (September 9, 2020 USPA email to members & officials re Johnny Layne) | |
| 110 | Plaintiff | The letter explains that USPA had wanted to handle this privately, but USPA was now sharing this information because Johnny Layne had made public statements that USPA mistreated his family member. | Joint Exhibit Part I at JE_00718, Declaration of Steve Denison, ¶ 26 | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b).<br>(2) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br>(3)Objection. Plaintiff cites to no evidence on the record.<br>(4) Objection. Best Evidence Rule. FRE 1002. The email speaks for itself.<br>**DORSEY_0001293-DORSEY_0001294** **(September 9, 2020 USPA email to members & officials re Johnny Layne)** | |
| 111 | Plaintiff | In Dorsey's Mindy Layne video, he states, "USPA, Vermont knew this person was a dirt bag and I had to put their feet to the fire to even say anything about it." | Joint Exhibit Part C at JE_00355, Mindy Layne Video [USPA0001198] | Disputed.<br>Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000036. | |
| 112 | Plaintiff | On January 16, 2023, when Dorsey published his Mindy Layne video, Joe Sullivan and Miriam Lawrence had already told him that Kimberly Swett disclosed her prior criminal history to USPA leadership. | Joint Exhibit Part H at JE_00706, Text Messages Between Dorsey and Miriam Lawrence [DORSEY0007848]<br><br>Joint Exhibit Part C at JE_00382, Text Messages Between Dorsey and Sullivan [SULL000497] | Disputed.<br>Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 113 | Plaintiff | On January 17, 2023, Dorsey published a video via his Instagram handle @Goob_u2 about James Justice (James Justice Video 1"). | Joint Exhibit Part C at JE_00356, James Justice Video 1, [USPA0001209] | Undisputed. | |
| 114 | Plaintiff | In the James Justice Video 1, Dorsey superimposes James Justice's mugshot over a USPA logo. | Joint Exhibit Part C at JE_00356, James Justice Video 1, [USPA0001209] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000037. | |
| 115 | Plaintiff | In his January 17, 2023 James Justice Video 1, Dorsey says, "This is James Justice and chances are, if you've ever competed in a USPA meet in Kentucky or Ohio, you've been in the presence of this man." | Joint Exhibit Part C at JE_00356, James Justice Video 1, [USPA0001209] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b).<br>(2) Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000037. | |
| 116 | Plaintiff | In his January 17, 2023 James Justice Video 1, Dorsey says, "At least should be known that he's [James Justice is] a predator." | Joint Exhibit Part C at JE_00356, James Justice Video 1, [USPA0001209] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000037. | |
| 117 | Plaintiff | In his January 17, 2023 James Justice Video 1, Dorsey says, "And this guy fucking loves the USPA. Probably because they don't formally do a background check on you. Any of the refs, any of the chairs, any judges. | Joint Exhibit Part C at JE_00356, James Justice Video 1, [USPA0001209] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b).<br>(2) Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000037. | |
| 118 | Plaintiff | In his January 17, 2023 James Justice Video 1, Dorsey says, "When you operate in that sort of way, it attracts a certain type of person. Generally, this type of person." | Joint Exhibit Part C at JE_00356, James Justice Video 1, [USPA0001209] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000037. | |
| 119 | Plaintiff | On January 17, 2023, Dorsey published a second video via his Instagram handle @Goob_u2 about James Justice (James Justice Video 2"). | Joint Exhibit Part C at JE_00357, James Justice Video 2 [USPA0001216] | Undisputed. | |

| 120 | Plaintiff | In the caption to his January 17, 2023 James Justice Video 2, Dorsey says to James Justice, "@jamesjustice1993 - I saw you mentioned your attorney will be contacting me. Please let me know! I speak the truth. You WERE charged for this - you ARE creepy objectively - and I WOULD NOT trust you around children." | Joint Exhibit Part C at JE_00357, James Justice Video 2 [USPA0001216] | Disputed. (1) Objection. Compound. See Court Standing Order, ¶14(b). (2) Objection. Best Evidence Rule. FRE 1002. The Reel/caption speaks for itself. DORSEY_0000038. | |
| 121 | Plaintiff | In his January 17, 2023 James Justice Video 2, Dorsey says, "I was amazed to find out that James Justice was asked to be a spotter at a junior's meet with young women and men there. Here he is again. And here he is again. And there he is again." | Joint Exhibit Part C at JE_00357, James Justice Video 2 [USPA0001216] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000038. | |
| 122 | Plaintiff | On January 17, 2023, prior to Dorsey posting his second James Justice Video, Dorsey sent Joe Sullivan a message saying, "Found the motherlode" and attached 5 photos of James Justice serving as a spotter at a USPA juniors meet to which Joe Sullivan responded "Super sick. Awesome. Jesus fucking vomit." | Joint Exhibit Part C at JE_00404-JE_00409, Instagram Direct Messages Between Dorsey and Sullivan [SULL000519-524] | Disputed. Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 123 | Plaintiff | At 12:54 PM on January 17, 2023, prior to Dorsey posting his second video about James Justice, Dorsey tells Sullivan, "Just wait til I do my follow up here with all the photos of James spotting children lol." | Joint Exhibit Part C at JE_00411, Instagram Direct Messages Between Dorsey and Sullivan [SULL000526] | Undisputed. | |
| 124 | Plaintiff | James Justice was never an employee of USPA. | Joint Exhibit Part I at JE_00719, Declaration of Steve Denison, ¶ 27 | Undisputed. | |
| 125 | Plaintiff | Dorsey did not retract his first video about James Justice and the USPA after receiving information from Joe Sullivan that contradicted his facts in his first video. | Joint Exhibit Part A at JE_00037-JE_00038, Sullivan Depo. Transcript, pp. 256-257 | Disputed. (1) Objection. Compound. See Court Standing Order,¶14(b). This is a statement that refers to two (2) or more separate facts. (2) Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2). *Scosche Indus., Inc. v. Visor Gear Inc.*, 121 F.3d 675, 681 (Fed. Cir. 1997). (3) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b). States that unspecified information from Dorsey's second James Justice Reel "contradicts" the first Reel. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 126 | Plaintiff | Dorsey did not retract his first video about James Justice and the USPA after receiving information from others that contradicted his facts in his first video. | Joint Exhibit Part A at JE_00037-JE_00038, Sullivan Depo. Transcript, pp. 256-257 | Disputed. (1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts. (2) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b). Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b). States that unspecified information from Dorsey's second James Justice Reel "contradicts" the first Reel. (3) Objection. Plaintiff cites to no evidence on the record. (4) Objection as to the phrase "others." Facts not in evidence/ mischaracterizes evidence. FRE 602. FRCP 56(c)(4). | |
| 127 | Plaintiff | Joe Sullivan believed that James Justice was a convicted child sex offender based on Dorsey's two James Justice videos. | Joint Exhibit Part A at JE_00039, Sullivan Depo. Transcript, p.260:16-24. | Disputed. (1) Objection. Speculative. FRE 602. FRCP 56(c)(4). (2) Objection. Best Evidence Rule. FRE 1002. Misstates testimony. Sullivan's testimony speaks for itself. **Sullivan Depo. Transcript pg. 260:16-24.** | |
| 128 | Plaintiff | In response to Joe Sullivan providing Dorsey with information that contradicted Dorsey's first James Justice video, Dorsey responded to Sullivan and said, "Just wait till I do my follow-up here with all the photos of James spotting children LOL." | Joint Exhibit Part A at JE_00040, Sullivan Depo. Transcript, p. 261:3-7. | Disputed. (1) Objection. Argumentative. FRE 403, 611(a). Dorsey did not contradict himself. (2) Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2). *Scosche Indus., Inc. v. Visor Gear Inc.*, 121 F.3d 675, 681 (Fed. Cir. 1997). (3) Objection. Best Evidence Rule. FRE 1002. Misstates testimony. Original message between Dorsey and Sullivan speaks for itself. **[INSERT BATES]** | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |

| 129 | Plaintiff | Somebody sent Dorsey a screenshot of an Instagram DM that states, "James Justice doesn't have a criminal record" and "We ran a background check.. Over a year ago." The DM also says "Justices family are pulling money together to sue goob. I know his brother and sister. He was accused by a drug addict that has accused several other men." | Joint Exhibit Part H at JE_00636, Text Message to Dorsey re James Justice [DORSEY_0004664] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4).<br>This is not a screenshot of an Instagram direct message.<br>Also taken out of context. In response to "We ran a background check.. Over a year ago." The response of the other speaker is "Either way, the optics of it are bad." Original speaker says, "True."<br>**DORSEY_0004664 (text messages between source re James Justice).** | |
| 130 | Plaintiff | Dorsey did not retract or correct his statements in his James Justice Video 1 after receiving the screenshot in Exhibit _ - DORSEY_0004664. | Joint Exhibit Part A at JE_00012, Dorsey Depo. Transcript, p. 200; 11-16. | Disputed.<br>(1) Objection. Best Evidence Rule. FRE 1002. Dorsey's testimony speaks for itself. **Dorsey Depo. Transcript pg. 200; 11-16.**<br>(2) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4).<br>This is not a screenshot of an Instagram direct message.<br>Also taken out of context. In response to "We ran a background check.. Over a year ago." The response of the other speaker is "Either way, the optics of it are bad." Original speaker says, "True."<br>**DORSEY_0004664 (text messages between source re James Justice).** | |
| 131 | Plaintiff | On January 18, 2023, Dorsey published a video via his Instagram handle @Goob_u2, and in the caption to that video he states, "A certain VP… isn't taking misgivings about protecting child touchers seriously." (the "January 18 Video"). | Joint Exhibit Part C at JE_00358, Dorsey's January 18, 2023 Instagram Video [USPA0001223] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0009397. | |
| 132 | Plaintiff | When Dorsey was asked what his factual basis was for saying "A certain VP… isn't taking misgivings about protecting child touchers seriously" Dorsey responded "I believe there was a message where he said I was "just a troll," so I didn't think that they were taking it seriously if I was exposing these things and they said I was trolling." | Joint Exhibit Part A at JE_00016, Dorsey Depo. Transcript, p. 228; 6-14. | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Best Evidence Rule. FRE 1002. Dorsey's testimony speaks for itself. **Dorsey Depo. Transcript pg. 228; 6-14.** | |
| 133 | Plaintiff | In Dorsey's January 18 Video, he also states, "USPA and Steve Denison have lied to you all.  They told you because Jonny Layne, the promoter whose wife was a pedophile, announced that he is creating the USPC, another powerlifting federation." | Joint Exhibit Part C at JE_00358, Dorsey's January 18, 2023 Instagram Video [USPA0001223] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0009397. | |
| 134 | Plaintiff | On January 21, 2023, Dorsey published a video via his Instagram handle @Goob_u2 about Roman "Chico" Cloyne (the "Cloyne Video"), who served as USPA's Vice President of Business Development from August 1, 2022 to January 21, 2023, the day before Dorsey's video. | Joint Exhibit Part C at JE00_359, Chico Cloyne Video [USPA0001233] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b).This is a statement that refers to two (2) or more separate facts.<br>(2) Disputed. Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. | |
| 135 | Plaintiff | In the Cloyne Video, Dorsey claims that USPA fired Cloyne earlier that day because USPA feared that stories about Cloyne would "com[e] out" and "You fired Chico to save yourselves." | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed. Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. | |
| 136 | Plaintiff | In the caption to Defendant's Chico Cloyne video, he falsely claims that USPA has "brushed [Chico's] scandals under the rug." | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | | |
| 137 | Plaintiff | USPA fired Cloyne on January 21, 2023 because it received an anonymous message on January 20, 2023, that Cloyne had drugged and raped someone. | Joint Exhibit Part I at JE_00719, Declaration of Steve Denison, ¶ 30<br><br>Joint Exhibit Part I at JE_00778, Declaration of Mike Tronske, ¶ 21 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2).<br>Denison and Tronske do not state the basis for their conclusion.<br>(2) Objection. Plaintiff cites to no evidence on the record. | |
| 138 | Plaintiff | Before posting the Cloyne Video, Dorsey did not contact USPA to inquire about its reasons for terminating Cloyne. | | Undisputed. | |
| 139 | Plaintiff | Before posting the Cloyne Video, on information and belief, Dorsey did not reach out to Cloyne or any other person. | Joint Exhibit Part I at JE_00719, Declaration of Steve Denison, ¶ 30 | Undisputed. | |
| 140 | Plaintiff | In the Cloyne Video, Dorsey also alleged that a female powerlifter, E.C., reported a violent incident involving Cloyne ("E.C. Incident") to USPA. that Tronske responded via email on January 4, 2023 saying that he would forward the matter to HR, but "Nothing ever became of it." | Joint Exhibit Part C at JE00_359, Chico Cloyne Video [USPA0001233] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. | |

| 141 | Plaintiff | In the Cloyne Video, Dorsey also alleged that Tronske responded via email on January 4, 2023 saying that he would forward the matter to HR, but "Nothing ever became of it." | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed.<br>(1) Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039.<br>(2) Objection. Plaintiff cites to no evidence on the record. | |
| 142 | Plaintiff | USPA conducted an extensive internal investigation of this incident starting in December 2022. | Joint Exhibit Part I at JE_00780-81, Declaration of Mike Tronske, ¶¶ 26-28, 32 | Undisputed. | |
| 143 | Plaintiff | USPA ultimately filed a report with HR on January 11, 2023. | Joint Exhibit Part I at JE_00781, Declaration of Mike Tronske, ¶ 32 | Disputed.<br>(1) Objection. Plaintiff cites to no evidence on the record.<br>(2) Objection. Objection. Lacks foundation, personal knowledge. FRE 602. FRCP 56(c)(4). Shelley Denison (using her shelley@ironrebel.com email) contacted Bambee in regard to the Chico Cloyne incident; not Mike Tronske. **USPA 0000843 (email from shelley@ironrebel.com to Bambee re incident with employee).** | |
| 144 | Plaintiff | Dorsey also claims in his Cloyne Video that "an alarming amount of women [told] me that Chico assaulted them." | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed. Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. | |
| 145 | Plaintiff | Dorsey also claims in his Cloyne Video that "You guys knew, you just refused to act until now. Absolutely disgusting." | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed. Objection. Best Evidence Rule. FRE 1002. Dorsey's video speaks for itself. **DORSEY_0000039.** | |
| 146 | Plaintiff | USPA never received any complaints about Cloyne being violent or predatory until Mike Tronske heard about the Erin Carrus incident. | Joint Exhibit Part I at JE_00779, Declaration of Mike Tronske, ¶ 22 | Disputed. Objection. Not supported by admissible evidence. FRCP 56(c)(2).<br>[(DORSEY_0000073 (IG post made by @uspapower, on which Eric Freeman of Freeman Powerlifting commented regarding Chico Cloyne harassing female lifters and referees since he came into the organization); DORSEY_0000076 (IG DMs from source to Dorsey re Chico Cloyne rape allegations); DORSEY_0007278 (IG DMs from source re friend who "came up to say something about Chico Cloyne" and how his reputation was known throughout the sport.); DORSEY 0007534 (IG DMs between source and Dorsey re how there are "...plenty of us that  knew about mindy and did nothing"); DORSEY 0008387 (IG DMs from source to Dorsey re Chico Cloyne and lifters who had reports and kept telling the board but they wouldn't do anything about it); DORSEY_0009017 (text messages between source and Dorsey about "a lot of people who want to come forward [re Chico Cloyne] but too scared of consequences"); USPA 0000606 (screenshot re report of incident with Chico Cloyne to USPA international official Tony Rodriguez); USPA 0000607-USPA 0000609 (report of Chico Cloyne rape incident); USPA 0000634 (emails within USPA re physical altercation incident with Chico Cloyne); USPA 0000700-USPA 0000701 (email from Corbin McGuffin-Noll to USPA on 9-9-2020 re Chico Cloyne ); USPA 0004724-USPA 0004726 (screenshot(s) of rape allegation text messages)] | |

| | | | | | |
|---|---|---|---|---|---|
| 147 | Plaintiff | Before the Erin Carrus incident, the only complaint that USPA ever heard about Cloyne was from a former meet director, Doug Nostrant, who complained that Cloyne was holding USPA meets in what Nostrant contended was his territory. | Joint Exhibit Part I at JE_00779, Declaration of Mike Tronske, ¶ 22 | Disputed. (1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts. (2) Objection. Plaintiff cites to no evidence on the record. (3) Objection. Not supported by admissible evidence. FRCP 56(c)(2). [(DORSEY_0000073 (IG post made by @uspapower, on which Eric Freeman of Freeman Powerlifting commented regarding Chico Cloyne harassing female lifters and referees since he came into the organization); DORSEY_0000076 (IG DMs from source to Dorsey re Chico Cloyne rape allegations); DORSEY_0007278 (IG DMs from source re friend who "came up to say something about Chico Cloyne" and how his reputation was known throughout the sport.); DORSEY 0007534 (IG DMs between source and Dorsey re how there are "...plenty of us that knew about mindy and did nothing"); DORSEY 0008387 (IG DMs from source to Dorsey re Chico Cloyne and lifters who had reports and kept telling the board but they wouldn't do anything about it); DORSEY_0009017 (text messages between source and Dorsey about "a lot of people who want to come forward [re Chico Cloyne] but too scared of consequences"); USPA 0000606 (screenshot re report of incident with Cloyne to USPA international official Tony Rodriguez); USPA 0000607-USPA 0000609 (report of Chico Cloyne rape incident); USPA 0000634 (emails within USPA re physical altercation incident with Chico Cloyne); USPA 0000700-USPA 0000701 (email from Corbin McGuffin-Noll to USPA on 9-9-2020 re Chico Cloyne ); USPA 0004724-USPA 0004726 (screenshot(s) of rape allegation text messages)] | |
| 148 | Plaintiff | In Dorsey's Cloyne Video, he claims USPA is an "old boys club where people in the federation do dirty things and their friends cover it up." | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed. Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. | |
| 149 | Plaintiff | When Dorsey was asked during his deposition to provide an example of when USPA did dirty things and their friends covered it up, Dorsey replied, "When Kimberly Swett applied to [USPA], assuming if they did background checks, like they ensure they did, they saw that she had a conviction for abusing a kid and they said she could work here, anyway. That's somebody that is a friend of yours, if your employee is doing something dirty and you are choosing not to do something about it. If it were my organization, that person would be nowhere near it. I don't rock with it." | Joint Exhibit Part A at JE_00017-JE_00018, Dorsey Depo. Transcript, pp. 247:11-25; 248:2-8 | Disputed. Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts. | |
| 150 | Plaintiff | As evidence for his "old boys club" claim in his Cloyne Video, Dorsey plays a recording of Mike Tronske. | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed. Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. | |
| 151 | Plaintiff | Dorsey summarizes the recording of Mike Tronske as, "We don't just fire people for allegations." | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed. (1) Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. (2) Objection. Plaintiff cites to no evidence on the record. | |
| 152 | Plaintiff | Dorsey then implies in his Cloyne Video that Mike Tronske was talking about Cloyne in the audio clip he played. | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed. Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. | |
| 153 | Plaintiff | In his Cloyne Video, Dorsey labels Mike Tronske's statement of "We don't just fire people for allegations" as "bullshit". | Joint Exhibit Part C at JE_00359, Chico Cloyne Video [USPA0001233] | Disputed. (1) Objection. Best Evidence Rule. FRE 1002. Dorsey's Reel speaks for itself. DORSEY_0000039. (2) Objection. Plaintiff cites to no evidence on the record. | |
| 154 | Plaintiff | The recording that Dorsey played in his Cloyne Video was from a scheduled phone call on January 21, 2023 with Tronske, Joe Sullivan and various USPA staff and a USPA official that lasted 77 minutes. | Joint Exhibit Part I at JE_00779, Declaration of Mike Tronske , ¶ 24 | Disputed. Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts. | |
| 155 | Plaintiff | Joe Sullivan provided Dorsey with the full 77 minute recording of the call. | Joint Exhibit 149, Sullivan Depo. Transcript, p. 70:3-21 | Undisputed. | |
| 156 | Plaintiff | In the portion of the recording that Dorsey plays in his Cloyne Video, Tronske was giving Sullivan an example of a previous complaint USPA received from a USPA member that was unrelated to Chico Cloyne. | Joint Exhibit Part I at JE_00779, Declaration of Mike Tronske, ¶ 24 | Undisputed. | |

