Jeffrey M. Rosenfeld (CA Bar # 222187)
jeff@kr.law
Leah Rosa Vulić (CA Bar # 343520)
leah@kr.law
**KRONENBERGER ROSENFELD, LLP**
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Tel: (415) 955-1155 Ext. 121
Fax: (949) 374-5056

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
(*Pro Hac Vice*)
*Attorneys for John Dorsey*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| DENISON POWERLIFTING INC. dba UNITED STATES POWERLIFTING ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DORSEY, an Individual, and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 8:23-CV-00744 JSV (KESx)<br><br>**DEFENDANT JOHN DORSEY'S WITNESS LIST PURSUANT TO F.R.CIV.P. 26(a)(3)(A) AND LOCAL RULE 16-5**<br><br>[Hon. James V. Selna]<br>Hearing Date:  May 27, 2025<br>Time:  8:30 A.M.<br>Courtroom:  10C |

Case No. 8:23-cv-00744 JSV (KESx)    **DEFENDANT'S WITNESS LIST PURSUANT TO F.R.CIV.P. 26(A)(3)(A)**

Pursuant to Fed. R. Civ. P. Rule 26(a)(3)(A)(i) and (ii) and Civil Local Rules 16-2.4 and 16-5, Defendant John Dorsey hereby discloses the witnesses (including expert witnesses) to be called at trial other than those contemplated to be used solely for impeachment. Per Civil Local Rule 16-5, an asterisk is placed next to the names of those witnesses whom the party may call only if the need arises.

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 1. | **John Dorsey**, Defendant c/o Defendant's Counsel | Statements about USPA; source communications; publication methods; damages; lack of malice; WRPF interactions. | * hours | * hour | [Leave blank.] |
| 2. | **Steve Denison**, Former President, USPA c/o Plaintiff's Counsel | USPA policies; complaint handling; public responses; damages; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |

---

[1] *Indicates that witness will be called only if the need arises.

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 3. | **Mike Tronske**, Former Vice President, USPA c/o Plaintiff's Counsel | Background checks; HR/internal responses; approval of meets; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 4. | **Shelley Denison**, CFO, USPA c/o Plaintiff's Counsel | Financial records; sponsorship impacts; economic damages; HR/internal responses; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 5. | **Tyler Van Loon**, Head of Business Development, USPA c/o Plaintiff's Counsel | Business partnerships; effects of publications on sponsors and directors; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 6. | **Maryam Rushdi**, USPA Director of Operations c/o Plaintiff's Counsel | Operational oversight; responses to complaints; public/media strategy; USPA application submissions. | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 7. | **Jennifer Nash***, Member Advocate, USPA c/o Plaintiff's Counsel | Complaint processing; communications with affected members. | * hours | * hour | [Leave blank.] |
| 8. | **Kat Colson***, Member Services Representative, USPA c/o Plaintiff's Counsel | Member reports; response protocols to complaints. | * hours | * hour | [Leave blank.] |
| 9. | **Eric Fruits, PH.D.** c/o Defendant's Counsel | Rebuttal of Plaintiff's expert witness's damages assessment; documents and information relied upon therein. | * hours | * hour | [Leave blank.] |
| 10. | **Stephanie Bennett**, Former Vermont State Chair, USPA 80 Williams St., Apt. D, Lyndonville, VT 05851 | Subject of video; Communications with Parties; her USPA status; conversations with Tyrell Sykes; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 11. | **Tyrell Sykes**, Former USPA Member<br>189 Darling Hill Rd, Newport, VT 05855<br>Ph: (802) 323-9118 | Communications with Parties; Bennett video circulation; Vermont incident. | * hours | * hour | [Leave blank.] |
| 12. | **Kimberly Swett***, Former USPA Referee<br>106 Valentine Ave, Derby Line, VT 05830<br>Ph: (802) 637-2105 | Background and appointment; allegations; communications with Plaintiff; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 13. | **Roman "Chico" Cloyne**, Former VP of Business Development, USPA<br>1305 Bosworth Sq. S., Columbus, OH 43229 | Internal reactions to scandal; prior history re abuse; allegations; communications with Plaintiff; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 14. | **James Justice***, USPA Member<br>42 Fountain Lane, Betsy | Defendant's allegations; status in USPA; personal impact; content | * hours | * hour | [Leave blank.] |