| 157 | Plaintiff | There is no evidence of USPA ever engaging in a "cover up" of misconduct or criminal wrongdoing for any USPA employee, Meet Director, or Referee. | Joint Exhibit Part I at JE_00720, Declaration of Steve Denison, ¶ 32; Joint Exhibit Part I at JE_00779, Declaration of Mike Tronske, ¶ 23 | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Plaintiff cites to no evidence on the record.<br>(3) Objection. Not supported by admissible evidence. FRCP 56(c)(2). [DORSEY_0000076 (IG DMs from source to Dorsey re Chico Cloyne rape allegations); DORSEY_0009407 (transcript of 1-23-23 USPA Meet Director Meeting and Tyler Van Loon addressing disabling comments on Instagram); DORSEY_0009408 (transcript of 1-23-23 USPA Meet Director Meeting and Mike Tronske acknowledging lack of background checks); USPA 0004598 (Stradling Memo addressing lack of transparency which created an enironment of mistrust amongst USPA membership); DORSEY_0000559; DORSEY_0000570 -DORSEY_0000574 (emails from source re attempts to inform USPA of domestic violence within organization); DORSEY_0007534 (IG DMs between source and Dorsey re how there are ""...plenty of us that  knew about mindy and did nothing""); DORSEY_0008662-DORSEY_0008673 (IG DMs between Dorsey and Sykes); USPA 0000606 (screenshot re report of incident with Chico Cloyne to USPA international official Tony Rodriguez)"] | |
| 158 | Plaintiff | Dorsey's implication that USPA tried to "cover up" the Erin Carrus incident is not true. | Joint Exhibit Part I at JE_00720, Declaration of Steve Denison, ¶ 32; Joint Exhibit Part I at JE_00779-80, Declaration of Mike Tronske, ¶ 25 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison and Tronske do not state the basis for their conclusion.<br>(2) Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. (DORSEY_0000039).<br>(3) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). Dorsey does not directly reference the Erin Carrus incident involving Chico Cloyne when he discusses "...where people in the federation do dirty things, and their friends cover it up." (DORSEY_0000039). | |
| 159 | Plaintiff | On December 14, 2022, Mike Tronske emailed Erin Carrus a summary of the allegations he had heard about the food fight between her and Cloyne and asked her to provide a "detailed account of what occurred that evening and [to] clarify any discrepancies in the allegations" he relayed to her. | Joint Exhibit Part I at JE_00779-80, Declaration of Mike Tronske, ¶ 25 | Undisputed. | |
| 160 | Plaintiff | On January 4, 2023, Carrus replied to Tronske's December 14, 2022 email, providing a statement and attaching images of her injured face. | Joint Exhibit Part I at JE_00780, Declaration of Mike Tronske, ¶ 26 | Undisputed. | |
| 161 | Plaintiff | In Erin Carrus' January 4, 2023 email, she states, "This issue was resolved at North Americans [powerlifting competition] with Albert Alvarado mediating the conversation between [Cloyne] and myself." | Joint Exhibit Part I at JE_00780, Declaration of Mike Tronske, ¶ 26 | Undisputed. | |
| 162 | Plaintiff | On January 4, 2023, a few hours after receiving Erin Carrus' email, Mike Tronske responded, "Thank you for providing photographs and your written explanation on what occurred on the evening of November 3, 2022. We are extremely disappointed with this unacceptable behavior and the matter is pending further investigation and submission to our Human Resources Rep. to determine appropriate disciplinary action." | Joint Exhibit Part I at JE_00780, Declaration of Mike Tronske, ¶ 26 | Undisputed. | |
| 163 | Plaintiff | On January 11, 2023, USPA emailed its HR Representative at Bambee that there had been an incident and requested assistance. | Joint Exhibit Part I at JE_00780, Declaration of Mike Tronske, ¶ 28 | Disputed.<br>(1) Objection. Plaintiff cites to no evidence on the record, i.e., assumes facts not in evidence. FRE 602.<br>(2) Objection. Objection. Lacks foundation, personal knowledge. FRE 602. FRCP 56(c)(4). Shelley Denison (using her shelley@ironrebel.com email) contacted Bambee in regard to the Chico Cloyne incident; not Mike Tronske. **USPA 0000843 (email from shelley@ironrebel.com to Bambee re incident with employee).** Furthermore, inquiries also show dates of January 22, 2023 - January 25, 2023. **USPA 0000801-USPA 0000806 (internal communications between Bambee representative [Oswald] re Chico Cloyne/Erin Carrus incident)**<br>**Redundant (C144)** | |

| | | | | | |
|---|---|---|---|---|---|
| 164 | Plaintiff | On January 12, 2023, the HR representative at Bambee responded and provided a link for USPA to use to submit information. | Joint Exhibit Part I at JE_00780, Declaration of Mike Tronske, ¶ 28 | Disputed.<br>(1) Objection. Plaintiff cites no evidence on the record, i.e., assumes facts not in evidence. FRE 602.<br>(2) Objection. Objection. Lacks foundation, personal knowledge. FRE 602. FRCP 56(c)(4). Shelley Denison (using her shelley@ironrebel.com email) contacted Bambee in regard to the Chico Cloyne incident; not Mike Tronske. **USPA 0000845 (email from Bambee Representative [Osvaldo] to shelley@ironrebel.com re incident with employee).** Furthermore, inquiries also show dates of January 22, 2023 - January 25, 2023. **USPA 0000801-USPA 0000806 (internal communications between Bambee representative [Oswald] re Chico Cloyne/Erin Carrus incident).** | |
| 165 | Plaintiff | Dorsey would have known that his claims about Chico Cloyne were false if he had reached out to USPA to confirm his allegations. | Joint Exhibit Part I at JE_00720, Declaration of Steve Denison, ¶ 33; Joint Exhibit Part I at JE_00778, Declaration of Mike Tronske, ¶ 21 | Disputed.<br>(1) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(2) Objection. Argumentative. See generally FRE 403, 611(a).<br>(3) Objection. Assumes Facts Not in Evidence. FRE 602. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 166 | Plaintiff | Dorsey chose not to reach out to USPA to verify whether his allegations about Chico Cloyne were false. | Joint Exhibit Part I at JE_00719, Declaration of Steve Denison, ¶ 33. | Disputed. Objection. Lacks foundation, personal knowledge. FRE 602. FRCP 56(c)(4). Denison does not state the basis for this conclusion. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 167 | Plaintiff | On January 22, 2023, Dorsey published a post via his Instagram handle @Goob_u2, and in the caption said, "Thank you to all of the former USPA sponsors who are voting with your wallets." | Joint Exhibit Part D at JE_00453, [USPA 0001241] (Dorsey's Jan. 22, 2023 Instagram Post) | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. | |
| 168 | Plaintiff | On January 23, 2023, Dorsey published a video via his Instagram handle @Goob_u2 about Aaron Skogsberg ("Skogsberg Video"). | Joint Exhibit Part C at JE_00360, Aaron Skogsberg Video [USPA0001252] | Undisputed. | |
| 169 | Plaintiff | Dorsey begins his January 23, 2023 Skogsberg Video by explaining that USPA decided to go forward with a competition at a South Carolina gym owned by Skogsberg after Tronske received an email on July 13, 2022 (the "South Carolina Email") from a lifter stating the gym was owned by a registered sex offender named Aaron Skogsberg. | Joint Exhibit Part C at JE_00360, Aaron Skogsberg Video [USPA0001252] | Disputed.<br>(1) Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself.<br>The comment about going forward with the meet at The Office Gym is stated at 0:01:06 at the video (not the beginning). DORSEY_0000043. | |
| 170 | Plaintiff | After describing the South Carolina Email in his January 23, 2023 Skogsberg Video, Dorsey displays an image of an email Mike Tronske sent to a redacted email address stating, "We are extremely disappointed with this unacceptable behavior and the matter is pending further investigation and submission to our Human Resources Rep. to determine appropriate disciplinary action" | Joint Exhibit Part C at JE_00360, Aaron Skogsberg Video [USPA0001252] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000043. | |
| 171 | Plaintiff | Dorsey then announces in his January 23, 2023 Skogsberg Video that he has identified a "pattern" in which Tronske "always gets these emails" (e.g., allegations of sexual misconduct). | Joint Exhibit Part C at JE_00360, Aaron Skogsberg Video [USPA0001252] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000043. | |
| 172 | Plaintiff | Dorsey claims that Tronske then tells the whistleblower that he is going to send their report to HR. | Joint Exhibit Part C at JE_00360, Aaron Skogsberg Video [USPA0001252] | Disputed. Objection. Best Evidence Rule. FRE 1002. The Reel speaks for itself. DORSEY_0000043. | |
| 173 | Plaintiff | Before publishing his January 23, 2023 Skogsberg video, Dorsey knew that the HR Email he displays in his Skogsberg Video had nothing to do with the South Carolina Email he also references in his Skogsberg video. | Joint Exhibit Part A at JE_00019-JE_00021, Dorsey Depo. Transcript, pp. 254:6-25; 255:2-25; 256:2-15 | Disputed. Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4).<br>In his deposition John Dorsey acknowledges that the reference to the January 4, 2023, email is a "call-back to the prior video" and "that's what I [Dorsey] posted it for." Dorsey Depo. Transcript pp. 254: 16-17. | |
| 174 | Plaintiff | Mike Tronske sent the HR Email referenced in Dorsey's January 23, 2023 Skogsberg Video to Erin Carrus on January 4, 2023, after she sent him her statement alleging a USPA employee physically assaulted her. | Joint Exhibit Part I at JE_00781, Declaration of Mike Tronske, ¶ 31 | Disputed. Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>**Redundant (163).** | |
| 175 | Plaintiff | After sending that USPA Referee the HR Email referenced in Dorsey's January 23, 2023 Skogsberg video, USPA did in fact report the incident to its HR Representative. | Joint Exhibit Part I at JE_00781, Declaration of Mike Tronske, ¶ 32 | Disputed. Objection. Compound. See Court Standing Order, ¶14(b). This is a statement that refers to two (2) or more separate facts.<br>**Redundant (164).** | |

| 176 | Plaintiff | The "pattern" Dorsey claims to have identified in his January 23, 2023 Skogsberg video is based on a single January 4, 2023 email that Dorsey knows was unrelated to Skogsberg. | Joint Exhibit Part A at JE_00019-JE_00021, Dorsey Depo. Transcript, pp. 254:6-25; 255:2-25; 256:2-15 | Disputed. (1) Objection. Argumentative. See generally FRE 403, 611(a). Plaintiff is interpreting Defendant's testimony incorrectly. (2) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). Supporting evidence referenced does _not_ support this allegation; misinterprets the transcript. Q: "So your exact statement here is you say 'there is a pattern here,' inferring that Mike Tronske also forwarded the Aaron Skogsberg situation to HR? A: "That's not my inference, no. Q: Okay. Then why did you say there is a pattern here if you only had one example that you were aware of Mike Tronske telling an individual that they were going to forward their situation to HR? A: Well, the pattern was the meet went on even though they were notified of it. So my thought process is there is no way an HR person saw this.· How would they ever say this is okay? It's a sex offender's gym. Nobody in HR is going to say that's a good idea."Dorsey Depo. Transcript pg. 254: 23-25; 255: 2-15. | |
| 177 | Plaintiff | Dorsey implies that Tronske "always" tells whistleblowers that he is sending their matter to HR. | Joint Exhibit Part A at JE_00019-JE_00021, Dorsey Depo. Transcript, pp. 254:6-25; 255:2-25; 256:2-15 | Disputed. (1) Objection. Argumentative. See generally FRE 403, 611(a). Plaintiff is interpreting Defendant's testimony incorrectly. (2) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). These citations do _not_ support these implied allegations. There are several identified instances of USPA failing to respond to those who came forward with concerns about the organization and/or its members. [DORSEY_0000055 (email from source to Kat Colson [USPA] re lack of background checks and mention of lack of response); DORSEY_0000076 (IG DMs from source to Dorsey re Chico Cloyne rape allegations); DORSEY_0000559; DORSEY_0000570-DORSEY_0000574 (emails from source re attempts to inform USPA of domestic violence within organization); DORSEY_0007769 (IG DMs from source to Dorsey re Steve [Denison] always ignoring their concerns); DORSEY_0008387 (IG DMs from source to Dorsey re Chico Cloyne and lifters who had reports and kept telling the board but they wouldn't to anything about it)] | |
| 178 | Plaintiff | The viewers of Dorsey's Skogsberg video believed his claim that "HR Doesn't exist" because on January 23, 2023, Dorsey sent Joe Sullivan a message saying, "OK so people are memeing HR doesn't exist… We are getting somewhere… And fast." | Joint Exhibit Part D at JE_00483, Instagram Direct Messages Between Dorsey and Sullivan [SULL000449] | Disputed. (1) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b). (2) Objection. Speculative. FRE 602. FRCP 56(c)(4). (3) Objection. Assumes Facts Not in Evidence. FRE 602. | |
| 179 | Plaintiff | On January 23, 2023, Dorsey learned that Mike Tronske had stepped down from USPA's Executive Committee. | Joint Exhibit Part D at JE_00483, Instagram Direct Messages Between Dorsey and Sullivan [SULL000449] | Disputed. Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). SULL000449 shows Dorsey saying, "Mike gone." | |
| 180 | Plaintiff | On January 23, 2023, after learning that Mike Tronske had stepped down from USPA's Executive Committee, Dorsey messaged Sullivan and said, "Eat shit Mike… You earned it… Full plate." | Joint Exhibit Part D at JE00484, Instagram Direct Messages Between Dorsey and Sullivan [SULL000450] | Disputed. Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). SULL000449 shows Dorsey saying, "Mike gone." | |
| 181 | Plaintiff | In one Instagram comment, Dorsey branded USPA the "United States p3do Association." | Joint Exhibit Part A at JE_00025-6, Dorsey transcript at 367:20-25 and 368:2-14. | Undisputed. | |
| 182 | Plaintiff | On January 26, 2023, Dorsey posted a comment stating, "[F]ire [M]ike Tronske for not taking victims of abuse emails seriously and pretending to send them to an HR department that they have since admitted never existed!" | Joint Exhibit Part I at JE_00781, Exhibit 56 to Declaration of Mike Tronske | Undisputed. | |
| 183 | Plaintiff | On January 23, 2023—the same day Dorsey posted the Skogsberg Video—Denison and Tronske hosted a virtual meeting from their offices in California with a number of USPA's Meet Directors and State Chairs, including Corey Knight. | Joint Exhibit Part I at JE_00810, Exhibit D to Tronske Declaration | Undisputed. | |
| 184 | Plaintiff | During the meeting, Knight addressed Denison and stated, "There's no HR person. You lie, just say it. People would much rather hear that." | Joint Exhibit Part I at JE_00831, Exhibit D to Tronske Declaration | Undisputed. | |

| | | | | | |
|---|---|---|---|---|---|
| 185 | Plaintiff | Denison confusingly responded, "All we have is an EC, you know, we don't have an HR." | Joint Exhibit Part I at JE_00831, Exhibit D to Tronske Declaration | Disputed.<br>(1) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). Plaintiff interprets audio clip. **[NEEDS TO BE IN DECLARATION]**<br>(2) Objection. Best Evidence Rule. FRE 1002. The audio clip speaks for itself. **[NEED CITE]**. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 186 | Plaintiff | Minutes later, Denison and Tronske clarified this point. Tronske stated, "I think, Steve, you misspoke in regard[s] to 'We don't have HR.' We do have an HR, but . . . it's just for employees." | Joint Exhibit Part I at JE_00840, Exhibit D to Tronske Declaration | Disputed.<br>Objection. Best Evidence Rule. FRE 1002. The audio clip speaks for itself. **[NEED CITE]**. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 187 | Plaintiff | Denison agreed: "It's just for our full-time employees." | Joint Exhibit Part I at JE_00840, Exhibit D to Tronske Declaration | Disputed.<br>Objection. Best Evidence Rule. FRE 1002. The audio clip speaks for itself. **[NEED CITE]**. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 188 | Plaintiff | Mike Tronske's clarification appeared nowhere in Dorsey's January 26 posts where he flatly asserts that USPA has admitted it has no HR. | Joint Exhibit Part I at JE_00831, Exhibit D to Tronse Declaration | Disputed.<br><br>(1) Objection. Best Evidence Rule. FRE 1002. The audio clip speaks for itself. **[NEED CITE]**.<br>(2) Objection. Speculative. FRE 602. FRCP 56(c)(4). Plaintiff speculates that Dorsey has made this assertion in an unequivocal manner. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 189 | Plaintiff | Mike Tronske's clarification appeared nowhere in Dorsey's January 27 posts where he flatly asserts that USPA has admitted it has no HR. | Joint Exhibit Part I at JE_00831, Exhibit D to Tronse Declaration | Disputed.<br><br>(1) Objection. Best Evidence Rule. FRE 1002. The audio clip speaks for itself. **[NEED CITE]**.<br>(2) Objection. Speculative. FRE 602. FRCP 56(c)(4). Plaintiff speculates that Dorsey has made this assertion in an unequivocal manner. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 190 | Plaintiff | In his January 27, 2023 post, Dorsey only uploaded a recording of the 17 minute exchange between Denison and Knight where Denison says, "We don't have an HR." | Joint Exhibit Part I at JE_00757, Declaration of Steve Denison Exhibit G [DORSEY_0008286] | Disputed.<br>Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4).<br>John Dorsey did not post an audio recording on January 27, 2023. USPA 0001277-USPA 0001278. | |
| 191 | Plaintiff | On January 25, 2023, Dorsey responded to someone questioning his claims, stating, "I have a recording of the president on a 77 minute phone call admitting to no background checks and another audio clip of them admitting to no HR – so yes – I do my due diligence and yes they have admitted everything I've claimed was true. Where's yours law degree from? I graduated pitt law." | Joint Exhibit Part M at JE_02493-4, January 24, 2023 Comments to @goob_u2 [DORSEY_0002658] | Undisputed. | |
| 192 | Plaintiff | On January 25, 2023, Dorsey stated in a comment, "I just cover the truth. I'm a journalist. It's not about 'a chance to change' it's about the lies they got caught in. Namely with HR that didn't exist and background checks that never happened." | Joint Exhibit Part M at JE_02493-4, January 24, 2023 Comments to @goob_u2 [DORSEY_0002658] | Undisputed. | |
| 193 | Plaintiff | Dorsey knew USPA had HR for its full-time and part-time employees. | Joint Exhibit Part C at JE_00440, Text Message Communications between John Dorsey and Joe Sullivan [SULL000555] | Disputed.<br>(1) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). Evidence referenced does not have a date showing when these communications were exchanged. SULL000555.<br>(2) Objection. Lack of foundation. FRE 901. FRCP 56(c)(2). *Orr v. Bank of Am.*, NT & SA, 285 F.3d 764, 773–74 (9th Cir. 2002). Plaintiff does not properly authenticate the evidence referenced. | |
| 194 | Plaintiff | Instead of presenting facts that USPA had HR for its full-time and part-time employees, Dorsey chose to share only a portion of the full audio. | Joint Exhibit Part C at JE_00440, Text Message Communications between John Dorsey and Joe Sullivan [SULL000555] | Disputed.<br>(1) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). Evidence referenced does not have a date showing when these communications were exchanged. SULL000555.<br>(2) Objection. Lack of foundation. FRE 901. FRCP 56(c)(2). *Orr v. Bank of Am.*, NT & SA, 285 F.3d 764, 773–74 (9th Cir. 2002). Plaintiff does not properly authenticate the evidence referenced. | |
| 195 | Plaintiff | Dorsey did an interview with Hybrid Unlimited in February 2023 entitled, HYBRID UNLTD EP 168 John "Goob" Dorsey - How I Brought Down USPA, Commentating Ghost Clash. | Joint Exhibit Part C at JE_00370, Hybrid Unlimited Video [USPA 0000288] | Undisputed. | |