Case No. 8:23-cv-00744 JSV (KESx)   5   **DEFENDANT'S WITNESS LIST PURSUANT TO F.R.CIV.P. 26(A)(3)(A)**

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | Layne, KY 41605<br>Ph: (606) 793-3934 | referenced in Defendant's social media publications. | | | |
| 15. | **Mindy Layne***, Former USPA Referee<br>(Address Unknown) | Role in USPA; impact of published claims; response to Defendant's content; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 16. | **Johnny Layne***, Former USPA Executive Committee Member<br>(Address Unknown) | Executive involvement; reputation harm; reaction to allegations; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 17. | **Bobby Morgan***, Texas State Chair, USPA<br>c/o Plaintiff's Counsel | Meet operations in Texas; criminal history; communications with Plaintiff; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 18. | **Sergio Luna***, Former Meet Director, USPA | Decision to leave USPA; communications with Plaintiff. | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  | 216 Marilyn Ave, Glendale Heights, IL 60139 |  |  |  |  |
| 19. | **Christopher ("Jordan") Jarrell***, Former Meet Director, USPA<br>104 Sheppard Ct, Georgetown, KY 40324 | Decision to leave USPA; communications with Plaintiff. | * hours | * hour | [Leave blank.] |
| 20. | **Christopher Nicolai***, Former Meet Director, USPA<br>360 Jefferson Ave, Oak Ridge, TN 37830 | Decision to leave USPA; communications with Plaintiff. | * hours | * hour | [Leave blank.] |
| 21. | **Joseph Shepard***, Former Meet Director, USPA<br>451 W Thompson Rd, Indianapolis, IN 46217 | Decision to leave USPA; communications with Plaintiff. | * hours | * hour | [Leave blank.] |
| 22. | **Danny Sawaya***, Former Meet Director, USPA | Decision to leave USPA; communications with Plaintiff. | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | 7733 E Oakwood Cir, Tucson, AZ 85750 | | | | |
| 23. | **Lord Elliott***, Former Meet Director, USPA Ph: (661) 301-9981 | Decision to leave USPA; communications with Plaintiff. | * hours | * hour | [Leave blank.] |
| 24. | **Aaron Skogsberg**, Former Gym Owner (The Office Gym) 2197 Dave Lyle Blvd., Rock Hill, SC 29730 | USPA gym certification; allegations of misconduct; content referenced in Defendant's social media publications. | * hours | * hour | [Leave blank.] |
| 25. | **Corey Knight**, USPA Member 1478 SW Sudder Ave, Port Saint Lucie, FL 34953 Ph: (772) 708-7286 | Reaction to allegations; member confidence; audio clip referencing "no HR." | * hours | * hour | [Leave blank.] |
| 26. | **World Raw Powerlifting Federation ("WRPF") Representative Micah** | Communications with Defendant and dismissed Co-Defendant; no facilitation of powerlifters from | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  | **Marino*** c/o Todd G. Friedland, FBFK Law, 575 Anton Blvd., Ste. 750, Costa Mesa, CA 92626 Ph: (949) 468-3200 | USPA to WRPF by Defendant; no coverup; no financial assistance provided to Defendant. |  |  |  |
| 27. | **World Raw Powerlifting Federation ("WRPF") Representative Ana Perez** c/o Todd G. Friedland, FBFK Law, 575 Anton Blvd., Ste. 750, Costa Mesa, CA 92626 Ph: (949) 468-3200 | Communications with Defendant and dismissed Co-Defendant Joseph Sullivan; no facilitation of powerlifters from USPA to WRPF by Defendant; no coverup; no financial assistance provided to Defendant. | * hours | * hour | [Leave blank.] |
| 28. | **World Raw Powerlifting Federation ("WRPF") Representative Russell Kern*** | Communications with Defendant and dismissed Co-Defendant Joseph Sullivan; no facilitation of powerlifters from USPA to WRPF | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  | c/o Todd G. Friedland, FBFK Law, 575 Anton Blvd., Ste. 750, Costa Mesa, CA 92626 Ph: (949) 468-3200 | by Defendant; no coverup; no financial assistance provided to Defendant. |  |  |  |
| 29. | **World Raw Powerlifting Federation ("WRPF") Representative Alex Uslar*** c/o Todd G. Friedland, FBFK Law, 575 Anton Blvd., Ste. 750, Costa Mesa, CA 92626 Ph: (949) 468-3200 | Communications with Defendant and dismissed Co-Defendant Joseph Sullivan; no facilitation of powerlifters from USPA to WRPF by Defendant; no coverup; no financial assistance provided to Defendant. | * hours | * hour | [Leave blank.] |
| 30. | **Representative of Pioneer Fitness*** (Addresses unknown) | Why they withdrew sponsorship(s) of USPA. | * hours | * hour | [Leave blank.] |
| 31. | **Representative of Pioneer Belts*** | Why they withdrew sponsorship(s) of USPA. | * hours | * hour | [Leave blank.] |