| 196 | Plaintiff | In the Hybrid Unlimited interview, Dorsey states, "[T]he whole problem with the USPA was we had a lot of reports and they were sent to this email inbox and none of them were fucking handled." | Joint Exhibit Part C at JE_00370, Hybrid Unlimited Video [USPA 0000288] | Undisputed. | |
|-----|-----------|----|----|----|----|
| 197 | Plaintiff | There is no trove of emails that USPA sent to HR that were never handled. | Joint Exhibit Part I at JE_00721, Declaration of Steve Denison, ¶ 39<br><br>Joint Exhibit Part I at JE_00782, Declaration of Mike Tronske, ¶ 35 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison and Tronske do not state the basis for their conclusion.<br>(2) Objection. Facts not in evidence/mischaracterizes evidence. FRE 602. FRCP 56(c)(4). Dorsey does not state that there is "...a trove of emails that USPA sent to HR that were never handled." Plaintiff does not provide evidence with this assertion. | |
| 198 | Plaintiff | In the Hybrid Unlimited interview, Dorsey claims he "pitched" to USPA the idea of having a board that oversees complaints but "[USPA] told [Dorsey and his affiliates] to go fuck themselves." | Joint Exhibit Part C at JE_00370, Hybrid Unlimited Video [USPA 0000288] | Disputed.<br>Objection. Best Evidence Rule. FRE 1002. The video speaks for itself. USPA 0000288. | |
| 199 | Plaintiff | In the Hybrid Unlimited interview, Defendant claims to have "called the attorney from the USPA." | Joint Exhibit Part C at JE_00370, Hybrid Unlimited Video (Clip 11) [USPA 0000288] | Disputed.<br>Objection. Best Evidence Rule. FRE 1002. The video speaks for itself. USPA 0000288. | |
| 200 | Plaintiff | In the Hybrid Unlimited interview, Dorsey claims: "I called the attorney for the for the USPA, which is like, it's like because I'm aggressive as fuck. Nobody's going to cease and desist me and make me shut up. I'm going to call your fucking attorney before you cease and desist me. And I said, 'Hey, I'm the guy in that email that you guys are talking about. One, big fucking mistake. I don't know if you really want to to disparage me publicly to your 40, 60, 80,000 members. And two, don't be a pussy and cease and desist me. File or shut the fuck up.' And he was like 'oh we're not, we're not, we're not doing anything. You know, that's that's not a thing that we're doing.' I was like, 'Okay, thanks.' And hung up like, go fuck yourself, bro." | Joint Exhibit Part C at JE_00370, Hybrid Unlimited Video (Clip 11) [USPA 0000288] | Disputed.<br>Objection. Best Evidence Rule. FRE 1002. The video speaks for itself. USPA 0000288. | |
| 201 | Plaintiff | Dorsey never spoke with the undersigned counsel, nor any other attorney at Stradling Yocca Carlson & Rauth prior to the filing of this lawsuit. | Dkt. No. 170 - Declaration of Shawn Collins | Undisputed. | |
| 202 | Plaintiff | The Mike Tronske HR Email is the only record Dorsey has of a matter being referred to HR by USPA. | Joint Exhibit Part A at JE_00019-00021, Transcript of Deposition of John Dorsey | Undisputed. | |
| 203 | Plaintiff | Dorsey misrepresents the Mike Tronske HR Email in his Skogsberg Video as being related to Aaron Skogsberg. | Joint Exhibit Part A at JE_00019-00021, Transcript of Deposition of John Dorsey | Disputed.<br>Objection. Lack of foundation. FRE 901. FRCP 56(c)(2). | |
| 204 | Plaintiff | Dorsey has never "pitched" to USPA the idea of having a board that oversees complaints. | Joint Exhibit Part I at JE_00721-22, Declaration of Steve Denison, ¶ 40 | Disputed.<br>(1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison does not state the basis for his conclusion.<br>(2) Objection. Best Evidence Rule. FRE 1002. The video speaks for itself. USPA 0000288.<br>(3) Objection. Misquotes and misinterprets interview. See generally FRE 403, 611(a).<br>"We pitched all this, Hey, you guys need to a board of people that are elected. They said, okay. And then they let all the people that were that shouldn't be electing anybody elect. Nobody ever got to pick who the candidates for this elect the executive board were. Nobody, nobody ever got." USPA 0000288. | |
| 205 | Plaintiff | USPA attempted one phone call with Dorsey on January 16, 2023, but Dorsey "hung up on Steve [Denison]" after asking, "hey guys can [I] record this call?" and USPA asked that the call not be recorded. | Joint Exhibit Part D at JE_00467-68, Instagram Direct Message Between Dorsey and Sullivan [SULL000434-45] | Disputed.<br>Objection. Mischaracterizes evidence. FRE 602. FRCP 56(c)(4). USPA (specifically from @uspapower Instagram and Tyler Van Loon) reached out to John Dorsey on January 15, 2023, at 10:54 AM and asked him to hop on a call. DORSEY_0004187. | |
| 206 | Plaintiff | USPA has never met with Dorsey or had a substantive phone call with him. | Joint Exhibit Part I at JE_00722, Declaration of Steve Denison, ¶ 41<br><br>Joint Exhibit Part I at JE_00782, Declaration of Mike Tronske, ¶ 37 | Disputed.<br>Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison and Tronske do not state the basis for their conclusion. | |
| 207 | Plaintiff | Steve Denison never "told [Dorsey and his affiliates] to go fuck themselves." | Joint Exhibit Part I at JE_00721-22, Declaration of Steve Denison, ¶ 40<br><br>Joint Exhibit Part I at JE_00782, Declaration of Mike Tronske, ¶ 36 | Disputed.<br>Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison and Tronske do not state the basis for their conclusion. | |

| | | | | | |
|---|---|---|---|---|---|
| 208 | Plaintiff | Dorsey's Instagram Posts were the proximate cause of USPA sponsors and Meet Directors leaving to join World Raw Powerlifting Federation ("WRPF"), a California-based competing powerlifting federation, in January and February of 2023. | Joint Exhibit Part D at JE_00490, Instagram Direct Message Between Dorsey and Sullivan [SULL000456]<br><br>Joint Exhibit 148 at 157:1-25; 158:1-25; 159:1-25; 160:1-25; 161:17-25; 162:1-4 and 17-25; and 164:4-16<br><br>Joint Exhibit Part G at JE_00543-44, Text Messages Between Dorsey and Sullivan [SULL000582-83]<br><br>Joint Exhibit Part D at JE_00453-458, Dorsey's Instagram Posts [USPA 0001241–1246] | Disputed.<br>(1) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(2) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(3) Objection. Assumes Facts Not in Evidence. FRE 602. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 209 | Plaintiff | Dorsey's Instagram Reels were the proximate cause of USPA sponsors and Meet Directors leaving to join World Raw Powerlifting Federation ("WRPF"), a California-based competing powerlifting federation, in January and February of 2023. | Joint Exhibit Part D at JE_00490, Instagram Direct Message Between Dorsey and Sullivan [SULL000456]<br><br>Joint Exhibit 148 at 157:1-25; 158:1-25; 159:1-25; 160:1-25; 161:17-25; 162:1-4 and 17-25; and 164:4-16<br><br>Joint Exhibit Part G at JE_00543-44, Text Messages Between Dorsey and Sullivan [SULL000582-83]<br><br>Joint Exhibit Part D at JE_00453-458, Dorsey's Instagram Posts [USPA 0001241–1246] | Disputed.<br>(1) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(2) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(3) Objection. Assumes Facts Not in Evidence. FRE 602. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 210 | Plaintiff | On January 30, 2023, Dorsey sent a message to Sullivan and said, "And thus marks the mass exodus… Tomorrow it's kabuki. That will shake them… There won't be much left to take." | Joint Exhibit Part D at JE_00490, Instagram Direct Message Between Dorsey and Sullivan [SULL000456] | Undisputed. | |
| 211 | Plaintiff | Kabuki Strength is an equipment producer in powerlifting that sponsored USPA and provided all the barbells used for USPA competitions. | Joint Exhibit 148 at 157:1-25; 158:1-25; 159:1-25<br><br>Joint Exhibit Part G at JE_00543-47, Text Messages Between Dorsey and Sullivan [SULL000582-86] | Undisputed. | |
| 212 | Plaintiff | On January 29, 2023, Dorsey sent Joe Sullivan a message saying, "Don't repeat but I got informed today there's a large group of meet directors – about 100 meets between them all – that are going to stage a mass walkout soon." | Joint Exhibit Part G at JE_00548, Text Messages Between Dorsey and Sullivan [SULL000587] | Undisputed. | |
| 213 | Plaintiff | Sullivan responds to Dorsey's January 29,2023 message, stating "That's already happened though. Who's left to even stage it?? Lol," and Dorsey responds, "More MORE." | Joint Exhibit Part G at JE_00548, Text Messages Between Dorsey and Sullivan [SULL000587] | Disputed.<br>Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation.  The Court should disregard these objections.  *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 214 | Plaintiff | In the Hybrid Unlimited interview, Dorsey says that WRPF invited him to commentate for the Ghost Clash meet. | Joint Exhibit Part C at JE_00370, Hybrid Unlimited Video [USPA0000288] | Undisputed. | |
| 215 | Plaintiff | WRPF paid for Dorsey's flight and hotel to attend the February 2023 Ghost Clash meet in Miami. | Joint Exhibit Part A at JE_00024, Transcript of Deposition of John Dorsey at 302:12-16<br><br>Joint Exhibit Part G at JE_00607-618, January to March 2023 Communications between WRPF Americas and John Dorsey [DORSEY_0003553-0003557]<br><br>Joint Exhibit Part G at JE 00601-604, February 14, 2023 Email from gbtraininglink@gmail.com [DORSEY_0003486-0003488] | Disputed.<br>Objection. Mischaracterizes evidence. FRE 602. FRCP 56(c)(4). The flight and hotel referenced were paid-out-of-pocket by Ana Perez. On February 19, 2023, in a conversation via Instagram with @WRPF Americas, Ana Perez (who at the time of this conversation was Vice President of the WRPF) John Dorsey explains, "I understand you were out of pocket for this - i assumed WRPF was flying me out as a thank you for being a catalyst that blew their fed up in a good way." (DORSEY_0003555). | |
| 216 | Plaintiff | In the Hybrid Unlimited Video, Dorsey goes on to say "I think the only way to get rid of [USPA] is for everybody to join a federation that gives a shit about you." | Joint Exhibit Part C at JE_00370, Hybrid Unlimited Video [USPA0000288] | Undisputed. | |

| | | | | | |
|---|---|---|---|---|---|
| 217 | Plaintiff | In January of 2023, Dorsey was helping facilitate the movement of powerlifters from USPA to WRPF so that they can compete in WRPF meets instead of USPA meets and pay membership dues to WRPF instead of USPA. | Joint Exhibit Part D at JE_00477, Instagram Communications between John Dorsey and Joe Sullivan [SULL000444]<br><br>Joint Exhibit Part G at JE_00605-606, January 23, 2023 Communications with John Dorsey regarding WRPF [DORSEY_0003520]<br><br>Joint Exhibit Part G at JE_00619-620, January 23, 2023 Communications with John Dorsey regarding WRPF [DORSEY_0003607]<br><br>Joint Exhibit Part G at JE_00627-628, May 9, 2023 Email from Candi Nostrant to John Dorsey [DORSEY_0004493]<br><br>Joint Exhibit Part G at JE_00629-630, February 8, 2023 Communications with Dorsey regarding WRPF [DORSEY_0004499]<br><br>Joint Exhibit Part H at JE_00631-632, 2023 Email from Candi Nostrant to John Dorsey regarding WRPF [DORSEY_0004500] | Disputed.<br>(1) Objection. Compound. See generally F.R.E. 403, 611(a). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(3) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>These documents referenced don't indicate anything to support this allegation or even reference John Dorsey's name. | |
| 218 | Plaintiff | In February of 2023, Dorsey was helping facilitate the movement of powerlifters from USPA to WRPF so that they can compete in WRPF meets instead of USPA meets and pay membership dues to WRPF instead of USPA. | Joint Exhibit Part G at JE_00629-630, February 8, 2023 Communications with Dorsey regarding WRPF [DORSEY_0004499] | | |
| 219 | Plaintiff | On January 21, 2023, Joe Sullivan messaged Dorsey and said "We fucking rocked this shit dude," | Joint Exhibit Part D at JE_00477, Instagram Direct Messages Between Dorsey and Sullivan [SULL000444] | Disputed.<br>Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4).Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). | |
| 220 | Plaintiff | Dorsey responded to Joe Sullivan's January 21, 2023 message by stating "MOTHER…FUCKER." | Joint Exhibit Part D at JE_00477, Instagram Direct Messages Between Dorsey and Sullivan [SULL000444] | Undisputed. | |
| 221 | Plaintiff | Joe Sullivan replied to Dorsey's January 21, 2023 response by stending a two-hands shaking emoji followed by "Wrpf where you @." | Joint Exhibit Part D at JE_00477, Instagram Direct Messages Between Dorsey and Sullivan [SULL000444] | Disputed.<br>Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 222 | Plaintiff | During his deposition, Dorsey was asked why he made the statement, "Wrpf where you @" to Sullivan on January 21, 2022, and he said, "Probably because that was at the time – I don't know if he still is – but that was the federation that Joe Sullivan was in. And I think the powerlifting world was just waiting for somebody to step up and do the right thing." | Joint Exhibit 148 at pg. 30:14-25 and pg. 31:2-3 | Undisputed. | |
| 223 | Plaintiff | In February of 2023, Dorsey sent Sullivan a message about "They said 'so, ghost klash?'" Lol to which Sullivan responded "Oh I brought that up today [Salute emoji]" and Dorsey responded "I think they're about to give me my roses." | Joint Exhibit Part G at JE_00569, Text Messages Between Dorsey and Sullivan [SULL000608] | Disputed.<br>Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 224 | Plaintiff | In February of 2023, Dorsey sent Sullivan a message about creating a "joint venture" with other powerlifting federations and said "the long game play is to get everyone besides USPA on board and then make it industry standard that you must be on notme to participate in funding." | Joint Exhibit Part G at JE_00570, Text Messages Between Dorsey and Sullivan [SULL000609] | Undisputed. | |
| 225 | Plaintiff | In February of 2023, Dorsey sent Sullivan a message that said, "The overall common sentiment is FUCK THE USPA." | Joint Exhibit Part G at JE_00571, Text Messages Between Dorsey and Sullivan [SULL000610] | Undisputed. | |
| 226 | Plaintiff | On January 22, 2023, Dorsey posted screen shots of several sponsors announcing that they are leaving USPA, captioning the post: "Thank you to all of the former USPA sponsors who are voting with your wallets." | Joint Exhibit Part D at JE_00453, Instagram Post by Dorsey [USPA 0001241] | Undisputed. | |
| 227 | Plaintiff | On January 28, 2023, Dorsey sent Joe Sullivan a message saying, "Organize a meet director sit out on the Tuesday call. Nobody calls in," to which Sullivan responded "Yep." | Joint Exhibit Part G at JE_00541, Text Messages Between Dorsey and Sullivan [SULL000580] | Disputed.<br>Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |

| 228 | Plaintiff | Dorsey contacted USPA sponsor Pioneer Belts directly in an effort to persuade it not to sponsor a USPA event. | Joint Exhibit Part I at JE_00720, Declaration of Steve Denison, ¶ 34<br><br>Joint Exhibit Part M at JE_02487-02491, February 24, 2023 Dorsey Communications with Redacted [DORSEY_0008286-DORSEY_0008289]<br><br>Joint Exhibit Part D at JE_00453, Instagram Post by Dorsey [USPA 0001241] | Disputed.<br>(1) Objection. Compound. See generally F.R.E. 403, 611(a). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(3) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(4) Objection. Assumes Facts Not in Evidence. FRE 602. | |
| 229 | Plaintiff | Pioneer Belts did not ultimately sponsor this USPA event. | Joint Exhibit Part I at JE_00720, Declaration of Steve Denison, ¶ 34. | Undisputed. | |
| 230 | Plaintiff | Meet Director Danny Sawaya, who operates the Instagram account @tucsonstrength, announced in an Instagram video that he intended to remain with USPA. | Joint Exhibit Part D at JE_00516-18, Instagram Direct Messages between John Dorsey and Joe Sullivan [SULL000481-SULL000483]<br><br>Joint Exhibit Part H at JE_00633-634, Instagram Post from Danny Sawaya via @tusconstrength [DORSEY_0004659] | Undisputed. | |
| 231 | Plaintiff | After Meet Director Danny Sawaya announced in an Instagram video that he intended to remain with USPA, Dorsey commented stating "I'll likely be covering @tucsonstrength and his commentary in a video soon." | Joint Exhibit Part D at JE_00516-18, Instagram Direct Messages between John Dorsey and Joe Sullivan [SULL000481-SULL000483]<br><br>Joint Exhibit Part H at JE_00633-634, Instagram Post from Danny Sawaya via @tusconstrength [DORSEY_0004659] | Undisputed. | |
| 232 | Plaintiff | As a direct and proximate result of the false statements in Dorsey's posts about USPA, many USPA Meet Directors have left USPA for other federations or stated that they would no longer host meets. | Joint Exhibit Part I at JE_00722, Declaration of Steve Denison, ¶ 42<br><br>Joint Exhibit Part I at JE_00783-84, Declaration of Mike Tronske, ¶¶ 42-43<br><br>Joint Exhibit Part D at JE_00467, Instagram Direct Messages Between Dorsey and Sullivan [SULL000434] | Disputed.<br>(1) Objection. Compound. See generally F.R.E. 403, 611(a). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(3) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(4) Objection. Assumes Facts Not in Evidence. FRE 602. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 233 | Plaintiff | As a direct and proximate result of the false statements in Dorsey's 19 videos about USPA, many USPA Meet Directors have left USPA for other federations or stated that they would no longer host meets. | Joint Exhibit Part I at JE_00722, Declaration of Steve Denison, ¶ 42<br><br>Joint Exhibit Part I at JE_00783-84, Declaration of Mike Tronske, ¶¶ 42-43<br><br>Joint Exhibit Part D at JE_00467, Instagram Direct Messages Between Dorsey and Sullivan [SULL000434] | Disputed.<br>(1) Objection. Compound. See generally F.R.E. 403, 611(a). This is a statement that refers to two (2) or more separate facts.<br>(2) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(3) Objection. Speculative. FRE 602. FRCP 56(c)(4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 234 | Plaintiff | Meet Directors were forced to cancel several events because gyms refused to host USPA meets, sponsors stopped sponsoring USPA events, and member participation in meets declined, based on Dorsey's social media posts about USPA. | Joint Exhibit Part I at JE_00723, Declaration of Steve Denison, ¶ 47. | Disputed.<br>(1) Objection. Argumentative. See generally FRE 403, 611(a)<br>(2) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(3) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(4) Objection. Assumes Facts Not in Evidence. FRE 602. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 235 | Plaintiff | On January 16, 2023, Joe Sullivan told Dorsey, "I've gotten so many dms of meet directors considering stepping away cuz of this coming to light." | Joint Exhibit Part D at JE_00467, Instagram Direct Messages Between Dorsey and Sullivan [SULL000434] | Undisputed. | |
| 236 | Plaintiff | On January 16, 2023, Sullivan asked Dorsey "Fucking WHY" he hung up on Steve Denison and Dorsey responded, "I will gut this motherfucking cesspool like a fish." | Joint Exhibit Part D at JE_00467-68, Instagram Direct Messages Between Dorsey and Sullivan [SULL000434-35] | Undisputed. | |
| 237 | Plaintiff | On January 23, 2023, Dorsey was helping WRPF Americas cover up sexual assault allegations against WRPF Meet Director Alex Uslar. | Joint Exhibit Part G at JE_00623, Dorsey Communications with "Instagram User" [DORSEY_0004193]<br><br>Joint Exhibit Part G at JE_00615, Dorsey Communications with WRPF Americas [DORSEY_0003560]<br><br>Exhibit Part H at JE_00663-JE_00665, Dorsey Communications with Redacted [DORSEY_0006208-DORSEY_0006209] | Disputed.<br>(1) Objection. Argumentative. See generally FRE 403, 611(a)<br>(2) Objection. Legal argument/conclusion. See Court's Standing Order, ¶14(b).<br>(3) Objection. Speculative. FRE 602. FRCP 56(c)(4).<br>(4) Objection. Assumes Facts Not in Evidence. FRE 602. | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 238 | Plaintiff | On January 23, 2023, while helping WRPF cover up sexual assault allegations against Alex Uslar, Dorsey was simultaneously accusing USPA of covering up sexual assault allegations made against Chico Cloyne. | Joint Exhibit Part G at JE_00623, Dorsey Communications with "Instagram User" [DORSEY_0004193]<br><br>Joint Exhibit Part G at JE_00615, Dorsey Communications with WRPF Americas[DORSEY_0003560]<br><br>Exhibit Part H at JE_00663-JE_00665, Dorsey Communications with Redacted [DORSEY_0006208-DORSEY_0006209] | Undisputed. | |
| 239 | Plaintiff | On January 23, 2023, Dorsey was communicating with the WRPF Americas Instagram account and WRPF Americas account asked, "So there were other claims about Alex or this is the only one?" | Joint Exhibit Part G at JE_00615, Dorsey Communications with WRPF Americas [DORSEY_0003560] | Undisputed. | |