Case No. 8:23-cv-00744 JSV (KESx)    10    **DEFENDANT'S WITNESS LIST PURSUANT TO F.R.CIV.P. 26(A)(3)(A)**

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
|  | (Addresses unknown) |  |  |  |  |
| 32. | **Representative of Cerberus Strength*** (Addresses unknown) | Why they withdrew sponsorship(s) of USPA. | * hours | * hour | [Leave blank.] |
| 33. | **Representative of Sisters of Iron*** (Addresses unknown) | Why they withdrew sponsorship(s) of USPA. | * hours | * hour | [Leave blank.] |
| 34. | **Representative of Live Large Fitness*** (Addresses unknown) | Why they withdrew sponsorship(s) of USPA. | * hours | * hour | [Leave blank.] |
| 35. | **Representative of Obsidian Ammonia*** (Addresses unknown) | Why they withdrew sponsorship(s) of USPA. | * hours | * hour | [Leave blank.] |
| 36. | **Representative of Girls Who Powerlift*** (Addresses unknown) | Why they withdrew sponsorship(s) of USPA. | * hours | * hour | [Leave blank.] |
| 37. | **Representative of Iron Savage Apparel*** | Why they withdrew sponsorship(s) of USPA. | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | (Addresses unknown) | | | | |
| 38. | **Meta Platforms, Inc. – Custodian of Records*** 1 Meta Way, Menlo Park, CA 94025 | Defendant's social media account metadata, analytics, and activity. | * hours | * hour | [Leave blank.] |
| 39. | **Reps of Iron Rebel and Kabuki Strength*** (Addresses unknown) | Sponsorship decisions; brand reputation considerations. | * hours | * hour | [Leave blank.] |
| 40. | **Joseph Sullivan**, dismissed Co-Defendant c/o Bethany L. Rabe, Esq. Greenberg Traurig, 10845 Griffith Peak Drive, Suite 600, Las Vegas, NV 89135 | Collaborations or discussions with Defendant; insight into USPA practices and social media strategy; personal observations. | * hours | * hour | [Leave blank.] |
| 41. | **Miriam Lawrence*,** Former USPA Official (Address Unknown) | Internal USPA operations; reactions to social media allegations; | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | | knowledge of relevant facts and policies. | | | |
| 42. | **Representative of Bambee HR** (Address Unknown) | Outsourced HR relationship with USPA; involvement in policy, investigations, or background checks. | * hours | * hour | [Leave blank.] |
| 43. | **Bruce Takala**, former USPA Referee Chairman (Address Unknown) | Oversight of referee credentialing; awareness of issues; USPA culture. | * hours | * hour | [Leave blank.] |
| 44. | **Representatives from Stradling Yocca Carlson & Rauth, LLP (Shawn Collins)** 660 Newport Center Dr. Suite 1600 Newport Beach, CA 92660 | Authoring the Memorandum prepared for Plaintiff on February 22, 2023, prior to the filing of this action. | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 45. | **Erin Carrus** 451 W. Thompson Rd., Indianapolis, IN 46217 Ph: (859) 556-0818; | Expected to testify re conversations with Parties and interactions with Chico Cloyne. | * hours | * hour | [Leave blank.] |
| 46. | **Dan Stephens***, former USPA Member (Address Unknown) @dan_kan | Expected to testify as to her alleged sexual misconduct allegations against Steve Denison. | * hours | * hour | [Leave blank.] |
| 47. | **Stephanie Stephens***, former USPA Member (Address Unknown) @stephaniestephensontheline | Expected to testify as to his knowledge of sexual misconduct allegations against Steve Denison, and his knowledge of what Steve Denison said to him during a meet wherein Stephi Cohen was lifting, and his knowledge of misconduct by USPA and Steve Denison. | * hours | * hour | [Leave blank.] |
| 48. | **Representative of Sterling Volunteers***, Third-party | Expected to testify as to any services rendered to USPA. | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| | volunteer organization that perform screening and background checks retained by USPA (Address Unknown) | | | | |
| 49. | **Brianny Terry***, former USPA Member (Address Unknown) | Expected to testify as to her knowledge of complaints against USPA and her personal experiences with USPA. | * hours | * hour | [Leave blank.] |
| 50. | **Gary Brewer***, USPA Referee Chair c/o Plaintiff's Counsel | Expected to testify regarding his knowledge of USPA and interactions as a referee chair. | * hours | * hour | [Leave blank.] |
| 51. | **Chris Ramos***, former USPA Member ramos.christopher@gmail.com (Address Unknown) | Expected to testify regarding allegations against Bobby Morgan and reporting same to USPA. | * hours | * hour | [Leave blank.] |

| No. | Witness's Name*[1] | Summary of Testimony | Defendant's Estimate Direct Exam (Hours) | Defendant's Estimate Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 52. | | Defendant's social media account metadata, analytics, and activity. | | | |
| 53. | **Representative from Relativity*** (Address Unknown) | Legal discovery software responsible for housing Defendant's forensic data; will testify as to methods of storing data. | * hours | * hour | [Leave blank.] |
| 54. | **Representative from Repario*** (Address Unknown) | Responsible for conducting the download of Defendant's forensic data to Relativity; will testify as to the collection of data, production of data, and other involved processes. | * hours | * hour | [Leave blank.] |

Defendant reserves the right to amend, supplement, and/or update this list of witnesses at any time prior to or during trial, as permitted by the applicable rules of procedure and orders of the Court. Defendant further reserves the right to remove any listed witness from this disclosure and to elicit testimony from any witnesses identified by Plaintiff or any other party. The inclusion or omission of any individual on this list shall not be construed as a waiver of Defendant's right to call or cross-examine any witness or to present relevant testimony at trial.

Respectfully Submitted,

DATED: March 31, 2025.

**KRONENBERGER ROSENFELD, LLP**

By:  /s/ Leah Rosa Vulić
     Leah Rosa Vulić

**RM WARNER PLC**

By:  /s/ Raeesabbas Mohamed
Raeesabbas Mohamed, Esq.
(*Admitted Pro Hac Vice*)

Attorneys for Defendant John Dorsey