| 240 | Plaintiff | On January 24, 2023, John Dorsey was on a group communication with Joe Sullivan, Brianny Terry, and Alex Uslar, who is a Meet Director with WRPF, discussing "whether there might be something on Alex [Uslar]" regarding allegations of sexual assault. | Exhibit Part H at JE_00663-JE_00665, Dorsey Communications with "Redacted" [DORSEY_0006208-DORSEY_0006209] | Undisputed. | |
| 241 | Plaintiff | On January 24, 2023, John Dorsey was on a group communication with Joe Sullivan, Brianny Terry, and Alex Uslar, who is a Meet Director with WRPF, and Alex Uslar requested that the group "do a little bit of damage control and reach out to those same groups and tell them 'oh we looked into it it was nothing.' | Exhibit Part H at JE_00663-JE_00665, Dorsey Communications with "Redacted" [DORSEY_0006208-DORSEY_0006209] | Undisputed. | |
| 242 | Plaintiff | On January 25, 2023, Dorsey messaged Alex Uslar, a Meet Director for WRPF, and said "Hire Goob instead" to which Uslar responded "Haha DONE AND DONE." | Joint Exhibit Part H at JE_00660, Dorsey Communications with "Redacted" [DORSEY_0004916] | Disputed. Objection. Mischaracterizes evidence. FRE 602. FRCP 56(c)(4). *It is unclear by looking at this exhibit what the comment "Hire Goob instead" is in reference to.* | |
| 243 | Plaintiff | Leonetta Richardson, a Meet Director from Moreno Valley, California, left the USPA and joined WRPF in the wake of Defendant's posts. | Joint Exhibit Part I at JE_00722, Declaration of Steve Denison, ¶ 42(a) | Disputed. Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison does not state the basis for his conclusion. | |
| 244 | Plaintiff | On March 19, 2023, Meet Director Christopher Nicolai announced on his Instagram: "Due to the information released and how the situation was handled among a list of many other reasons this past weekend was my last meet as a USPA meet director." | Joint Exhibit Part I at JE_00722, Declaration of Steve Denison, ¶ 42(b) | Disputed. Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison does not state the basis for his conclusion. | |
| 245 | Plaintiff | Christopher Nicolai left USPA to become a meet director with WRPF. | Joint Exhibit Part I at JE_00722, Declaration of Steve Denison, ¶ 42(b) | Disputed. Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison does not state the basis for his conclusion. | |
| 246 | Plaintiff | On February 1, 2023, Dorsey communicated with the WRPF Americas Instagram account and said, "You guys are crushing it." | Joint Exhibit Part G at JE_00613, Dorsey Communications with WRPF Americas [DORSEY_0003558] | Undisputed. | |
| 247 | Plaintiff | On February 1, 2023, WRPF Americas Instagram account responded to Dorsey's communication, "Dude is overwhelming but trying our best," | Joint Exhibit Part G at JE_00613, Dorsey Communications with WRPF Americas [DORSEY_0003558] | Undisputed. | |
| 248 | Plaintiff | On February 1, 2023, Dorsey replied to WRPF Americas' response, "How many meets do you guys have rn… Ballpark… And how many new members did you get?" | Joint Exhibit Part G at JE_00613, Dorsey Communications with WRPF Americas [DORSEY_0003558] | Undisputed. | |
| 249 | Plaintiff | On February 1, 2023, WRPF Americas responded to Dorsey's question, "Dude so last year we did 70 total. Lol right now let me look. BRB" | Joint Exhibit Part G at JE_00613, Dorsey Communications with WRPF Americas [DORSEY_0003558] | Undisputed. | |
| 250 | Plaintiff | On February 1, 2023, Dorsey replied to WRPF Americas response, "Jesus Christ… Glad y'all stepped up!" | Joint Exhibit Part G at JE-00613, Dorsey Communications with WRPF Americas [DORSEY_0003558] | Undisputed. | |
| 251 | Plaintiff | On March 2, 2023, USPA's California counsel sent cease & desist letters to Dorsey, instructing him to stop publishing defamatory statements about USPA and to remove specific defamatory statements from Instagram. | Joint Exhibit Part I at JE_00724, Declaration of Steve Denison, ¶ 50<br><br>Joint Exhibit Part I at JE_00784, Declaration of Mike Tronske, ¶ 45 | Disputed. (1) Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison and Tronske do not state the basis for their conclusion. (2) Objection. Compound. See generally F.R.E. 403, 611(a). This is a statement that refers to two (2) or more separate facts. | |
| 252 | Plaintiff | On March 2, 2023, USPA's California counsel sent cease & desist letters to Dorsey, instructing him to stop publishing defamatory statements about USPA and to remove specific defamatory statements from Instagram. | Joint Exhibit Part I at JE_00724, Declaration of Steve Denison, ¶ 50 | Disputed. Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison does not state the basis for his conclusion. | |
| 253 | Plaintiff | Dorsey posted pictures of the cease & desist letter he received from USPA and stated, "please don't just cease and desist me. If you mean it, just sue me. I'll wait for discovery - you can't sue people for posting their opinions of your poor actions." | Joint Exhibit Part G at JE_00590 [SULL000629] | Undisputed. | |
| 254 | Plaintiff | On March 2, 2023, Dorsey sent a copy of his Cease & Desist letter to the WRPF Americas Instagram account. | Joint Exhibit Part G at JE_00608, Dorsey Communications with WRPF Americas [DORSEY_0003553] | Disputed. Objection. Mischaracterizes evidence. FRE 602. FRCP 56(c)(4). *It was not a full copy of the letter, it was the post John Dorsey made in regard to the letter.* | |
| 255 | Plaintiff | Dorsey has not removed any of his Instagram posts about USPA from his Instagram page or comments USPA identified in the March 2, 2023 cease & desist letter that it sent to Dorsey. | Joint Exhibit Part I at JE_00724, Declaration of Steve Denison, ¶ 50<br><br>Joint Exhibit Part I at JE_00784, Declaration of Mike Tronske, ¶ 45 | Disputed. Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison and Tronske do not state the basis for their conclusion. *Check Native Doc* | |
| 256 | Plaintiff | Dorsey's defamatory social media posts have caused lost profits to USPA that total $1,037,217 with $99,449 of prejudgment interest. | Joint Exhibit Part I at JE_00724, Declaration of Steve Denison, ¶ 49<br><br>Joint Exhibit Part I at JE_00784, Declaration of Mike Tronske, ¶ 44<br><br>Joint Exhibit Part M at JE_02495 – JE_02521, Smart Expert Report | Disputed. Objection. Lack of foundation, personal knowledge. FRE 602. FRCP 56(c)(2). Denison and Tronske do not state the basis for their conclusion. *Fruits Declaration* | |

| # | Party | Statement | Citation | Status | Court Note |
|---|---|---|---|---|---|
| 257 | Plaintiff | On January 17, 2023, Dorsey told an unknown source, "I'm having too much fun." | Joint Exhibit Part H at JE_000637, Audio File of John Dorsey [DORSEY_0004807] | Undisputed. ***Check Native Doc*** | |
| 258 | Plaintiff | On January 17, 2023, Dorsey told an unknown source, "Burn it all... I am man on fire rn... Denzel... I will take everything." | Joint Exhibit Part H at JE_00653, Dorsey Communications with "Redacted" [DORSEY_0004871] | Undisputed. | |
| 259 | Plaintiff | Dorsey's January 17, 2023, statements to an unknown source were made after telling this unknown source, "USPA is feeling pressure. Lots of state accounts have reached out to me to send support." | Joint Exhibit Part H at JE_00653, Dorsey Communications with "Redacted" [DORSEY_0004871] | Undisputed. | |
| 260 | Plaintiff | On January 22, 2023, Dorsey told an unknown source, "My post was shared 1850 times in first 60 minutes. Currently over 3,000 shares for the day. Just the Chico one." | Joint Exhibit Part H at JE_00653, Dorsey Communications with "Redacted" [DORSEY_0004861] | Undisputed. | |
| 261 | Plaintiff | On January 22, 2023, an unknown person asked in response to Dorsey's statement, "Didn't you just hit 50k too lol." | Joint Exhibit Part H at JE_00653, Dorsey Communications with "Redacted" [DORSEY_0004861] | Disputed. Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | |
| 262 | Plaintiff | On January 22, 2023, Dorsey responded to the unknown person, "Ya... Monday... I hit 50,000." | Joint Exhibit Part H at JE_00653, Dorsey Communications with "Redacted" [DORSEY_0004861] | Undisputed. | |
| 263 | Plaintiff | On January 23, 2023, Dorsey tells an unknown source, "Btw new story is beating Chico story on metrics so far lol." | Joint Exhibit Part H at JE_00649, Dorsey Communications with "Redacted" [DORSEY_0004860] | Undisputed. | |
| 264 | Plaintiff | On January 23, 2023, Dorsey tells an unknown source, "The new one has been shared like 1600 times so far - it may beat it." | Joint Exhibit Part H at JE_00647, Dorsey Communications with "Redacted" [DORSEY_0004859] | Undisputed. | |
| 265 | Plaintiff | On January 24, 2023, an unknown source says to Dorsey, "I can't believe nobody [from USPA] has gotten on a call with you," and in response, Dorsey says, "They tried... I told them only if i can record it... They told me no so i hung up and dropped another video lol." | Joint Exhibit Part H at JE_00645, Dorsey Communications with "Redacted" [DORSEY_0004858] | Disputed. Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 266 | Plaintiff | On January 24, 2023, Dorsey responded to the unknown source, "They tried... I told them only if i can record it... They told me no so i hung up and dropped another video lol." | Joint Exhibit Part H at JE_00645, Dorsey Communications with "Redacted" [DORSEY_0004858] | Undisputed. | |
| 267 | Plaintiff | On January 24, 2023, Dorsey tells an unknown source, "All i want is mikes ass." | Joint Exhibit Part H at JE_00645, Dorsey Communications with "Redacted" [DORSEY_0004858] | Undisputed. | |
| 268 | Plaintiff | On January 24, 2023, Dorsey told an unknown source, "Mike cried on the call today... Which was okay but, I need more." | Joint Exhibit Part H at JE_00643, Dorsey Communications with "Redacted" [DORSEY_0004857] | Undisputed. | |
| 269 | Plaintiff | On January 24, 2023, an unknown source told Dorsey, "I'm glad the wrpf is showing the way how to do this in the confines of the parties at hand. They are showing s perfect example of how to do it 'goobless'. I know they banned two big name ppl today. And never said s word about it on their social media. So when ur done people shouldn't feel like oh no how can we expose ppl now. Like uhhh exhibit a, wrpf." | Joint Exhibit Part H at JE_00643, Dorsey Communications with "Redacted" [DORSEY_0004857] | Undisputed. | |
| 270 | Plaintiff | On January 24, 2023, Dorsey responded to the unknown source, "They're CRUSHING... I've been helping them a bit." | Joint Exhibit Part H at JE_00643, Dorsey Communications with "Redacted" [DORSEY_0004857] | Undisputed. | |
| 271 | Plaintiff | On January 24, 2023, Dorsey is spoke with an unknown source, and the unknown source told Dorsey, "Ana [Perez] is a savage," to which Dorsey responds, "They're an open line of communication with me. Ana is the farthest thing from a pussy... Just cutthroat and morally correct." | Joint Exhibit Part H at JE_00641, Dorsey Communications with "Redacted" [DORSEY_0004854] | Disputed. Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 272 | | On January 24, 2023, Dorsey responded to the unknown source, "They're an open line of communication with me. Ana is the farthest thing from a pussy... Just cutthroat and morally correct." | Joint Exhibit Part H at JE_00641, Dorsey Communications with "Redacted" [DORSEY_0004854] | Undisputed. | |
| 273 | Plaintiff | On January 24, 2024, Dorsey tells an unknown source, "After i have mikes [Tronske] scalp I'm out lol." | Joint Exhibit Part H at JE_00641, Dorsey Communications with "Redacted" [DORSEY_0004854] | Undisputed. | |
| 274 | Plaintiff | On January 28, 2023, Dorsey tells an unknown source, "you should shoot that pinoeer meet... It's unsanctioned... And get super close with WRPF... is there a nudge or a nod i can give them for you? They respect me rn." | Joint Exhibit Part H at JE_00639, Dorsey Communications with "Redacted"[DORSEY_0004853] | Undisputed. | |
| 275 | Plaintiff | On January 17, 2023, an unknown source sends Dorsey an attachment of WRPF's official annoucement about the plan to begin background checks and the unknown source tells Dorsey, "Hahahaha wrpf striking while the iron is hot," to which Dorsey responds, "HAHAHAHAHAHA... THE GOOB META IS HOT." The unknown source then tells Dorsey, "I mentioned it to Micah [Moreno] it would be a good idea." | Joint Exhibit Part H at JE_00662, Dorsey Communications with "Redacted" [DORSEY_0005625] | Disputed. Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 276 | Plaintiff | On January 17, 2023, Dorsey responds to the unknown source, "HAHAHAHAHAHA... THE GOOB META IS HOT." | Joint Exhibit Part H at JE_00662, Dorsey Communications with "Redacted" [DORSEY_0005625] | Undisputed. | |
| 277 | Plaintiff | On January 17, 2023, the unknown source replies to Dorsey "I mentioned it to Micah [Moreno] it would be a good idea." | Joint Exhibit Part H at JE_00662, Dorsey Communications with "Redacted" [DORSEY_0005625] | Disputed. Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |

| 278 | Plaintiff | On January 16, 2023, Dorsey tells an unknown source, "They're about to crack. Trying to contact me. I'm shutting them down and controlling the convo. Tomorrow I think they will break." | Joint Exhibit Part H at JE_00672, Dorsey Communications with "Redacted" [DORSEY_0006221] | Undisputed. | |
| 279 | Plaintiff | On January 23, 2023, Dorsey tells an unknown source, "I aired out mike [tronske] in my last two videos. He was telling people I'm a 'moron that does this for views'... So he had my full attention." | Joint Exhibit Part H at JE_006678, Dorsey Communications with "Redacted" [DORSEY_0006458] | Undisputed. | |
| 280 | Plaintiff | On January 26, 2023, Dorsey told an unknown source, "At this point the only person who opposed me that hasn't eaten a shit sandwich is Mike [Tronske]." | Joint Exhibit Part H at JE_00688, Dorsey Communications with "Redacted" [DORSEY_0007502] | Undisputed. | |
| 281 | Plaintiff | On January 21, 2023, Dorsey is talking with an unknown source about USPA and the unknown source tells Dorsey "I was planning on competing at the [USPA] North American champs this year," to which Dorsey responds, "Fuck [USPA]... Fuck the whole fed... Burn it down." | Joint Exhibit Part H at JE_00697, Dorsey Communications with "Redacted" [DORSEY_0007580] | Disputed. Objection. Hearsay. FRE 801, 802. FRCP 56(c)(2), (4). | Defendant's objections do not state the basis or grounds beyond a boilerplate recitation. The Court should disregard these objections. *See Amaretto Ranch Breedables v. Ozimals Inc.*, 907 F. Supp. 2d 1080, 1081 (N.D. Cal. 2012). |
| 282 | Plaintiff | On January 21, 2023, Dorsey responds to the unknown source "Fuck [USPA]... Fuck the whole fed... Burn it down." | Joint Exhibit Part H at JE_00697, Dorsey Communications with "Redacted" [DORSEY_0007580] | Undisputed. | |
| 283 | Plaintiff | An unknown source tells Dorsey, "It all sucks. I'm a [USPA] ref. I work with decent people (Travis Rogers for one). But I can't be part of something where all of this stuff is happening and has been allowed to happ[en]." | Joint Exhibit Part H at JE_00697, Dorsey Communications with "Redacted" [DORSEY_0007580] | Undisputed. | |
| 284 | Plaintiff | On January 23, 2023, an unknown source tagged Dorsey in an Instagram post and said the following: "If you're apart of the USPA, no doubt you're enraged. If you're not enraged...well, you're apart of the problem. there is no explaining this away. as we await the phone call that will take place tonight. I want to highlight the actions of those who are actually working to make a difference. @joesullivan_aod @briannyt @goob_u2 - thank you for being at the helm of this. it should have never taken sponsorship redaction, or your emotional labor and voices, for the right things to be done by the executive committee. @papabearrogers @mama.bear.rogers - your passion and dedication to this sport is unparalleled. the lifter ALWAYS comes first at your events and I wish that was the norm. Maryland is lucky to have the both of you and I am lucky to call both of you friends.  I have been privilged enough to ref some incredible meets. In any meet I've reffed, there has been zero tolerance for bull shit. The safety of the the lifter was paramount. it should have ALWAYS been paramount. here, the [USPA] executive committee has failed us all. to the victims, I am so fucking sorry. Nothing that is happening now will ever heal the wound of what should have been done. Bt, you have a community of people here hwo will burn the ships to the fucking ground on your behalf. if they don't protect you, the fine people at the forefront of this will. I will. And there is clearly a community here who gives a fuck. keep talking. keep the pressure on. and tolerate no bullshit. my dms are open to any and all victims to help in any way I can." | Joint Exhibit Part H at JE_00700, Dorsey Communications with "Redacted" [DORSEY_0007651] | Undisputed. | |
| 285 | Plaintiff | Dorsey tagged USPA in an Instagram story in January 2023 and said "@uspapower... Is this really how your officials react to me doing your due diligence for you and notifying you of MULTIPLE predators in your leadership? Threatening to sue me?... SAD.PATHETIC.SHAMEFUL." | Joint Exhibit Part G at JE_00600, Instagram Screenshot [DORSEY_0000367] | Undisputed. | |
| 286 | Plaintiff | Dorsey was asked during his deposition what "MULTIPLE predators in [USPA's] leadership" he was referring to in his Instagram story, and he responded "Kimberly Swett, James Justice, Mindy Lane would be the three predators up to this point." | Joint Exhibit Part A at JE_00013, Dorsey Depo. Transcript pg. 214:4-10 | Undisputed. | |
| 287 | Plaintiff | Dorsey was asked what his factual basis was for including James Justice as part of the USPA leadership and he said it was because James Justice "was a spotter at a team meet..." | Joint Exhibit 148 at pg. 215:13-17 | Disputed. Objection. Mischaracterizes evidence. FRE 602. FRCP 56(c)(4). *Taken out of context. Q Okay. And what factual basis did you have for James Justice being a leader in the USPA? A At the time of the first video, I just thought he was a lifter, but then I discovered that he was a spotter at a team meet, which I thought was particularly nefarious because the crime that he was accused of dealt with an underaged kid. So he was physically spotting. (214:11-19)* | |
| 288 | Plaintiff | Dorsey never contacted anybody at USPA Kentucky to verify whether or not James Justice was a leader in USPA. | Joint Exhibit 148 at pg. 215:13-17 | Undisputed. | |

| 289 | Plaintiff | Dorsey never contacted anybody at USPA Kentucky to verify whether or not James Justice had actually been convicted of the crime that Dorsey accused him of being a "predator" for. | Joint Exhibit 148 at pg. 215:18-25 and 216 | Undisputed. | |
|---|---|---|---|---|---|
| | Defendant | John Dorsey published 11 Instagram Reels from January 14, 2023, to January 30, 2023. | DORSEY_0000034-DORSEY_0000043; DORSEY_0009397 (all Reels published by John Dorsey) | Undisputed. | |
| | Defendant | John Dorsey published his Instagram Reel about Stephanie Bennett on January 14, 2023. **(C28)** | DORSEY_0000034 | Undisputed. | |
| | Defendant | John Dorsey published his Instagram Reel about Kimberly Swett on January 15, 2023. **(C58)** | DORSEY_0000035 | Undisputed. | |
| | Defendant | John Dorsey published his Instagram Reel about Mindy Layne on January 16, 2023. **(C89)** | DORSEY_0000036 | Undisputed. | |
| | Defendant | John Dorsey published his first Instagram Reel about James Justice and Bobby Morgan on January 17, 2023. | DORSEY_0000037 | Undisputed. | |
| | Defendant | John Dorsey published his second Instagram Reel about James Justice on January 17, 2023. | DORSEY_0000038 | Undisputed. | |
| | Defendant | John Dorsey published his Instagram Reel about Chico Cloyne on January 21, 2023. | DORSEY_0000039 | Undisputed. | |
| | Defendant | John Dorsey published an Instagram Reel about USPA, Steve Denison, Mike Tronske, and their lack of Human Resource representatives Department on January 28, 2023. | DORSEY_0000040 | Undisputed. | |
| | Defendant | John Dorsey published an Instagram Reel about USPA and Steve Denison's apology email to USPA members and officials and additional Human Resource allegations on January 29, 2023. | DORSEY_0000041 | Disputed. The January 29, 2023 Instagram Reel that Dorsey published was his first Instagram Reel about Steve Denison's email that he incorrectly describes as an "apology email". Denison's email went out to all USPA members and officials on January 29, 2023, with the Subject "Message to all USPA Members from Steve Denison." [DORSEY_0000041; DORSEY_0000012-0000013 (Exhibit 58)] | Best Evidence Rule. FRE 1002. Denison's January 29, 2023 email speaks for itself. Regardless of USPA's characterization, the contents of the email speaks for itself. |
| | Defendant | John Dorsey published his Instagram Reel about USPA's claim about John Dorsey's false statements and Steve Denison's apology Reel on January 29, 2023. | DORSEY_0000042 | Disputed. F.R.E. 1002. Mischaracterizes the substance of Dorsey's January 29, 2023 Reel. The January 29, 2023 Instagram Reel speaks for itself. | No explanation of the alleged mischaracterization is provided by USPA. |
| | Defendant | John Dorsey published his Instagram Reel about Aaron Skogsberg and The Office Gym on January 23, 2023. | DORSEY_0000043 | Undisputed. | |
| | Defendant | John Dorsey published an Instagram Post "Open Letter to the USPA" on January 17, 2023. | DORSEY_0000044-DORSEY_0000046 | Undisputed. | |
| | Defendant | John Dorsey published his Instagram Reel about USPA and Steve Denison's lies on January 18, 2023. | DORSEY_0009397 | Disputed. F.R.E. 1002. Mischaracterizes the substance of the Instagram Reel. The Instagram Reel speaks for itself. For purposes of context, the caption to Dorsey's January 18, 2023 Instagram Reel also alleges, "A certain VP [Mike Tronske]... isn't taking misgivings about protecting child touchers seriously." [DORSEY_0009397 (Joint Exhibit 155)] | Objection. Does not comply with Standing Order; it appears Plaintiff may not dispute the SOF, but is adding a separate fact. |
| | Defendant | John Dorsey published an Instagram Post and included screenshots from other Instagram Users in regard to telling the truth about USPA on January 22, 2023. | USPA 0001240-USPA 0001248 | Disputed. (1) F.R.E. 1002. Mischaracterizes the substance of the Instagram Reel. The Instagram Reel speaks for itself. For purposes of context, the caption of Dorsey's January 22, 2023 Post states, "Thank you to all of the former USPA sponsors who are voting with your wallets" and included in the Post are screenshots of the USPA sponsors that left USPA (Pioneer Fitness, Live Large Fitness, obsidian_ammonia, Girls Who Powerlift, Cerberus Strength, and Iron Savage Apparel) as a result of his social media posts from January 14, 2023 to January 22, 2023. [USPA 0001240-USPA 0001248 (Joint Exhibit 128)]    (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant does not possess personal knowledge of the bases or subjects of the individuals' posts. | Objection. Legal arguments/conclusions See Court Standing Order, ¶14(b).

Objection. Does not comply with Standing Order; it appears Plaintiff may not dispute the SOF, but is adding a separate fact. |
| | Defendant | John Dorsey published an Instagram Post about USPA cease and desist on January 24, 2023. | USPA 0001260 | Undisputed. | |
| | Defendant | John Dorsey published an Instagram Post about being tagged in other Posts involving the "USPA Controversy" and all those who are speaking out against them on January 25, 2023. | USPA 0001263 | Undisputed. | |

| | | | | | |
|---|---|---|---|---|---|
| | Defendant | John Dorsey published an Instagram Post about USPA's allegations of him spreading misinformation and hiring a Public Relations firm on January 27, 2023. | USPA 0001277-USPA 0001278 | Disputed. F.R.E. 1002. Mischaracterizes the substance of the Instagram Reel. The Instagram Post speaks for itself.  For purposes of context, the actual Post is a screenshot of an email in which USPA employee Kat Colson is responding to a USPA member that wants to cancel based on Dorsey's Instagram Reels and Posts from January 14, 2023 to January 27, 2023, and in that email Kat tells the member, "I understand the optics are not great and much of what has been posted by the 'influencer' is based on misinformation and/or non-facts." Dorsey also include on slide 3 of this Post a screenshot of the January 4, 2023 email Mike Tronske sent to Erin Carrus stating, "We are extremely disappointed with this unacceptable behavior and the matter is pending further investigation and submission to our Human Resources Rep to determine appropriate action." [USPA 0001277-USPA 0001278 (Joint Exhibit 1277)] | Objection. Opponent's response does not cite to anything in the record to dispute this fact. Objection. FRE 1002. The Instagram Post (not Reel) speaks for itself. Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). |
| | Defendant | John Dorsey published an Instagram Post featuring Steve Denison's face stating, "FAFO level: unmatched. Turn the USPA into a hotdog stand." on February 10, 2023. | USPA 0001304 | Disputed. F.R.E. 1002. Mischaracterizes the substance of the Instagram Post. The Instagram Post speaks for itself. Dorsey's "Statement of Fact" excludes the fact that the Post features Dorsey's face first, and then the Reel changes to Denison's face, before displaying the logos of sponsors that broke ties (Pioneer Fitness, Live Large Fitness, obsidian_ammonia, and Iron Savage Apparel) with USPA. [USPA 0001304 (Joint Exhibit 132] | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record to controvert this fact and appears to be an improper objections. |
| | Defendant | John Dorsey published an Instagram Post displaying a Cease and Desist letter from Stradling, Yocca, Carlson & Rauth on March 2, 2023. | USPA 0001310-USPA 0001312 | Undisputed. | |
| | Defendant | At the time of the original cell phone video showing Stephanie Bennett's altercation, not John Dorsey's Instagram video, Stephanie Bennett was the USPA Vermont State Chair. | DORSEY_0000034 0:00:08-0:00:13 (Bennett Reel); USPA 0000513 (transcript of Bennett Reel); USPA 0000596 (emails between Tronske and Sykes with texts between Bennett and Tronske); Dorsey Depo. Transcript pg. 107:19-25; 108:1-8 | Disputed. (1) Objection. F.R.E. 403. This fact is not relevant for purposes of Summary Judgment because Plaintiff does not allege that Dorsey's claim of Stephanie Bennett being the State Chair of Vermont at the time of the video is false.  As Stradling stated in its investigative report, USPA has not been able to independently verify the date of the Bennett Video, so it was not able to determine if the video was filmed while Bennett was serving as the Vermont State Chair. [Stradling Memo, p. 10]                On January 7, 2023, 7 days before Dorsey posted his Stephanie Bennett Video, Bennett told Mike Tronske it was"an old video of [her] at [her] home after she had been threaened by someone." Declaration of Mike Tronske Para. 11(e). (2) Objection. F.R.E. 802. Hearsay. Defendant relied on an out of court statement being offered for the truth of the matter asserted. (3) Objection. F.R.E. 602. Lack of personal knowledge; speculation. Defendant does not possess personal knowledge of the fact being stated. | The facts cited address the contentions raised by USPA. |
| | Defendant | The video of Stephanie Bennett referenced in Dorsey's January 14, 2023, Reel regarding Stephanie Bennett was recorded before January 7, 2023. | USPA 0000580-USPA 0000582 (emails between Tronske and Sykes with texts between Bennett and Tronske); DORSEY_0008662-DORSEY_0008673 (IG DMs between Dorsey and Sykes) | Undisputed. | |
| | Defendant | The original video of Stephanie Bennett referenced in Dorsey's January 14, 2023, Reel was published on Instagram by Tyrell Sykes, not Dorsey. | Decl. of John Dorsey | Disputed. Tyrell Sykes published the video of Stephanie Bennett on January 7, 2023. (Joint Exhibit Part I at JE_00715, Decl. of Steve Denison Para. 12(j)).  Dorsey reached out to Tyrell Sykes and asked Tyrell to send him a copy of the Bennett Video (Joint Exhibit Part C at JE_00370, Hybrid Unlimited Video 06:50 to 07:10).  Dorsey then published his copy of the Bennett Video on January 14, 2023. | There is no genuine dispute, and this appears to be an improper objection. |
| | Defendant | Prior to Dorsey's Reel being published, Tyrell Sykes brought complaints of Stephanie Bennett's behavior to the attention of USPA. | DORSEY_0000034 0:00:37-0:01:02 (Bennett Reel); USPA 0000593-USPA 0000597 (emails between Tronske and Sykes with texts between Bennett and Tronske); | Disputed.  Prior to Dorsey's Bennett Reel, Tyrell Sykes brought his own personal complaints about Stephanie Bennett to the attention of USPA. USPA 0000593-USPA0000597.                (1) F.R.E. 802. Hearsay. Defendant relies on out of court statement being offered for the truth of the matter asserted.     (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | There is no genuine dispute, and this appears to be an improper objection. |
| | Defendant | On November 28, 2022, Tyrell Sykes made a series of complaints to Steve Denison about Stephanie Bennett. | USPA 0000593 (November email from Sykes to Denison) [include full email chain for all of these for foundation purposes] | Disputed. (1) F.R.E. 1002. The email communications between Tyrell Sykes and Steve Denison speak for themselves.                (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.                (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | There is no genuine dispute, and this appears to be an improper objection. The document cited is a USPA document authenticated by Steve Denison's deposition. |

| | | | | | |
|---|---|---|---|---|---|
| | Defendant | The complaints about Stephanie Bennett in November included that she was "abusive to the people helping her set up." | USPA 0000593 (November email from Sykes to Denison) | Undisputed. But for clarification, this complaint was made on November 28, 2022. | Objection. FRE 1002. The document speaks for itself. Objection. Does not comply with Court's Standing Order, ¶14(b). |
| | Defendant | At the time of these complaints Stephanie Bennett was a USPA Vermont State Chair. | USPA 0000593 (November email from Sykes to Denison) | Undisputed. | |
| | Defendant | The complaints about Stephanie Bennett in November also included that she was told people they needed to get it the f*** done, which was disconcerting as the venue was a family gym with many kids present. | USPA 0000593 (November email from Sykes to Denison) | Undisputed. | |
| | Defendant | The complaints about Stephanie Bennett in November also included that she changed the terms of the agreement with the gym owner. | USPA 0000593 (November email from Sykes to Denison) | Disputed. This mischaracterizes the actual text of the email.    (1) F.R.E. 1002. The email communications between Sykes and Denison speak for themselves.                    (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.         (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Objection. FRE 1002. The email speaks for itself. Objection. Opponent's response does not cite to anything in the record to controvert this fact, and this appears to be an improper objection. |
| | Defendant | The complaints about Stephanie Bennett in November also included that she failed to pay the gym owner for two full days of business. | USPA 0000593 (November email from Sykes to Denison) | Disputed. This mischaracterizes the acual text of the email. (1) F.R.E. 1002. The email communications between Sykes and Denison speak for themselves. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.         (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Objection. FRE 1002. The email speaks for itself. Objection. Opponent's response does not cite to anything in the record. |
| | Defendant | The complaints about Stephanie Bennett in November also included that she used the gym access code meant for her to set up for the event to instead, sneak herself and her boyfriend into using the gym without paying. | USPA 0000593 (November email from Sykes to Denison) | Undisputed. | |
| | Defendant | The complaints about Stephanie Bennett in November also included that she had snuck in several times now. | USPA 0000593 (November email from Sykes to Denison) | Undisputed. | |
| | Defendant | The complaints about Stephanie Bennett in November also included that her behavior and treatment of lifters and spotters was totally out of line. | USPA 0000593 (November email from Sykes to Denison) | Undisputed. | |
| | Defendant | On December 2, 2022, Tyrell Sykes emailed Steve Denison stating that he had a petition signed by almost 40 Vermont lifters with complaints about Stephanie Bennett's behavior. | USPA 0000593 (November email from Sykes to Denison) | Undisputed. | |
| | Defendant | USPA failed to take action in regard to Stephanie Bennett's behavior until Tyrell Sykes published the Stephanie Bennett altercation video. | DORSEY_0000034 0:00:40-0:01:17 (Bennett Reel); USPA 0000580-USPA 0000582 (emails between Tronske and Sykes with texts between Bennett and Tronske); DORSEY_0008673 (IG DMs between Dorsey and Sykes) | Disputed. (1) Objection. F.R.E. 403 - This fact is irrelevant to any material issues in this case because USPA has not alleged that Tyrell Sykes defamed USPA. The material allegation with respect to the Bennett Video is that Dorsey made a false statement when he said USPA "never followed up" with Tyrell Sykes regarding his complaints about Stephanie Bennett in his January 14, 2023 Bennett Video. The emails between Denison and Sykes expressly show that USPA followed up with Sykes after every complaint he emailed to them. (Joint Exhibit Part I at JE_00712-JE_00716, Decl. of Steve Dennison Para 12 (a)-(n)). (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.    (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | (1) Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). There is no genuine dispute, and this appears to be an improper objection. The document cited is a USPA document authenticated by Steve Denison's deposition. (2) USPA relies on the same email exchanges, and the IG DMs are authenticated by Dorsey's Declaration. (3) The emails are USPA documents. The IG DMs are authenticated by Dorsey's Declaration. |

| | | | | |
|---|---|---|---|---|
| | Defendant | USPA did not accurately portray the manner in which they addressed Stephanie Bennett's misconduct. | DORSEY_0001823-DORSEY_0001825 (FB post made by Stephanie Bennett in response to Sullivan lawsuit resolution "One of the richest lies was claiming they tried to get in touch with me & couldn't reach me when the reality that VP Tronske was on the phone with me daily telling me to sit tight & say nothing."). | Disputed. (1) F.R.E. 403. This fact is irrelevant to any material issues in this case. The material allegation with respect to the Bennett Video is that Dorsey made a false statement when he said USPA "never followed up" with Tyrell Sykes regarding his complaints about Stephanie Bennett in his January 14, 2023 Bennett Video and USPA "haven't addressed" the Stephanie Bennett situation. The emails between Denison and Sykes expressly show that USPA followed up with Sykes after every complaint he emailed to them. (Joint Exhibit Part I at JE_00712-JE_00716, Decl. of Steve Dennison Para 11(a)-(n)). And Stephenie Bennett was terminated by USPA on January 8, 2023, 6 days before Dorsey posted his January 14, 2023 Bennett Video. (Joint Exhibit Part I at JE_00774, Mike Tronske Declaration Para. 11(f)). (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | (1) Relevancy here is an invalid objection. (2) it's not being used for truth but rather the effect on the reader and to show motive, i.e., Dorsey was in search of and publishing facts relating to a public debate. (3) The post by Stephanie Bennett was publicly posted. |
| | Defendant | Per information in Dorsey's possession, USPA was not transparent on how they addressed Stephanie Bennett. | DORSEY_0000071 (Uspavermont Instagram post re removal of Bennett and Swett); DORSEY_0001823-DORSEY_0001824 (FB post made by Stephanie Bennett says "INSTEAD Mike Tronske and Steve Denison sent Tyrell a message saying that they were open to reviewing any of the lies he was spreading...That video was release with no context, no timeframe, narration-nothing. I went to the advocate, again and was fired the next day. I was NEVER given an opportunity to explain anything."); DORSEY_0008673 (IG DMs between Dorsey and Sykes) | Disputed. (1) F.R.E. 403. This fact is irrelevant to any material issues in this case. The material allegation with respect to the Bennett Video is that Dorsey made a false statement when he said USPA "never followed up" with Tyrell Sykes regarding his complaints about Stephanie Bennett in his January 14, 2023 Bennett Video and USPA "haven't addressed" the Stephanie Bennett situation. The emails between Denison and Sykes expressly show that USPA followed up with Sykes after every complaint he emailed to them. (Joint Exhibit Part I at JE_00712-JE_00716, Decl. of Steve Dennison Para 12 (a)-(n)). And Stephenie Bennett was terminated by USPA on January 8, 2023, 6 days before Dorsey posted his January 14, 2023 Bennett Video. (Joint Exhibit Part I at JE_00774, Mike Tronske Declaration Para. 11(f)). (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. (4) F.R.E. 901. Lack of foundation. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the information purportedly relied on. | (1) Relevancy here is an invalid objection. (2) it's not being used for truth but rather the effect on the reader and to show motive, i.e., Dorsey was in search of and publishing facts relating to a public debate. |
| | Defendant | USPA terminated Stephanie Bennett after Dorsey published his Reel about her. | DORSEY_0004186 (Tyler Van Loon telling Dorsey that Bennett was removed from the USPA the day after the video was brought to their attention); DORSEY_0005569 (audio clip stating Stephanie Bennett was stripped of her credentials after Dorsey's video); | Disputed. Stephenie Bennett was terminated by USPA on January 8, 2023, 6 days before Dorsey posted his January 14, 2023 Bennett Video. (Joint Exhibit Part I at JE_00774, Mike Tronske Declaration Para. 11(f)). (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |
| | Defendant | On November 28, 2022, USPA advised Tyrell Sykes that USPA would investigate it [allegations against Stephanie Bennett] further and get back to him, but they never did. | DORSEY_0000034 0:00:59-0:01:03 (Bennett Reel); USPA0000593-USPA0000596 (Denison and Sykes email chain) | Disputed. The emails between Denison and Sykes expressly show that USPA followed up with Sykes after every complaint he emailed to them. (Joint Exhibit Part I at JE_00712-JE_00716, Decl. of Steve Dennison Para 12 (a)-(n)). (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |
| | Defendant | On January 13, 2013, Steve Denison instructed Tyrell Sykes to immediately remove the post and any videos concerning Stephanie Bennett. | USPA 0000593 (screenshots of IG DMs between Sykes and Dorsey); DORSEY_0008673 (IG DMs between Dorsey and Sykes) | Disputed. Dorsey said to Sykes, "I need you to immediately remove the post and any ohter posts concerning Stephanie Bennett. Please confirm once it's removed." USPA_0000593. (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |

| | | | | |
|---|---|---|---|---|
| | Defendant | At the time of Dorsey's January 15, 2023, Reel regarding Kimberly Swett, Kimberly Swett was the State Referee for USPA Vermont. (**C59**) | DORSEY_0000035 0:00:28-0:00:34 (Swett Reel); DORSEY_0000068 (screenshot of Kimberly Swett's IG showing her State Referee shirt on March 21, 2022) | Disputed.  At the time of Dorsey's January 15, 2023, Kimberly Swett Reel, Kimberly Swett was one of many USPA Referees in the State of Vermont.  (Joint Exhibit Part I at JE_00716, Decl. of Steve Denison Para. 15).                                                                   (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.                    (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |
| | Defendant | On or about March 20, 2017, Kimberly Swett was charged with and plead no contest to cruelty to a child after beating the child with a knotted rope. | DORSEY_0000069-DORSEY_0000070 (news article re Kimberly Swett charges); Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 215: 1-19; Steve Denison Depo. Transcript pg. 160: 2-22 | Disputed. None of Defendant's supporting evidence references the words "beat" or "beating."  Dorsey's counsel used the word "beat" in his question to Mike Tronske at pg. 215:16 of the Mike Tronske deposition transcript and USPA counsel immediately objected to "Form".  The news article in DORSEY_0000069-DORSEY_0000070 states that Kimberly Swett was "charged with Crealty to children under 10 by one over 16." (DORSEY_0000069). The word "beat" is a word that Dorsey made up and used in his January 15, 2023 Kimberly Swett Reel. (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.      (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |
| | Defendant | The victim was a 6-year-old special needs child. | Steven Denison Depo. Transcript pgs. 160: 4-25 to 161:1; Decl. of John Dorsey | Disputed. (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.      (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |
| | Defendant | No background check was performed on Kimberly Swett before she was hired by USPA on or about March, 2022. | DORSEY_0004322-DORSEY_0004323 (screenshots of IG DMs between Denison and Dorsey); | Disputed. On January 9, 2022, Kimberly Swett submitted her application to USPA to become a certified refereee, and in her application, she disclosed that in April 2017 she pled no contest to a misdemeanor charge of crealty to a child under age 10. (Joint Exhibit Part I at JE_00717, Decl. of Steve Denison, Para. 17).  During Swett's application process, USPA ran her name through the National Sex Offender registry and verfiied that her name did not appear on the National Sex Offender Registry, which meant she passed USPA's background check process at that time. (Joint Exhibit 149, Steve Denison Depo. Transcript, pgs. 157:8-16.) (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.                    (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | (1) the facts is no background check was conducted vs. a check on the sex offender registry, as stated. (2) |
| | Defendant | Kimberly Swett disclosed her criminal history to USPA as part of her application process. (**C73**) | USPA 0000729- USPA 0000730 (USPA Volunteer Application form for Swett); Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 216:23-25; 217:1-7; Steve Denison Depo. Transcript pgs. 158:7-20. | Undisputed | |
| | Defendant | Although Kimberly Swett disclosed to USPA the fact that she had plead no contest to cruelty to a child under age 10, her application was cleared by USPA. | USPA 0000729- USPA 0000730 (USPA Volunteer Application form for Swett); Steve Denison Depo. Transcript pg. 159: 16-25 | Undisputed. | |
| | Defendant | Kimberly Swett dissociated from USPA after John Dorsey released his Reel on or about January 15, 2023. | DORSEY_0000071 (Uspavermont Instagram post re: removal of Bennett and Swett); USPA 0004585-USPA 0004586 (Stradling Memo re Swett) | Disputed. Kimberly Swett resigned her position as a USPA Referee in Vermont on January 15, 2023, hours after Dorsey posted his Reel about her. USPA_000000                                       (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.            (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Response does not actually convert SOF. |
| | Defendant | USPA did not publicly acknowledge Kimberly Swett's criminal history until after John Dorsey released his Reel dated January 15, 2023. | DORSEY_0000071 (Uspavermont Instagram post re removal of Bennett and Swett) | Disputed.  (1) Objection.  Vague as to the term "acknowledge." Kimberly Swett's criminal record was publicly available, which is how Dorsey was able to find out about Swett's criminal history with a google search. Further, USPA members in VT were already aware of Swett's criminal history prior to Dorsey's January 15, 2023 Reel. (See DORSEY_0007848-0007849(Exhibit 164); Joint Exhibit Part A at JE_000120, Denison Depo. Transcript, p. 159:9-25). (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.             (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Response does not actually convert SOF - statement does not say info wasn't publicly available or that no one was aware, but that USPA did not *publicly acknowledge.* |

| | | | | |
|---|---|---|---|---|
| Defendant | USPA would not allow Kimberly Swett to be a referee today, based on her criminal history. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pgs. 226:11-25 to 227:1-7. | Disputed. Mike Tronske stated, "my personal opinion is no, I would not." (Joint Exhibit Part A at JE_00068, Tronske Depo. at 226:21-23). Mike Tronske resigned from his position as Executive Vice President of USPA in October 2023 and cannot speak on what the USPA would do "today." Steve Denison is still the Founder and President of USPA and he said he would hire Kimberly Swett again "today" at pg. 159:21-23 of his Deposition Transcript. (1) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |
| Defendant | Mindy Layne was charged with six counts of third degree sexual assault in June 2006 and convicted on two (2) counts of 1st degree sexual abuse of a minor on December 2, 2008. | USPA 0004577; USPA 0004586-USPA 0004587 (Stradling Memo info re: Mindy Layne); DORSEY_0003500 (news article re Mindy Layne as registered sex offender); | Undisputed. | |
| Defendant | Mindy Layne had sex with an underage male and had to become a registered sex offender as a result. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript, pg. 196:2-16. | Undisputed. | |
| Defendant | Mindy Layne was an international judge for the USPA until June of 2020. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript, pg. 187:19-25. | Undisputed. | |
| Defendant | USPA had known about Mindy Layne being a sex offender as of June 8, 2020. | DORSEY_0001293-DORSEY_0001294 (September 9, 2020 USPA email to members & officials re Johnny and Mindy Layne); Mike Tronske/ USPA 30(b)(6) Depo. Transcript, pg. 188:2-20. | Disputed. On June 8, 2020, USPA received an email from a person who has no affiliation with the USPA stating that Layne was convicted on December 2, 2008 of two counts of first degree sexual abuse of a minor, and this was the first time USPA learned of Layne's prior criminal history. (Joint Exhibit Part A at JE_00140). (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Response does not actually convert SOF. |
| Defendant | USPA waited three months before it informed its members that it had terminated Johnny Layne's family member. | DORSEY_0001293-DORSEY_0001294 (September 9, 2020 USPA email to members & officials re Johnny Layne); UPSA 0000815-0000816 (September 9, 2020 USPA email in letter form); | Disputed. USPA did not "wait." USPA's choice not to publicly disclose Mindy Layne's termination or criminal history was based on respect for Mindy Layne's privacy and a confidential settlement agreement that both USPA and Johnny Layne were bound by. (Joint Exhibit Part A at JE_00777, Mike Tronske Decl.). (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |
| Defendant | UPSA wrote a letter to its members on September 9, 2020 regarding their request to have Johnny Layne step down from their Executive Committee. | DORSEY_0001293-DORSEY_0001294 (September 9, 2020 USPA email to members & officials re Johnny Layne); | Partially Dispute. USPA did write a letter to its members on September 9, 2020, but it is not regarding USPA's request to have Johnny Layne step down from the USPA Executive Committee. The September 9, 2020 USPA email speaks for itself. (USPA 0000815-0000816 (Joint Exhibit 117)). (1) F.R.E. 1002. Document speaks for itself. | Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| Defendant | Johnny Layne announced that he was starting his own powerlifting federation called USPC, on September 12, 2020. | DORSEY_0000557-DORSEY_0000558 (Johnny Layne email to USPA members/community) | Disputed. (1) F.R.E. 1002. As the September 9, 2020 USPA email, expressly states, "Johnny Layne, announced via social media that he's leaving the USPA and forming their own powerlifting federation," which means Johnny Layne announced his competing federation before September 9, 2020. (USPA 0000815-0000816(Joint Exhibit 117)). (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | |
| Defendant | The September 9, 2020, USPA letter also mentioned that the USPA terminated Johnny Layne's family member. | UPSA 0000815-0000816 (September 9, 2020 USPA email in letter form); | Undisputed. | |
| Defendant | The September 9, 2020, USPA letter also mentioned that the USPA had "incontrovertible information" about Johnny Layne's family member. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript, pg. 190:20-25 to 191:1-6; UPSA 0000815-0000816 (September 9, 2020 USPA email in letter form). | Undisputed. | |
| Defendant | The USPA's September 9, 2020 letter does not state who Johnny Layne's family member is. | DORSEY_0001293-DORSEY_0001294 (September 9, 2020 USPA email to members & officials re Johnny Layne); UPSA 0000815-0000816 (September 9, 2020 USPA email in letter form); | Undisputed. | |
| Defendant | USPA's September 9, 2020, letter to its members does not state that Mindy Layne was a registered sex offender while operating as an official for the USPA. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript, pg. 196:2-16; 203:2-11. | Undisputed. | |
| Defendant | USPA sent the September 9, 2020, letter to its members to set the record straight because Johnny Layne claimed USPA was being unfair to his wife. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript, pg. 194:5-25 to 195:1-19. | Disputed. Joint Exhibit Part A at JE_00056, Mike Tronske's actual testimony is at pg. 194:10-12. The words "set the record straight" are the words of Dorsey's counsel. | |

| | | | | | |
|---|---|---|---|---|---|
| | Defendant | On January 2, 2018, James Justice was arrested and charged with 1st degree sexual abuse of a victim under the age of 12. | DORSEY_0003489 (news article re James Justice arrest); DORSEY_0004706 (screenshot of James Justice arrest information); | Undisputed. | |
| | Defendant | James Justice was photographed being a spotter at a junior's powerlifting meet on behalf of USPA on or about July 1, 2022. | DORSEY_0001297-DORSEY_0001309 (photographs of James Justice as spotter during USPA junior powerlifting meets) | Undisputed. | |
| | Defendant | In his first Reel regarding James Justice on January 17, 2023, John Dorsey acknowledges that James Justice is not a state chair nor a referee. | DORSEY_0000037 0:00:43-0:00:48 (James Justice Reel); USPA 0000890 (James Justice Reel (1) transcript) | Disputed. Dorsey does not "acknlwedge James Justice is not a state chair nor a referee." Dorsey's exact words are, "Yeah, yeah, yeah, how are we supposed to know about James? Not a chair or a ref would be a great argument if you actually background check these fucking people..." Dorsey also begins this Reel with James Justice's mugshot set against the background of a USPA logo, making it appear that he is an employee and/or leader within the USPA. (1) F.R.E. 1002. Document speaks for itself. | Objection. Legal arguments/conclusions. See Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. Response does not actually convert SOF, but rather haggles over word choice. |
| | Defendant | USPA meet directors are responsible for their spotters. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 80:20-21 | Partially Dispute. Mike Tronske is talking about Meet Directors being responsible for "paying" spotters. (Joint Exhibit Part A at JE_00050, Mike Tronske Depo. Transcript pg. 80:13-21). (1) F.R.E. 602 Lack of personal knowledge; speculation. Defendant lacks personal knowlege of the facts being asserted. | Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| | Defendant | Spotters are not bound by any code of conduct, and don't even know what the code is, even though USPA believes it's important for them to follow it. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 108:5-21 | Disputed. Objection. F.R.E. 1002. This is a mischaracterization of Mike Tronske's deposition testimony. The deposition transcript speaks for itself. | |
| | Defendant | Bobby Morgan was at the time of John Dorsey's Reel dated January 17, 2023, and still is a State Chair and Meet Director for USPA Texas. | USPA 0004588 (Stradling Memo re Bobby Morgan) | Undisputed. | |
| | Defendant | From 1994 to 2009 (15 years) Bobby Morgan engaged in several instances of committing several felonies, including forgery and fraud. | DORSEY_0000524_CONFIDENTIAL-DORSEY_0000543_CONFIDENTIAL (criminal history report from Intelius on Robert Anthony Morgan); | Disputed. (1) F.R.E. 1002. Bobby Morgan's Criminal Record speaks for itself. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. | Objection. Does not comply with Court's Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. Impermissible partial dispute here. |
| | Defendant | On several occasions Bobby Morgan failed to refund USPA members for rescheduled or canceled meets and overall issues with finances. | DORSEY_0000578; DORSEY_0000580 (emails between source and Bobby Morgan re canceled meets/events and refund requests as a result of same); DORSEY_0000809-DORSEY_0000810 (same as above; Mike Tronske involved); DORSEY_0004992-DORSEY 0004993 (IG DMs between source and Dorsey re cost to sanction meets); DORSEY_0008541 (IG DMs between source and Dorsey re Bobby Morgan and payment to be on meet waitlist); | Disputed. (1) Objection. This fact has no relevance to the material claims in this case. F.R.E. 403. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (3) F.R.E. 602. Lack of personal knowledge. Defendant has no personal knowledge of the fact asserted. | Objection. Legal arguments/conclusions. See Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. Response does not actually convert the SOF. |
| | Defendant | USPA was aware of other inappropriate behavior exhibited by Bobby Morgan. | USPA 0000688-USPA 0000689 (email between Christopher Ramos and Mike Tronske re inappropriate behavior of Bobby Morgan 2022); Steve Denison Depo. Transcript, 148:4-25 to 150:1-13 | Disputed. (1) F.R.E. 1002. This is a mischaracterization of documents USPA 0000688-USPA 0000689. Dorsey's counsel asked Mr. Denison about these documents during his deposition and Mr. Denison provides the full context for them at pg. 152:18-25 and 153-154. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (3) F.R.E. 602. Lack of personal knowledge. Defendant has no personal knowledge of the fact asserted. | Objection. FRE 1002. The document speaks for itself. |
| | Defendant | On Feburary 6, 2022, Christopher Ramos reached out to USPA and informed them that Bobby Morgan had been "speak[ing] out about high school aged girls and their vaginas", and requesting USPA to address the conduct. | USPA 0000688-USPA 0000689 (email between Christopher Ramos and Mike Tronske re inappropriate behavior of Bobby Morgan 2022); Steve Denison Depo. Transcript, 148:4-25 to 150:1-13 | Disputed. (1) F.R.E. 1002. This is a mischaracterization of documents USPA 0000688-USPA 0000689 (Joint Exhibit 125). Dorsey's counsel asked Mr. Denison about these documents during his deposition and Mr. Denison provides the full context for them at pg. 152:18-25 and 153-154. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (3) F.R.E. 602. Lack of personal knowledge. Defendant has no personal knowledge of the fact asserted. | |
| | Defendant | On September 9, 2020, USPA advised that it would start "...implementing stricter background checks for new USPA officials" and that"Current USPA Officials are also subject to this new protocol." | DORSEY_0001293-DORSEY_0001294 (September 9, 2020 USPA email to members & officials re Johnny and Mindy Layne); | Undisputed. | |
| | Defendant | On January 17, 2023, USPA advised that their Executive Committee will be meeting to discuss a "vetting" of USPA officials "via comprehensive background checks." | DORSEY_0001543 (screenshot of IG post made by @uspapower) | Disputed. F.R.E. 1002. The full text is "We wanted to let you know that our Executive Commitee will be meeting tomorrow at 3pm to address recent issues, inlcuind vetting USPA officials via comprehensive background checks, and more." | Objection. Opponent's response does not cite to anything in the record. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |

| | | | | |
|---|---|---|---|---|
| | Defendant | On January 20, 2023, USPA and Steve Denison issued an apology and referenced their "negligent statement" from 2020 in regard to "checking officials for any sexual assault-related offenses via the National Sex Offender Registry" and conducting "background checks." | DORSEY_0001817; Sullivan Depo. Transcript pg. 307:19-311:18 & Ex. 15 (screenshot of IG post made by @uspapower and Steve Denison) Steve Denison Depo. Transcript pg. 103:23-25; 105:1-14. | Disputed. F.R.E. 1002. Joint Exhibit Part M at JE_02491 [SULLIVAN_0000719] contains the full video statement of Steve Denison from January 2023 that was posted to Instagram. And Mr. Denison made it clear during his deposition that his "negligent" comment in his January 2023 video had nothing to do with the September 9, 2020 email that went out to members. (Joint Exhibit Part A at JE_00100, Denison Depo. Transcript at pg. 104:11-14). Mr. Denison clarified what he meant by "negligent" statement at pg. 104:15-25 and 105-106:1-7 of his Depo. Transcript. (Joint Exhibit Part A at JE_00101-JE_00102) | Objection. FRE 1002. The video speaks for itself. |
| | Defendant | USPA made attempts to censor those who come forward with negative information regarding their organization. | USPA 0000593 (emails between Tronske and Sykes with texts between Bennett and Tronske); Exhibit "C" to Decl of S. Pisciotta showing Instagram accounts blocked by USPA's Instagram account (@uspapower). The document shows that Stephanie Stephens and her husband Dan Stephens were blocked by USPA on April 11, 2023; Steve Denison Depo. Transcript pg. 185:17-25 to 186: 1-13; Steve Denison Depo. Transcript pg. 186:20-25 to 187:1-3 and attached DORSEY_00003636 (Bruce Takala post) | Disputed. (1) Objection. F.R.E. 403 - This alleged fact is not relevant to the material issues in this case. (2) Objection - Vague as to the phrase "negative information regarding their organization." USPA has never tried to censor anyone. In particular, None of the supporting evidence Defendant cites to is evidence of USPA censoring anyone that comes forward with negative information regarding their organization. (3) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted. (4) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. |
| | Defendant | Bruce Takala is a former USPA referee chairman. | Steve Denison Depo. Transcript pg. 185:17-25 to 186: 1-13; Steve Denison Depo. Transcript pg. 186:20-25 to 187:1-3 and attached DORSEY_00003636 (Bruce Takala post) | Undisputed. | |
| | Defendant | UPSA fired Bruce Takala, because they didn't want him to voice his opinion online and wanted to control the narrative. | Steve Denison Depo. Transcript pg. 185:17-25 to 186: 1-13; Steve Denison Depo. Transcript pg. 186:20-25 to 187:1-3 and attached DORSEY_00003636 (Bruce Takala post) | Disputed. Bruce Takala is a former referee official that was "removed" from his position as the "USPA Referee Chairman," which is a leadership position with USPA. Mr. Denison did not remove him as a rgular Referee with USPA. And Mr. Denison did not fire him for the reason that Defendant says in this Statement of Fact.. Mr. Denison removed him as Referee Chairman because he spoke out against Dorsey and his Reels defaming USPA without first consulting Denison. Mr. Denison wanted all messaging responding to Dorsey's defamatory social media attacks to come from the President of USPA, which was Mr. Denison. Steve Denison Depo. Trasncript pg. 185:17-25 to 186;1-13. (1) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. (2) F.R.E. 403. This fact is not relevant to the material issues in this case. | Objection. Opponent's response does not cite to anything in the record. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| | Defendant | Several of John Dorsey's sources requested to remain anonymous out of fear of retaliation by USPA. | DORSEY_0000077 (IG DMs from source to Dorsey re Chico Cloyne rape allegations and request to stay anonymous); DORSEY _0005146 (text messages between source and Dorsey re woman who was uncomfortable sharing information re Chico Cloyne); DORSEY _0007485 (IG DMs from source to Dorsey requesting his girlfriend remain anonymous about coming forward re USPA and Chico Cloyne); DORSEY _0007657-DORSEY _0007658 (IG DMs from source to Dorsey re request to send anonymous info and screenshots); DORSEY _0008220 (IG DMs from source re Chico Cloyne rape and other incidents and not wanting to come forward because he's PR manager for USPA); DORSEY _0008538 (IG DMs from source to Dorsey re USPA, sensitive information, and request for conversations to remain confidential); DORSEY _0009017 (text messages between source and Dorsey about "a lot of people who want to come forward [re Chico Cloyne] but too scared of consequences") | Disputed.  (1) Objections: F.R.E. 602. Lack of personal knowledge; speculation; Defendant does not haver personal knwledge of how his sources felt about USPA.         (2) Objection. F.R.E. 802. Hearsay. To the extent these sources articulated "fear of retaliation" these statements are out of court statements being offered for the truth of the matter asserted. | Objection. Opponent's response does not cite to anything in the record. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |

| | Defendant | USPA failed to respond to people who came forward with concerns about the organization. | DORSEY_0000055 (email from source to Kat Colson [USPA] re lack of background checks and mention of lack of response); DORSEY_0000076 (IG DMs from source to Dorsey re Chico Cloyne rape allegations); DORSEY_0000559; DORSEY_0000570-DORSEY_0000574 (emails from source re attempts to inform USPA of domestic violence within organization); DORSEY_0007769 (IG DMs from source to Dorsey re Steve [Denison] always ignoring their concerns); DORSEY_0008387 (IG DMs from source to Dorsey re Chico Cloyne and lifters who had reports and kept telling the board but they wouldn't to anything about it) | Disputed. USPA has never failed to respond to anyone who came to USPA with concerns about the USPA. All of Defendant's supporting evidence for this alleged Statement of Fact is hearsay. None of the communications referenced as supporting evidence were ever brought to the attention of USPA.                    (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.        (3) F.R.E. 901. Lack of foundation. Defendant has failed to lay a foundation sufficient to support this claim based on the documents it is relying on. | Objection. Opponent's response does not cite to anything in the record. |
| | Defendant | In Episode #168 of the YouTube show Hybrid Unlimited Dorsey states, "the whole problem with the USPA was we had a lot of reports and they were sent to this email inbox and none of them were fucking handled." | **[USPA'S DUTY TO PRODUCE- CITE JOINT EXHIBIT]** | Undisputed. | |
| | Defendant | USPA has made several attempts to cover up and disregard scandals within its organization. | DORSEY_0000076 (IG DMs from source to Dorsey re Chico Cloyne rape allegations); DORSEY_0009407 (transcript of 1-23-23 USPA Meet Director Meeting and Tyler Van Loon addressing disabling comments on Instagram); DORSEY_0009408 (transcript of 1-23-23 USPA Meet Director Meeting and Mike Tronske acknowledging lack of background checks); USPA 0004598 (Stradling Memo addressing lack of transparency which created an environment of mistrust amongst USPA membership); DORSEY_0000559; DORSEY_0000570-DORSEY_0000574 (emails from source re attempts to inform USPA of domestic violence within organization); DORSEY_0007534 (IG DMs between source and Dorsey re how there are "...plenty of us that knew about mindy and did nothing"); DORSEY_0008662-DORSEY_0008673 (IG DMs between Dorsey and Sykes); USPA 0000606 (screenshot re report of incident with Chico Cloyne to USPA international official Tony Rodriguez) | Disputed. (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.        (3) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Opponent's response does not cite to anything in the record. WARRANTS M&C [no explanation for the dispute; need to know the issue and see if language can be adjusted] |
| | Defendant | Chico Cloyne was hired as USPA Vice President of Business development starting August 1, 2022. | DORSEY_0000248 (email from Mike Tronske to Chico Cloyne re USPA start date) | Undisputed. | |
| | Defendant | Chico Cloyne was terminated by USPA following the Erin Carrus assault incident on November 3, 2022. | USPA 0004588-USPA 0004590 (Stradling Memo re assault incident) Steve Denison Depo. Transcript pg. 132: 7-25; 133: 1-22 | Disputed. Chico Cloyne was terminated on January 21, 2023. USPA 0004588-0004590 (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. . | Objection. Opponent's response does not cite to anything in the record. WARRANTS M&C [fired and terminated are synonyms, and response does not specify whether the dispute is over simply that, or that he was fired following the assault incident] |
| | Defendant | Chico Cloyne threw a glass at Erin Carrus' face, resulting in lacerations to her face. | USPA 0004590 (Stradling Memo re assault incident) Steve Denison Depo. Transcript pg. 132: 7-25; 133: 1-22 | Disputed. (1) F.R.E. 1002. Defendant's Statement of Fact mischaracterizes the Stradling Memo. The Stradling Memo at Joint Exhibit 138, USPA 0004590, speaks for itself. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.        (4) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | WARRANTS M&C [statement is not complete] |
| | Defendant | Steve Denison refers to and reduces this incident as a food fight. | Steve Denison Depo. Transcript pg. 132: 7-25; 133: 1-22 | Disputed. F.R.E. 1002. Steve Denison never uses the word "reduce". That is a mischaracterization of Mr. Denison's testimony.  Joint Exhibit Part A at JE_00113, Denison Depo. Transcript, p. 132:7-25; 133:1-22. | Objection. Does not comply with Court's Standing Order, ¶14(b). WARRANTS M&C [the SOF does not state that Denison himself used the word "reduce"] Impermissible partial dispute here. |

| | | | | |
|---|---|---|---|---|
| | Defendant | Several people came forward about Chico Cloyne's behavior before USPA removed him from their organization on January 21, 2023. | DORSEY_0000073 (IG post made by @uspapower, on which Eric Freeman of Freeman Powerlifting commented regarding Chico Cloyne harassing female lifters and referees since he came into the organization); DORSEY_0000076 (IG DMs from source to Dorsey re Chico Cloyne rape allegations); DORSEY_0007278 (IG DMs from source to friend who "came up to say something about Chico Cloyne" and how his reputation was known throughout the sport.); DORSEY 0007534 (IG DMs between source and Dorsey re how there are "...plenty of us that  knew about mindy and did nothing"); DORSEY 0008387 (IG DMs from source to Dorsey re Chico Cloyne and lifters who had reports and kept telling the board but they wouldn't do anything about it); DORSEY_0009017 (text messages between source and Dorsey about "a lot of people who want to come forward [re Chico Cloyne] but too scared of consequences"); USPA 0000606 (screenshot re report of incident with Chico Cloyne to USPA international official Tony Rodriguez); USPA 0000607-USPA 0000609 (report of Chico Cloyne rape incident); USPA 0000634 (emails within USPA re physical altercation incident with Chico Cloyne); USPA 0000700-USPA 0000701 (email from Corbin McGuffin-Noll to USPA on 9-9-2020 re Chico Cloyne ); USPA 0004724-USPA 0004726 (screenshot(s) of rape allegation text messages) | Disputed. The only evidence in the record of someone coming forward about Chico Cloyne's behavior is the Erin Carrus Incident in December 2022.                            (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.                (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.                (3) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Opponent's response does not cite to anything in the record. No reason given for dispute. |
| | Defendant | Steve Denison and USPA admit that they would have found that Chico Cloyne had a previous citation for disorderly conduct and threatening to harm and/or violence, if they had conducted a proper background check. | Steve Denison Depo. Transcript pg. 134: 5-25; 135: 1-9 | Disputed.  F.R.E. 1002. Mischaracterizes Steve Denison's testimony. | Objection. FRE 1002. The transcript speaks for itself. Objection. Opponent's response does not cite to anything in the record. |
| | Defendant | At the time of Dorsey's January 23, 2023, Reel on Aaron Skogsberg, Aaron Skogsberg was the owner of "The Office Gym" in South Carolina. | DORSEY_0000043 0:00:16-0:00:24 (Skogsberg Reel); | Disputed. This fact isn't relevant to the material issues in this case. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist. (1) F.R.E. 403. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.            (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.            (4) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. Response does not convert SOF but rather attempts to insert a new fact. |
| | Defendant | The Office Gym was a USPA-certified gym. | Steve Denison Depo. Transcript pg. 58:21-23 DORSEY_0005142 (screenshot of IG @theofficegym post with USPA banner in background); DORSEY_0009005-DORSEY_0009006 (text messages between source and Dorsey showing The Office Gym is a USPA certified gym) | Disputed. (1) F.R.E. 403.  This fact isn't relevant to the material issues in this case. The USPA does not sanction or certify gyms.  Meet Directors independently contract with gym owners to host meets. Each meet is planned and produced almost exclusively by the Meet Director(s) running the event.  Moreover, this fact isn't relevant to the material issues in this case. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.            (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. (4) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b) Objection. Opponent's response does not cite to anything in the record.. Response inserts and argues facts not relevant to the SOF. |

| | | | | | |
|---|---|---|---|---|---|
| | Defendant | At the time of Dorsey's January 23, 2023, Reel on Aaron Skogsberg, Aaron Skogsberg is a registered Sex Offender. | DORSEY_0003495-DORSEY_0003496 (criminal record and background re Aaron Skogsberg) | Undisputed. This fact isn't relevant to the material issues in this case. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist.         Objection. F.R.E. 403. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b) Objection. Opponent's response does not cite to anything in the record. Response does not convert SOF but rather attempts to insert a new fact. |
| | Defendant | USPA was notified that The Office Gym was owned by a registered Sex Offender on July 13, 2022. | DORSEY_0000055-DORSEY_0000056 (email between source and Kat Colson [USPA] addressing that The Office Gym in South Carolina is owned by a registered Sex Offender); Mike Tronske USPA 30(b)(6) Depo. Transcript pg. 229:15-25 to 230:1-12. | Undisputed. This fact isn't relevant to the material issues surrounding the Aaron Skogsberg Reel in this case. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist.         Objection. F.R.E 403 | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b) Objection. Opponent's response does not cite to anything in the record.. Response does not convert SOF but rather attempts to insert a new fact. |
| | Defendant | Although USPA was notified that The Office Gym was owned by a registered Sex Offender on July 13, 2022, USPA went forward with a powerlifting meet at The Office Gym on July 30, 2022. | USPA_0004595-USPA 0004596; USPA 0004777-USPA 0004778 (Stradling Memo re Aaron Skogsberg, and emails within USPA about moving forward with the USPA meet at the Office Gym despite the allegations against him) DORSEY_0000056-DORSEY_0000055 (email between source and Kat Colson [USPA] addressing that The Office Gym in South Carolina is owned by a registered Sex Offender); Mike Tronske USPA 30(b)(6) Depo. Transcript pg. 230:13-20. | Undisputed. This fact isn't relevant to the material issues surrounding the Aaron Skogsberg Reel in this case. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist.         Objection. F.R.E. 403. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b) Objection. Opponent's response does not cite to anything in the record.. Response does not convert SOF but rather attempts to insert a new fact. |
| | Defendant | As of July 13, 2022, USPA was not conducting any sort of searches on any gym owners where competitions where taking place. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 231:3-6. | Undisputed. This fact isn't relevant to the material issues surrounding the Aaron Skogsberg Reel in this case. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist.         Objection. F.R.E. 403. | Objection. Opponent's response does not cite to anything in the record. No reason given for dispute. |
| | Defendant | It is material information for USPA to know whether a registered sex offender was hosting a competition at their gym. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 235:2-9 | Undisputed. This fact isn't relevant to the material issues surrounding the Aaron Skogsberg Reel in this case. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist. F.R.E. 403. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b) Objection. Opponent's response does not cite to anything in the record. Response does not convert SOF but rather attempts to insert a new fact. |
| | Defendant | USPA does not have, and has never had, an in-house Human Resources Department. | DORSEY_0000064 (audio clip from USPA meeting of Mike Tronske stating that all they [USPA] has is an EC and that there's no HR); Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 63:18-25; Steve Denison Depo. Transcript pg. 28: 22-24 | Undisputed. USPA has contracted with a third-party HR company called Bambee since May of 2022.  This fact is not relvant to the material issues in this case. USPA has never made the representation that they have "an in-house Human Resources Department."  That was a narrative manufactured by Dorsey in his Aaron Skogsberg Reel where he states, "This guy, Mike Tronske, always gets these emails and he send it so an H.R. department." (Joint Exhibit Part C at JE_00360). This fact also isn't relevant to the material issues surrounding the Aaron Skogsberg Reel. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist. The Januaury 4, 2023 email that Mike Tronske sent to Erin Carrus, and that Dorsey displays in his video, expressly states that "the matter is pending further investigation and submission to our Human Resources Rep."  There is no mention of an in-house HR Department. Objection. F.R.E. 403. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b) Objection. Opponent's response does not cite to anything in the record. Response does not convert SOF but rather attempts to insert a new fact. |
| | Defendant | USPA did not start using a Human Resource service until after the Johnny and Mindy Layne incident in 2020. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript 155: 10-13 | Disputed.  (1) Objection. F.R.E. 1002. This fact is not relevant to the material issues in this case. (2) Objection. F.R.E. 1002. This is mischaracterizes Mike Tronske's deposition testimony. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. |

| | | | | |
|---|---|---|---|---|
| | Defendant | USPA did not use any Human Resource service until May 12, 2022. | USPA 0001319-USPA 0001324 (receipts and emails showing one annual charge for HR services by Bambee for May 12, 2022 - May 12, 2023); Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 63:18-25 | Undisputed. This fact isn't relevant to the material issues surrounding the Aaron Skogsberg Reel. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist. The Jannuary 4, 2023 email that Mike Tronske sent to Erin Carrus, and that Dorsey displays in his video, expressly states that "the matter is pending further investigation and submission to our Human Resources Rep." On January 23, 2023, when Dorsey published his false statement about USPA not having a Human Resources Rep, USPA was under contract with Bambee, since May 12, 2022, to provide HR services to USPA employees, which included Chico Cloyne. Objection. F.R.E. 403. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. Response does not convert SOF but rather attempts to insert a new fact. |
| | Defendant | USPA contracted third-party Human Resource services (Bambee) on or about May 12, 2022. | USPA 0001319-USPA 0001320 (receipts and emails showing one annual charge for HR services by Bambee for May 12, 2022 - May 12, 2023). | Undisputed. | |
| | Defendant | As of October 2023, USPA had a total of five (5) employees. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 61:12-19. | Disputed. (1) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. (2) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Opponent's response does not cite to anything in the record. No reason given for dispute. |
| | Defendant | USPA's contracted third-party Human Resource service (Bambee) is only for use by USPA employees. | USPA 0001319-USPA 0001320 (receipts and emails showing one annual charge for HR services by Bambee for May 12, 2022 - May 12, 2023). | Undisputed. | |
| | Defendant | USPA lied about having a Human Resources Department. | DORSEY_0000064 (audio clip from USPA meeting of Mike Tronske stating that all they [USPA] has is an EC and that there's no HR); Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 63:18-25; Steve Denison Depo. Transcript pg. 28: 22-24 | Disputed. USPA did not lie about having a Human Resources Department. USPA has never made the represenation that they have "a Human Resources Department." That was a narrative manufactured by Dorsey in his Aaron Skogsberg Reel where he states, "This guy, Mike Tronske, always gets these emails and he send it to an H.R. department." (Joint Exhibit Part C at JE_00360). (1) Objection. F.R.E. 403 - This fact is not relevant to the material issues in this case. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist. The January 4, 2023 email that Mike Tronske sent to Erin Carrus, and that Dorsey displays in his video, expressly states that "the matter is pending further investigation and submission to our Human Resources Rep." There is no mention of an in-house Human Resources Department in Mike Tronske's January 4, 2023 email to Erin Carrus. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.        (4) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Opponent's response does not cite to anything in the record. Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). |

| | | | | | |
|---|---|---|---|---|---|
| | Defendant | USPA did not run criminal background checks on its members until February 2023 when it hired a third-party company, Sterling Volunteers. | DORSEY_0000012-DORSEY_0000013 (email from Steve Denison to USPA members, officials, and meet directors re lack of response and series of mistakes); DORSEY_0000084-DORSEY_0000089 (notes taken during 1-23-23 USPA Meet Directors Meeting [references lack of proper background checks]); USPA 0004578 (Stradling Memo outlining process of USPA "background checks"); DORSEY_0000339-DORSEY_0000340 (email from Steve Denison to USPA officials re Town Hall meeting to discuss new committee and background checks); DORSEY_0000775-DORSEY_0000776 (email from USPA to its members and officials re partnership with Sterling Volunteers); DORSEY_0001817; Sullivan Depo. 307:19-311:18 & Ex. 15 (screenshot of IG post made by @uspapower and Steve Denison); USPA_0004595-USPA 0004596; USPA 0004777-USPA 0004778 (Stradling Memo re Aaron Skogsberg, and emails within USPA about moving forward with the USPA meet at the Office Gym despite the allegations against him); DORSEY_0009399 (Steve Denison apology Reel); DORSEY 0006444 (IG DMs between source and Dorsey re no background check as USPA ref); Steve Denison Depo. Transcript pg. 53: 20-25; 56: 9-19; 57: 7-24 | Disputed. (1) Objection. F.R.E. 403.  This statement of fact is not relevant to any of the material issues in this case.  USPA has never run criminal background checks on its "members" and did not start running background checks on its "members" in February 2023. USPA has never stated that it was going to run background checks on its "members."                (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.            (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.            (4) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Opponent's response does not cite to anything in the record. |
| | Defendant | Prior to February 2023, USPA only searched an applicant's name on the National Sex Offender Registry. | DORSEY_0009399 (Steve Denison apology Reel); USPA 0004578 (Stradling Memo outlining process of USPA "background checks"); Steve Denison Depo. Transcript pg. 56: 9-19; 57: 7-24 | Dipsuted.  Prior to February 2023, USPA had a question on its applications that asked the applicants to declare any prior criminal history and USPA also searched the applicant's name on the National Sex Offender Registry. Joint Exhibit Part I JE_00773, Exhibit 56, Declaraton of Mike Tronkse; Exhibit 127 USPA Volunteer Application                            (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.           (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Objection. Does not comply with Court's Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. Impermissible partial dispute here. |
| | Defendant | USPA lied about running/implementing criminal background checks. | DORSEY_0000012-DORSEY_0000013 (email from Steve Denison to USPA members, officials, and meet directors re lack of response and series of mistakes); USPA 0004578 (Stradling Memo outlining process of USPA "background checks"); DORSEY_0000339-DORSEY_0000340 (email from Steve Denison to USPA officials re Town Hall meeting to discuss new committee and background checks); DORSEY_0000775-DORSEY_0000776 (email from USPA to its members and officials re partnership with Sterling Volunteers); DORSEY_0001293-DORSEY_0001294 (September 9, 2020 USPA email to members & officials re Johnny and Mindy Layne); DORSEY_0001817; Sullivan Depo. 307:19-311:18 & Ex. 15 (screenshot of IG post made by @uspapower and Steve Denison); DORSEY_0009397 (Dorsey Reel Steve Denison lied published January 1, 2018); DORSEY_0009399 (Steve Denison apology Reel); Steve Denison Depo. Transcript pg. 53: 20-25; 56: 9-19; 57: 7-24 | Disputed. (1) Objection. F.R.E. 403. This fact is not relevant to the material issues in the case. USPA has never lied about running/implementing criminal background checks.  In September of 2020, USPA made changes to its application process for new officials, which included new Meet Directors, new State Chairs, and new Referees. Joint Exhibit Part I JE_00748, Exhibit E USPA Volunteer Application; Joint Exhibit Part I JE_00773, Declaration of Mike Tronske. Starting September of 2020, USPA had begun asking new Meet Director, new State Chair, and new Referee applicants to state their prior criminal record on their applications.  Joint Exhibit Part I JE_00748, Exhibit E USPA Volunteer Application; Joint Exhibit JE_0073, Exhibit 56 Declaration of Mike Tronske. Starting September of 2020, USPA also began running background checks on the National Sex Offender Regsitry to ensure new Meet Director, new State Chair, and new Referee applicants were not on the National Sex Offender Registry. Joint Exhibit Part I JE_00748, Exhibit E USPA Volunteer Application; Joint Exhibit Part I JE_00773, Declaration of Mike Tronske                    (2) F.R.E. 802 Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.                (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.            (4) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Opponent's response does not cite to anything in the record. WARRANTS M&C [can potentially change wording so undisputed - there is a recurring theme of needing to differentiate between a background check and simply checking the registry; checking the registry is not a comprehensive criminal background check] |

| | | | | | |
|---|---|---|---|---|---|
| | Defendant | After John Dorsey's Reels regarding the USPA were published, USPA said it would implement changes within its organization and leadership. | DORSEY_0000012-DORSEY_0000013 (email from Steve Denison to USPA members, officials, and meet directors re lack of response and series of mistakes); DORSEY_0000067 (IG post made by @uspapower re two day meeting for new future processes and procedures); DORSEY_0009399 (Steve Denison apology Reel); USPA 0004597-USPA 0004598 (Stradling Memo re recommendations for USPA) Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 210: 7-25; 211: 14-25; 212: 1-25; 213: 1-25; 214: 1-5. | Disputed. Dorsey publishing his Reels about USPA did not cause USPA to implement changes, it was the public outcry from USPA Meet Directors, Sponsors, and members that believed the false and defamatory remarks in Dorsey's Reels that caused USPA to implement changes. Steve Denison Transcript pg. 110:22-25 and 111:1-21. (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.        (3) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. |
| | Defendant | After John Dorsey's Reels regarding the USPA were released, USPA and Steve Denison retained a PR firm/team. | DORSEY_0000012-DORSEY_0000013 (email from Steve Denison to USPA members, officials, and meet directors re lack of response and series of mistakes) | Disputed. USPA retained a PR firm around January 26, 2023 to try and mitigate the reputational and financial damage that had been done by Dorsey's 8 defamatory Instagram Reels and 3 defamatory Instagram Posts that had been published at that point. USPA also retained legal counsel around that time to help it evaluate its legal options with respect to Dorsey's defamatory social media camaign. Steve Denison Transcript pg. 84:11-25 and 85:1-12. (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. Opponent's response does not cite to anything in the record. Response does not convert the SOF. |
| | Defendant | USPA and Steve Denison made several public apologies to USPA's members and officials in regards to how they had handled various situations. | DORSEY_0000012-DORSEY_0000013 (email from Steve Denison to USPA members, officials, and meet directors re lack of response and series of mistakes); DORSEY_0001817; Sullivan Depo. 307:19-311:18 & Ex. 15 (screenshot of IG post made by @uspapower and Steve Denison); DORSEY_0009399 (Steve Denison apology Reel) | Disputed. USPA and Steve Denison made 2 public apologies to USPA's members and officials to address the concerns of USPA members and officials who believed the false and defamatory claims Dorsey was making in his Instagram Reels and Posts. Joint Exhibit JE_00845, Exhibit D Tronske Declaration (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated. | Objection. Opponent's response does not cite to anything in the record. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| | Defendant | USPA and their attorneys acknowledge a lack of transparency with its members. | DORSEY_0000012-DORSEY_0000013 (email from Steve Denison to USPA members, officials, and meet directors re lack of response and series of mistakes); DORSEY_0000112-DORSEY_0000113 (Stradling Memo re recommendations for USPA); DORSEY_0001817; Sullivan Depo. 307:19-311:18 & Ex. 15 (screenshot of IG post made by @uspapower and Steve Denison); DORSEY_0001823-DORSEY_0001825 (FB post made by Stephanie Bennett in response to Sullivan lawsuit resolution "One of the richest lies was claiming they tried to get in touch with me & couldn't reach me when the reality is that VP Tronske was on the phone with me daily telling me to sit tight & say nothing."); DORSEY_0009399 (Steve Denison apology Reel); Steve Denison Depo. Transcript pg. 110:22-24; 111:1-21 | Disputed.  The Stradling Memo speaks for itself.  The Memo expressly states, "Our investigation revealed that a lack of transparency with the Executive Committee's investigation and resolution process created an environment of mistrust amongst the USPA membership and likely bolstered the credibility of Dorsey's Instagram posts, despite some factual inaccuracies in those Instagram posts that have been uncovered by this investigation." (2) F.R.E. 1002. Document speaks for itself. (3) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.        (4) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.        (5) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | |
| | Defendant | USPA states that it was one of the largest powerlifting federations created by powerlifters. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 46: 25; 47: 1-13; 48: 22-25; 49: 1-13; 50: 7-11. | Disputed. F.R.E. 1002.  The statement of fact mischaracterizes Mike Tronske's actual testimony in the transcript excerpts Defendant cites to. Mike Tronske actually states that he does not believe that USPA is the largest powerlifting federation. Mike Tronske Depo. Transcript pg. 47:22-23. | Objection. Opponent's response does not cite to anything in the record. No reason given for dispute. |
| | Defendant | USPA publicly states that it strives to provide a safe environment for its competitors. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 96: 21-25; 97: 1-3; 102: 1-24; 103: 1-2 | Undisputed. | |
| | Defendant | On September 9, 2020, a letter co-authored by Tronske and Denison was emailed to approximately 12,000 to 16,000 officials and members of USPA. | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 193:5-25; Steve Denison Depo. Transcript pg. 103:23-104:1. | Undisputed. | |

| | | | | | |
|---|---|---|---|---|---|
| | Defendant | Around the time of the September 2020 letter, the USPA began checking the National Sex Offender Registry. | Steve Denison Depo. Transcript pg. 57:12-17; Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 77:17-78:7. | Partially Disputed. In September of 2020, USPA made changes to its application process for new officials, which included new Meet Directors, new State Chairs, and new Referees. Starting September of 2020, USPA had begun asking new Meet Director, new State Chair, and new Referee applicants to state their prior criminal record on their applications. Starting September of 2020, USPA also began running background checks on the National Sex Offender Registry to ensure new Meet Director, new State Chair, and new Referee applicants were not on the National Sex Offender Registry. Joint Exhibit Part I JE_00748, Exhibit E USPA Volunteer Application; Joint Exhibit Part I JE_00773, Declaration of Mike Tronske. | Objection. Opponent's response does not cite to anything in the record. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. Response does not convert the SOF. |
| | Defendant | Prior to that, USPA had not been conducting background checks. | Steve Denison Depo. Transcript pg. 46:23-47:24; 57:18-20. | Undisputed. | |
| | Defendant | USPA stated in their letter that "[t]o ensure that something this serious doesn't slip from under us in the future, the USPA is implementing stricture background checks for new USPA officials. Current UPSA Officials are also subject to this new protocol." | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 201:3-12; USPA 0000815-0000816 (USPA September 2020 letter) | Partially Dispute. F.R.E. 1002. The September 9, 2020 letter speaks for itself. USPA stated in their "September 9, 2020" letter to its members and officials that "[t]o ensure that something this serious doesn't slip from under us in the future, the USPA is implementing stricter background checks for new USPA officials. Current USPA Officials are also subject to this new protocol." USPA 0000815-0000816 | Objection. Opponent's response does not cite to anything in the record. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. Response does not convert the SOF. |
| | Defendant | What the USPA referred to as a "background check" was checking the National Sex Offender Registry. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 77:17-25; 78: 1-25; 79:1-8 | Disputed. (1) F.R.E. 1002. Mischaracterizes Mike Tronske's deposition tesiormy that it cited to as supporting evidence for this fact. What the USPA considered a background check starting in September of 2020, was not exclusive to checking the National Sex Offender Reistry. Starting September of 2020, a USPA background check consisted of the following: USPA made changes to its application process for new officials, which included new Meet Directors, new State Chairs, and new Referees. Starting September of 2020, USPA had begun asking new Meet Director, new State Chair, and new Referee applicants to state their prior criminal record on their applications. Starting September of 2020, USPA also began running background checks on the National Sex Offender Registry to ensure new Meet Director, new State Chair, and new Referee applicants were not on the National Sex Offender Registry. Joint Exhibit Part I JE_00748, Exhibit E USPA Volunteer Application; Joint Exhibit Part I JE_00773, Declaration of Mike Tronske. (2) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.          (3) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.          (4) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Opponent's response does not cite to anything in the record. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| | Defendant | From September 2020 through the present, USPA only ran background checks on referees. | Dorsey Denison Depo. Transcript pg. 58:4-11; Mike Tronske/ UPSA 30(b)(6) Depo. Transcript. 212:17-25 to 213:1-15; USPA 0004597 (Stradling Memo, pg 23, Section V. Recommendations). | Disputed. From September 2020 to the present, USPA has run background checks on Meet Directors, State Chairs, and Referees. Mr. Denison stated this in his deposition transcript, Joint Exhibit 149 at pgs. 202:24-25; 203:1-12.          (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.          (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.          (3) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | |
| | Defendant | USPA did not run background checks on employees, meet directors, affiliated gyms, or anyone else associated with USPA or its meets. | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript. 212:17-25 to 213:1-15; USPA 0004597 (Stradling Memo, pg 23, Section V. Recommendations). | Disputed. From September 2020 to the present, USPA has run background checks on Meet Directors, State Chairs, and Referees. Mr. Denison stated this in his deposition transcript Jint Exhibit 149 at pgs. 202:24-25; 203:1-12.          (1) F.R.E. 802. Hearsay. Defendant relies on out of court statements being offered for the truth of the matter asserted.          (2) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.          (3) F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | |

| | | | | |
|---|---|---|---|---|
| | Defendant | Steve Denison admitted, "I have made some mistakes and we have made some mistakes." | Steve Denison Depo. Transcript pg. 84:11-13 | Disputed. F.R.E. 1002. The Denison video that is the basis for this fact is the best evidence for the fact. The statement mischaracterizes the deposition testimony of Denison that Defendant cites to as support for this fact. The depo transcript shows that Defendant's counsel played Denison a video clip and then asked him to verify what he heard on the video. | |
| | Defendant | On or around January or February 2023, Denison recorded a video about the "social media attack" that was posted to a USPA Instagram account and later deleted. | Steve Denison Depo. Transcript pg. 77:14-78:9, 80:10-15; 100:6-11, and Ex. 8. | Undisputed. | |
| | Defendant | In the video, Denison said that the USPA was going to "clean house." | Steve Denison Depo. Transcript pg. 93:13-16. | Partially Dispute. Mr. Denison did use the words "clean house" in his video, and at pgs. Joint Exhibit Part A at JE_00092JE_00093, Denison Depo. Transcript 93:13-16; 94:19-25; and 95:1-13 of Steve Denison's Depo Trancript he explains what he meant by the words "clean house." | Objection. Does not comply with Court's Standing Order, ¶14(b).<br>Objection. Does not comply with Standing Order; it appears Plaintiff may not dispute the SOF, but is adding a separate fact.<br>Impermissible partial dispute here. |
| | Defendant | Prior to February 2023, USPA was not doing enough on their background screening process. | Steve Denison Depo. Transcript pg. 130:2-18 | Partially Dispute. This micharacterizes Steve Denison's full deposition testimony at Joint Exhibit Part A at JE_00099,  p. 130:2-18.<br>F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.          (2)<br>F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. FRE 1002. The document speaks for itself.<br>Objection. Does not comply with Court's Standing Order, (1) ¶14(b).<br>Impermissible partial dispute here. |
| | Defendant | Part of this "cleaning house" involved the USPA commissioning the Stradling investigative report (the "Stradling memo") and hiring Sterling Volunteers. | Steve Denison Depo. Transcript pg. 88:13-15; 94:18-24;<br>Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 78:13-19. | Disputed.  Mr. Denison states what he meant by the words "clean house" at Joint Exhibit Part A at JE_00092-JE_00093 pgs. 93:13-16; 94:19-25; and 95:1-13 of his Depo Trancript. | Objection. FRE 1002. The document speaks for itself. |
| | Defendant | The Stradling memo recommended enhancing the background check process. | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 211:6-8, and Ex. 7. | Disputed. F.R.E. 1002. Mischaracterizes Mike Tronske's deposition testimony.  The Stradling Memo speaks for itslef and it recommended that USPA "Strengthen" its background check process. It does not mention the word "Enhance." Joint Exhibit Part A JE_00062, Deposition of Mike Tronske.<br>(1) F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.          (2)<br>F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Opponent's response does not cite to anything in the record. |
| | Defendant | The Stradling memo was commissioned nearly three years after the September 2020 letter. | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 212:12-16. | Disputed.  The Stradling Memo had nothing to do with the September 2020 letter.  As Mr. Denison explained during his deposition, the Stradling Memo was sanctioned by USPA to determine if what Dorsey was saying in his Instagram Reels and Posts were true, and evaluate USPA's legal options if it determined that Dorsey was making any negligent or false statements. Joint Exhibit Part A at JE_00093Steve Denison Depo Trasncript at pgs. 94:19-25; and 95:1-13.          (1)<br>F.R.E. 602. Lack of personal knowledge; speculation. Defendant lacks personal knowledge of the fact being stated.          (2)<br>F.R.E. 901. Lack of foundation. Defendant fails to lay a foundation sufficient to support the claim being asserted based on the document relied on. | Objection. Legal arguments/conclusions. *See*  Court Standing Order, ¶14(b).<br>Objection. Does not comply with Standing Order; it appears Plaintiff may not dispute the SOF, but is adding a separate fact.<br>The SOF addresses only the timeframe, it does not make any conclusions as to the relationship between the letter and the memo. |
| | | Recommendations included strengthening their background screening process for referees, meet directs and state directors. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 235:11-25 to 236:1-9. | Undisputed. | |
| | Defendant | Mike Tronske was the acting Executive Vice President of USPA when this recommendation was made in February 2023. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 235:11-25 to 236:1-9. | Undisputed. | |
| | Defendant | Mike Tronske has no knowledge of whether this recommendation was implemented. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 235:11-25 to 236:1-9. | Disputed. F.R.E. 1002. Mischaracterizes Mike Tronske's testimony. | Objection. Opponent's response does not cite to anything in the record.<br>Objection. FRE 1002. The document speaks for itself. |
| | Defendant | Mike Tronske has no knowledge of what USPA did to give the Executive Committee ("EC") more oversight of code of conduct and disciplinary violations. | Mike Tronske/ USPA 30(b)(6) Depo. Transcript pg. 237:22-25 to 238:1-11. | Disputed.  F.R.E. 1002. Mischaracterizes Mike Tronske's testimony. | Objection. Opponent's response does not cite to anything in the record.<br>Objection. FRE 1002. The document speaks for itself. |

| | | | | | |
|---|---|---|---|---|---|
| | Defendant | USPA's remedial actions also involved creating the Executive Committee or "EC." | Steve Denison Depo. Transcript pg. 96:14-21; Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 31:1-6. | Disputed. The Executive Committe has existed since USPA was founded in 2010. At Joint Exhibit 149 Steve Denison's Depo. Transcript pg. 99:23-25, he clarifies that there was an "old executive committee." At Joint Exhibit Part A at JE_00094, pg. 96:14-21 of Steve Denison's Depo Transcript, he is referring to the resturcutre of the EC in February of 2023, due to the pressure USPA was receiving from its members and Meet Directors that believed everything Dorsey was saying in his defamatory social media videos. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). The deposition citation is complete and accurate. |
| | Defendant | The EC decides what is disqualifying on a case-by-case basis. | Steve Denison Depo. Transcript pg. 97:7-98:1. | Partially Disputed. The full context of Mr. Denison's statment can be found at Joint Exhibit Part A at JE_00095, pg. 97:7-98:1 of the Steve Denison Depo Transcript. | Objection. FRE 1002. The document speaks for itself. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| | Defendant | The USPA also created an advocacy position. | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 31:1-10; 78:13-19; Steve Denison Depo. Transcript pg. 147:21-148:3. | Partially Disputed. In September of 2020, USPA created the Member Advocate position. (Joint Exhibit Part A at JE_00128, Stradling Memo). | Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| | Defendant | On or around January 2023, Denison helped compose a message that was posted to a USPA Instagram account. | Steve Denison Depo. Transcript pg. 102:9-18. | Disputed. Objection - Vague as to what "message" Defendant is referring to. | Objection. Opponent's response does not cite to anything in the record. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| | Defendant | The January 2023 post referenced a letter co-authored by Denison and Tronske in September 2020. | Steve Denison Depo. Transcript pg. 103:23-104:4. | Disputed. F.R.E. 1002. SULLIVAN_0000719 contains the full video statement of Steve Denison from January 2023 that was posted to Instagram. And Mr. Denison made it clear during his deposition that his his January 2023 video had nothing to do with the September 9, 2020 email that went out to members. (Joint Exhibit Part A at JE_000104, Denison Depo. Transcript, p. 104:11-14). | Objection. FRE 1002. The transcript speaks for itself. |
| | Defendant | The September 2020 letter notified the community that they were conducting "background checks." | Steve Denison Depo. Transcript pg. 102:25-103:7. | Disputed. F.R.E. 1002. The September 9, 2020 email to USPA members and officials states, "the USPA is implementing strictre background checks for new USPA officials." USPA 0000815-USPA 0000816 (Joint Exhibit 117) | Objection. FRE 1002. The document speaks for itself. |
| | Defendant | The "background checks" consisted only of checking the National Sex Offender Registry. | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 84:1-8. | Disputed. F.R.E. 1002. Mischaracterizes Mike Tronske's testimony. | Objection. Opponent's response does not cite to anything in the record. Objection. FRE 1002. The document speaks for itself. |
| | Defendant | The January 2023 post stated that this was a "negligent statement." | Steve Denison Depo. Transcript pg. 104:4-7. | Disputed. F.R.E. 1002. SULLIVAN_0000719 contains the full video statement of Steve Denison from January 2023 that was posted to Instagram. And Mr. Denison clarified what he meant by "negligent" statement at Joint Exhibit Part A at JE_000104-5, pg. 104:15-25 and 105-106:1-7 of his Depo. Transcript. | Objection. FRE 1002. The document speaks for itself. |
| | Defendant | The January 2023 post contained an apology for "misleading our community." | Steve Denison Depo. Transcript pg. 104:8-10. | Disputed. F.R.E. 1002. SULLIVAN_0000719 contains the full video statement of Steve Denison from January 2023 that was posted to Instagram. And Mr. Denison clarified what he meant by "misleading our community" at Joint Exhibit Part A at JE_000104-5, pgs. 105:19-25; and 106:1-7 of his Depo. Transcript. | Objection. FRE 1002. The document speaks for itself. |
| | Defendant | The January 2023 post also stated, "We see the need for better accountability and transparency with our community, and much-needed changes will be made." | Steve Denison Depo. Transcript pg. 110:11-17, 22-24. | Partiall Disputed. F.R.E. 1002. SULLIVAN_0000719 contains the full video statement of Steve Denison from January 2023 that was posted to Instagram. Mr. Denison did say "We see the need for better accountability and transparency with our community, and much needed changes will be made," and Mr. Denison clarified what he meant by these words at Joint Exhibit Part A at JE_000104-5 pg. 105:19-25; and 106:1-7 of his Depo. Transcript at pg 111:1-21. | Objection. FRE 1002. The document speaks for itself. Objection. Does not comply with Court's Standing Order, ¶14(b). Impermissible partial dispute here. |
| | Defendant | Denison stated several times during his deposition that he and/or the USPA were being "negligent." | Steve Denison Depo. Transcript pg. 105:3, 11-14; 106:1-7; 107:16-17; 108:20-22. | Disputed. F.R.E. 1002. Mischaracterzes Mr. Denison's testimony. Mr. Denison states that USPA "felt" or "guess[ed]" they were being negligent in the excerpts Defendant cites to because Dorsey falsely implied to USPA members and officials that USPA wasn't doing enough "to make people feel safe." Denison Depo Transcript at pgs. 104:11-25 and 105:-107:1-17. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. FRE 1002. The document speaks for itself. |
| | Defendant | Because they were "negligent," they started using Sterling Volunteers for more comprehensive background checks. | Steve Denison Depo. Transcript pg. 105:5-7; 109:8-10. | Disputed. F.R.E. 1002. Mischaracterzes Mr. Denison's testimony. Mr. Denison states that USPA "felt" or "guess[ed]" they were being negligent in the excerpts Defendant cites to because Dorsey falsely implied to USPA members and officials that USPA wasn't doing enough "to make people feel safe." Denison Depo Transcript at Joint Exhibit Part A at JE_000104-5, pgs. 104:11-25; 105:-107:1-17 and 109:1-10. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. FRE 1002. The document speaks for itself. |

| | Defendant | Denison participated in a conference call with Joe Sullivan, Tronske, Tyler Van Loon, and potentially Gary Brewer on or around January 23, 2023. | Steve Denison Depo. Transcript pg. 125:2-8; 126:1-3; 126:21-127:3, and Ex. 12. | Undisputed. | |
|---|---|---|---|---|---|
| | Defendant | During the call, Sullivan stated that, "But in 2020 it was stated that background checks would be done... It's been made very, very clear that those background checks not perform [sic]. And that is completely unacceptable." | Steve Denison Depo. Transcript pg. 129:16-24 and Ex. 9, p. 2. | Disputed. (1) F.R.E. 1002.  There is an audio recording of this call that serves as the best evidence for what Joe Sullivan said on the call. (2) F.R.E. 403.  This fact is not relevant to any of the material issues in this case. | Relevance it an improper objection here. Denison's testimony is acceptable evidence of what what said on the call as he attended the call. |
| | Defendant | The USPA addressed Sullivan's complaints by changing to using Sterling Volunteers for its background checks. | Steve Denison Depo. Transcript pg. 130:8-20. | Disputed.  Mischaracterzes Mr. Denison's testimony.  The full context of Mr. Denison's testimony is found at Joint Exhibit Part A at JE_00112 pg. 130:8-20 of Denison's deposition transcript. | Objection. FRE 1002. The document speaks for itself. |
| | Defendant | The USPA further addressed concerns by establishing a reporting mechanism on its website in 2023. | Steve Denison Depo. Transcript pg. 163:4-17. | Disputed. F.R.E. 1002. Mischaracterizes Denison's testimony. | Objection. FRE 1002. The document speaks for itself. Objection. Opponent's response does not cite to anything in the record. |
| | Defendant | Prior to September of 2020, USPA did not have contracted HR help. | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 154:23-155:1; 155:10-16. | Undisputed. | |
| | Defendant | During Mike Tronske's tenure at USPA, it did not have in-house HR. | Mike Tronske/ UPSA 30(b)(6) Depo. Transcript pg. 64:8-12. | Undisputed.                                   Objection. F.R.E. 403.  This fact is not relevant to the material issues in this case. USPA has never made the representation that it has "an in-house HR." That was a narrative manufactured by Dorsey in his Aaron Skogsberg Reel where he states, "This guy, Mike Tronske, always gets these emails and he send it to an H.R. department." (Joint Exhibit 14). This fact also isn't relevant to the material issues surrounding the Aaron Skogsberg Reel. USPA takes issue with Dorsey's use of a January 4, 2023 email between Mike Tronske and Erin Carrus that Dorsey used in his January 23, 2023 Aaron Skogsberg Reel to falsey claim he has identified a "pattern" of Mike Tronske forwarding allegations of assault to an HR Rep that does not exist. The Januaury 4, 2023 email that Mike Tronske sent to Erin Carrus, and that Dorsey displays in his video, expressly states that "the matter is pending further investigation and submission to our Human Resources Rep."  There is no mention of an in-house HR Department. | Objection. Legal arguments/conclusions. *See* Court Standing Order, ¶14(b). Objection. Does not comply with Standing Order; it appears Plaintiff may not dispute the SOF, but is adding a separate fact. |
| | Defendant | USPA circulated the Stradling Memo to its meet directors. | DORSEY_0001921-DORSEY_0001922 (email sent from USPA and Steve Denison to USPA's meet directors re the Stradling Memo) | Undisputed. | |
| | Defendant | As of September 19, 2024, USPA's @uspapower Instagram account has about 70.3 thousand followers. | Steve Denison Depo. Transcript pg. 77:1-5; 78:24-5; 79:1-5 | Undisputed. | |