SHAWN COLLINS, State Bar No. 248294
  scollins@stradlinglaw.com
CONNOR KRIDLE, State Bar No. 345476
  ckridle@stradlinglaw.com
MICHAEL MOSHER,
  mmosher@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000

*Attorneys for Plaintiff*, Denison Powerlifting Inc.,

JEFFREY M. ROSENFELD (CA SBN 222187)
jeff@kr.law
LEAH ROSA VULIC (CA SBN 343520)
leah@kr.law
KRONENBERGER ROSENFELD, LLP
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Telephone: (415) 955-1155 Ext. 121

RAEESABBAS MOHAMED (AZ SBN 027418)
raees@rmwarnerlaw.com
RM WARNER, PLC
8283 N. Hayden Road, Suite 229
Scottsdale, AZ 85258
Telephone: (480) 331-4984

*Attorneys for Defendant,* John Dorsey

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DENISON POWERLIFTING INC., dba UNITED STATES POWERLIFTING ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DORSEY, an individual; and JOE SULLIVAN; an individual, DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:23-cv-00744-JVS (KESx)<br><br>Honorable James V. Selna<br>Magistrate Judge: Karen E. Scott<br><br>**JOINT EXHIBIT LIST**<br><br>Complaint Filed: April 28, 2023<br>FPTC: April 21, 2025<br>Trial Date: May 27, 2025 |

Pursuant to L.R. 16-6.1 the parties in the above-captioned action hereby submit this Joint Exhibit List. An asterisk (*) has been placed next to any exhibit which a party may offer if the need arise. Exhibit Nos. 149–152 and 161–214 have been marked as deposition exhibits.

The parties did not adhere to L.R. 26-3 when taking depositions, resulting in the same exhibit number being used for multiple different documents, at different depositions (some of which were occurring at the same time). In order to avoid confusion, the parties now submit their exhibits sequentially without regard to deposition exhibit number. The parties apologize for any confusion.

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Declaration of John Dorsey Re. Applicability of Reporter's Privilege [D.E 119-122] | | |
| 2. | January 14, 2023 Stephanie Bennett Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000034] | | |
| 3. | January 15, 2023 Kimberly Swett Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000035] | | |
| 4. | January 16, 2023 Mindy Lane Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000036] | | |
| 5. | January 17, 2023 James Justice (1) Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000037] | | |
| 6. | January 17, 2023 James Justice (2) Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000038] | | |

JOINT EXHIBIT LIST

4908-6389-1504v1/107549-0000

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 7. | January 18, 2023 Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0009397] | | |
| 8. | January 21, 2023 Chico Cloyne Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000039] | | |
| 9. | January 23, 2023 Aaron Skogsberg Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000043] | | |
| 10. | January 28, 2023 Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000040] | | |
| 11. | January 29, 2023 Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY_0000041] | | |
| 12. | January 30, 2023 Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2 [DORSEY000042] | | |
| 13. | November 28, 2022 – January 13, 2023 email exchange between Tyrell Sykes and Steve Denison [USPA 0003885 – USPA 0003902] | | |
| 14. | Hybrid Unlimited YouTube Video, Episode 168 John "Goob" Dorsey - How I Brought Down USPA, Commentating Ghost Clash [UPSA 0000288] | | |
| 15. | Screenshot of John Dorsey's Instagram Page @Goob_u2 | | |
| 16. | Text Message Communications between John Dorsey and Joe Sullivan [SULL000491– SULL000565] | | |
| 17. | January 22, 2023 John Dorsey Post via Dorsey's Instagram handle @Goob_U2 [USPA 0001240 – USPA 0001248] | | |
| 18. | Instagram Direct Message Communications between John Dorsey and Joe Sullivan [SULL000429 –SULL000490] | | |
| 19. | Text Message Communications between John Dorsey and Joe Sullivan [SULL000566 –SULL000633] | | |

-3-

JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 20. | January 15, 2023 Instagram Direct Message Communications between Steve Denison and John Dorsey [DORSEY_0000007 – DORSEY_0000009] | | |
| 21. | January 2023 Screenshot of Dorsey Instagram Story tagging USPA [DORSEY_0000367] | | |
| 22. | February 14, 2023, Email from gbtraininglink@gmail.com regarding "GOOB" attaching Venmo Receipt [DORSEY_0003486 – DORSEY0003488] | | |
| 23. | January 23, 2023, Communications with John Dorsey regarding WRPF [DORSEY_0003520] <br><br> Document Filed Under Seal | | |
| 24. | January to March 2023 Communications between WRPF Americas and John Dorsey [DORSEY_0003553] <br><br> Document Filed Under Seal | | |
| 25. | January 23, 2023, Communications with John Dorsey regarding WRPF [DORSEY_0003607] <br><br> Document Filed Under Seal | | |
| 26. | June 2022 to April 2023 Communications between John Dorsey and "Instagram User" [DORSEY_0004192 – DORSEY_0004196] <br><br> Document Filed Under Seal | | |
| 27. | May 9, 2023 Email from Candi Nostrant to John Dorsey [DORSEY_0004493] <br><br> Document Filed Under Seal | | |
| 28. | February 8, 2023 Communications with Dorsey regarding WRPF [DORSEY_0004499] <br><br> Document Filed Under Seal | | |
| 29. | 2023 Email from Candi Nostrant to John Dorsey regarding WRPF [DORSEY_0004500] | | |

-4-

JOINT EXHIBIT LIST

4908-6389-1504v1/107549-0000

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Document Filed Under Seal | | |
| 30. | Instagram Post from Danny Sawaya via @tusconstrength [DORSEY_0004659] | | |
| 31. | Text Message to John Dorsey regarding James Justice [DORSEY_0004664] | | |
| 32. | January 17, 2023, Audio File of John Dorsey [DORSEY_0004807] | | |
| 33. | January 28, 2023, Communications with John Dorsey [DORSEY_0004853] | | |
| 34. | January 24, 2023, Communications with John Dorsey [DORSEY_0004854] | | |
| 35. | January 24, 2023, Communications with John Dorsey [DORSEY_0004857] | | |
| 36. | January 24, 2023, Communications with John Dorsey [DORSEY_0004858] | | |
| 37. | January 24, 2023, Communications with John Dorsey [DORSEY_0004859] | | |
| 38. | January 23, 2023, Communications with John Dorsey [DORSEY_0004860] | | |
| 39. | January 22, 2023, Communications with John Dorsey [DORSEY_0004861] | | |
| 40. | January 17, 2023, Communications with John Dorsey [DORSEY_0004871] | | |
| 41. | June 20, 2024, Communications with John Dorsey [DORSEY_0004911 – DORSEY_0004916] | | |
| 42. | January 20, 2023, Communications with John Dorsey [DORSEY_0005625] | | |
| 43. | January 24, 2023, Communications with John Dorsey [DORSEY_0006208 – DORSEY_0006209] | | |
| 44. | August 23, 2023, Communications with John Dorsey [DORSEY_0006216 – DORSEY_0006224] | | |
| 45. | February 11, 2023, Communications with John Dorsey [DORSEY_0006457 – DORSEY_0006462] | | |
| 46. | August 21, 2023, Communications with John Dorsey [DORSEY_0007498– DORSEY_0007507] | | |

JOINT EXHIBIT LIST

4908-6389-1504v1/107549-0000

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 47. | January 28, 2023, Communications with John Dorsey [DORSEY_0007578–DORSEY_0007581] | | |
| 48. | January 23, 2023, Communications with John Dorsey [DORSEY_0007651] | | |
| 49. | April 17, 2023, Communications with John Dorsey [DORSEY_0007844] | | |
| 50. | Instagram Collection Index [USPA 0001166] | | |
| 51. | February 24, 2023 Dorsey Communications with Redacted [Dorsey_0008286–DORSEY_0008289] | | |
| 52. | January 2023 Video Statement from Steve Denison [SULLIVAN_0000719] | | |
| 53. | January 24, 2023 Comments to @goob_u2 [Dorsey_0002658] | | |
| 54. | Expert Report of Jacqueline A. Smart, CPA | | |
| 55. | December 4, 2024, Dorsey Instagram video. | | |
| 56. | Comments to December 4, 2024, Dorsey Instagram video. | | |
| 57. | Comments to December 4, 2024, Dorsey Instagram video (spreadsheet). | | |
| 58. | USPA Meet Director Agreement USPA0003866-72 | | |
| 59. | Nov. 30, 2022, Email correspondence between Tyrell Sykes and Steve Denison. USPA0003885-902 | | |
| 60. | January 12, 2023, text message from Stephanie Bennett. USPA0003950 | | |
| 61. | January 2023 text message exchange between Steve Denison to Goob_u2. USPA0003875-77 | | |
| 62. | Kimberly Swett USPA Referee Application. USPA 00003961-63 | | |
| 63. | Sept. 9, 2020, USPA Newsletter. SULL000270-73 | | |
| 64. | Sept. 22, 2022 through April 8, 2023, text messages between John Dorsey and "redacted." DORSEY_0008285-93. | | |
| 65. | Denison Powerlifting, Inc. human resources dashboard on bambee.com. USPA0004001 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 66. | Gbb.barbell.productions Instagram post. DORSEY_0001861 | | |
| 67. | November 30 through January 20, 2023, text messages between Stephanie Bennett and Mike Tronske. USPA0003909-12 | | |
| 68. | January 4, 2023, email from "redacted" to Mike Tronske re: Chico Cloyne incident. USPA0004004-07 | | |
| 69. | January 23, 2023, Transcript of USPA Regions C and D : Important Meet Director and State Chair Meeting. | | |
| 70. | USPA Meet Director Agreement USPA0003866-72 | | |
| 71. | Nov. 30, 2022, Email correspondence between Tyrell Sykes and Steve Denison. USPA0003885-902 | | |
| 72. | January 12, 2023, text message from Stephanie Bennett. USPA0003950 | | |
| 73. | January 2023 text message exchange between Steve Denison to Goob_u2. USPA0003875-77 | | |
| 74. | Transcript of Deposition of John Dorsey (The parties intend to mark sub-parts of these exhibits and reserve the right to introduce and/or seek to exclude specific portions of the transcripts, per L.R.26-3.4) | | |
| 75. | Transcript of Deposition of Joe Sullivan (The parties intend to mark sub-parts of these exhibits and reserve the right to introduce and/or seek to exclude specific portions of the transcripts, per L.R.26-3.4) | | |
| 76. | Transcript of Deposition of Mike Tronske (The parties intend to mark sub-parts of these exhibits and reserve the right to introduce and/or seek to exclude specific portions of the transcripts, per L.R.26-3.4) | | |
| 77. | Transcript of Deposition of Steve Denison (The parties intend to mark sub-parts of these exhibits and reserve the right to introduce and/or seek to exclude specific portions of the transcripts, per L.R.26-3.4) | | |
| 78. | Stradling Memo Re: Investigation Into Allegations Made By John Dorsey AKA | | |

JOINT EXHIBIT LIST

4908-6389-1504v1/107549-0000

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | @Goob_U2 dated February 22, 2023 [USPA 0003823 – USPA 0004035] |  |  |
| 79. | Declaration of Steve Denison in Support of Plaintiff Denison Powerlifting Inc.'s Motion for Summary Judgment (Exhibits A–I) |  |  |
| 80. | DORSEY_0003483 – DORSEY_0003485 (email from Steve Denison to USPA members) [replacing DORSEY_0000012-DORSEY_0000013] |  |  |
| 81. | DORSEY_0000044-DORSEY_0000046 (Dorsey Open Letter to The USPA 01-29-24) |  |  |
| 82. | DORSEY_0000055-DORSEY_0000056 (email between source and Kat Colson [USPA] re The Office Gym) |  |  |
| 83. | DORSEY_0000067 (IG post made by @uspapower re two day meeting) |  |  |
| 84. | DORSEY_0000071 (Uspavermont Instagram post re removal of Bennett and another) |  |  |
| 85. | DORSEY_0000073 (IG post made by @uspapower, on which Eric Freeman commented re Chico Cloyne) |  |  |
| 86. | DORSEY_0000076 (IG DMs from source to Dorsey re Chico Cloyne rape allegations) |  |  |
| 87. | DORSEY_0000077 (IG DMs from source to Dorsey re Chico Cloyne rape allegations) |  |  |
| 88. | DORSEY_0000084-DORSEY_0000089 (notes taken during 1-23-23 USPA Meet Directors Meeting) |  |  |
| 89. | DORSEY_0000339-DORSEY_0000340 (email from Steve Denison to USPA officials re Town Hall meeting) |  |  |
| 90. | DORSEY_0000248 (email from Mike Tronske to Chico Cloyne re USPA start date) |  |  |
| 91. | DORSEY_0000559 (emails from source re attempts to inform USPA of domestic violence within organization) |  |  |
| 92. | DORSEY_0000570-DORSEY_0000574 (emails from source re attempts to inform USPA of domestic violence within organization) |  |  |

JOINT EXHIBIT LIST

STRADLIN CARLSON ... LAWYERS NEWPORT BEACH

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 93. | DORSEY_0000578 (emails between source and Bobby Morgan re canceled meets events) | | |
| 94. | DORSEY_0000580 (emails between source and Bobby Morgan re canceled meets events) | | |
| 95. | DORSEY_0000775-DORSEY_0000776 (email from USPA) | | |
| 96. | DORSEY_0000809-DORSEY_0000810 (emails between source and Bobby Morgan re canceled meets events Mike Tronske involved) | | |
| 97. | DORSEY_0001293-DORSEY_0001294 (September 9, 2020 USPA email to members & officials re Johnny Layne) | | |
| 98. | DORSEY_0001297-DORSEY_0001309 (photographs of James Justice as spotter during USPA junior powerlifting meets) | | |
| 99. | DORSEY_0001543 (screenshot of IG post made by @uspapower) | | |
| 100. | DORSEY_0001817 (screenshot of IG post made by @uspapower and Steve Denison) | | |
| 101. | DORSEY_0003489 (news article re James Justice arrest) | | |
| 102. | DORSEY_0003495-DORSEY_0003496 (criminal record and background re Aaron Skogsberg) | | |
| 103. | DORSEY_0003500 (news article re Mindy Layne as a registered sex offender) | | |
| 104. | DORSEY_00003636 (Bruce Takala post) | | |
| 105. | DORSEY_0004322-DORSEY_0004323 (screenshots of IG DMs between Denison and Dorsey) | | |
| 106. | DORSEY_0004694 (screenshot of Sex Offender Registry re Mindy Layne) | | |
| 107. | DORSEY_0004706 (screenshot of James Justice arrest information) | | |
| 108. | DORSEY_0004717 (screenshot of Mindy Faye Layne as registered sex offender) | | |
| 109. | DORSEY_0004992-DORSEY_0004993 (IG DMs between source and Dorsey re cost to sanction meets) | | |

JOINT EXHIBIT LIST

STRADLIN CARLSON ~~~~ ~H LAWYERS NEWPORT BEACH

4908-6389-1504v1/107549-0000

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 110. | DORSEY_0005142 (screenshot of IG @theofficegym post with USPA banner in background) | | |
| 111. | DORSEY_0005146 (text messages between source and Dorsey re woman and Cloyne) | | |
| 112. | DORSEY_0006444 (IG DMs between source and Dorsey re no background check as USPA ref) | | |
| 113. | DORSEY_0007278 (IG DMs from source re friend who came up to say something about Chico Cloyne) | | |
| 114. | DORSEY_0007485 (IG DMs from source to Dorsey requesting his girlfriend remain anonymous) | | |
| 115. | DORSEY_0007534 (IG DMs between source and Dorsey re Mindy) | | |
| 116. | DORSEY_0007657-DORSEY_0007658 (IG DMs from source to Dorsey re request to send anonymous info and screenshots) | | |
| 117. | DORSEY_0007769 (IG DMs from source to Dorsey re Steve [Denison]) | | |
| 118. | DORSEY_0008220 (IG DMs from source re Chico Cloyne rape) | | |
| 119. | DORSEY_0008387 (IG DMs from source to Dorsey re Chico Cloyne and lifters) | | |
| 120. | DORSEY_0008538 (IG DMs from source to Dorsey re USPA | | |
| 121. | DORSEY_0008541 (IG DMs between source and Dorsey re Bobby Morgan) | | |
| 122. | DORSEY_0008662-DORSEY_0008673 (IG DMs between Dorsey and Sykes) | | |
| 123. | DORSEY_0009005-DORSEY_0009006 (text messages between source and Dorsey showing The Office Gym is a USPA certified gym) | | |
| 124. | DORSEY_0009017 (text messages between source and Dorsey about Cloyne) | | |
| 125. | DORSEY_0009107_DORSEY0009109 (Luke Iron Rebel) | | |
| 126. | DORSEY_0009399_Steve Denison Apology.mp4 | | |

-10-

JOINT EXHIBIT LIST

4908-6389-1504v1/107549-0000

STRADLIN CARLSON
LAWYERS
NEWPORT BEACH

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 127. | DORSEY_0009407-DORSEY_0009408 (transcript of 1-23-23 USPA Meet Director Meeting and Tyler Van Loon) | | |
| 128. | USPA 0000606 (screenshot re report of incident with Chico Cloyne to USPA) | | |
| 129. | USPA 0000607-USPA 0000609 (report of Chico Cloyne rape incident) | | |
| 130. | USPA 0000634 (emails within USPA re physical altercation incident with Chico Cloyne) | | |
| 131. | USPA 0000688-USPA 0000689 (email between Ramos and Tronske re Morgan) | | |
| 132. | USPA 0000700-USPA 0000701 (email from Corbin McGuffin-Noll to USPA re Cloyne) | | |
| 133. | USPA 0000729- USPA 0000730 (USPA Volunteer Application form for Swett) | | |
| 134. | USPA 0001319-USPA 0001324 (receipts and emails showing one annual charge for HR services by Bambee) | | |
| 135. | USPA 0004724-USPA 0004726 (screenshot(s) of rape allegation text messages) | | |
| 136. | USPA 0004777-USPA 0004778 (emails within USPA about moving forward with the USPA meet at the Office Gym) | | |
| 137. | @USPAPower BLOCKED Instagram Accounts | | |
| 138. | Expert Report of Eric Fruits, Ph.D. | | |
| 139. | Declaration of Luke Carroll | | |
| 140. | Declaration of Nick Tuohy (Repario) | | |
| 141. | DORSEY0004187 (Instagram messages between John Dorsey and Tyler with USPA) | | |
| 142. | DORSEY0000007-0000009 (IG DM convo between @uspastevedenison and Dorsey) | | |
| 143. | USPA 000801-806 (internal communications between Bambee representative re Chico Cloyne / Erin Carrus incident) | | |
| 144. | USPA 000843 (email from shelley@ironrebel.com to Bambee re incident with employee) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 145. | DORSEY 0004186 (Tyler Van Loon telling Dorsey that Bennett was removed from the USPA the day after the Reel was brought to their attention) | | |
| 146. | DORSEY 0005569 (audio clip stating Stephanie Bennett was stripped of her credentials after Dorsey's Reel) | | |
| 147. | USPA 0000515 (transcript of January 15 video re Stephanie Bennett) | | |
| 148. | DORSEY_0000064 [audio clip from USPA meeting of Mike Tronske stating that all they [USPA] have is an EC and that there's no HR] | | |
| 149. | Exhibit 1 to Joseph Sullivan Deposition Transcript [SULL000607 – Sullivan-Dorsey Messages] | | |
| 150. | Exhibit 15 to Joseph Sullivan Deposition Transcript [January 20, 2023 USPA/Denison Apology Post] | | |
| 151. | Exhibit 9 to Steve Denison Deposition Transcript [January 20, 2023 USPA/Denison Apology Post] DORSEY_0000310 | | |
| 152. | Exhibit 12 to Steve Denison Deposition Transcript [Transcript of January 23, 2023 Sullivan-USPA Conversation] | | |
| 153. | Declaration of Sydney Pisciotta in Support of Defendant's Legal Brief and Response to Plaintiff's Supplemental Chart in Support of Challenge to Reporter's Privilege Redactions [D.E. 151-2] | | |
| 154. | DORSEY_0001823-DORSEY_0001825 (FB post made by Stephanie Bennett in response to Sullivan lawsuit resolution) | | |
| 155. | DORSEY0009397 (January 18, 2023 Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2) | | |
| 156. | DORSEY000039 (January 21, 2023 Chico Cloyne Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2) | | |
| 157. | DORSEY000043 (January 23, 2023 Aaron Skogsberg Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2) | | |

-12-

JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 158. | DORSEY000040 (January 28, 2023 Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2) | | |
| 159. | DORSEY000041 (January 29, 2023 Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2) | | |
| 160. | DORSEY000042 (January 30, 2023 Video Published by John Dorsey via Dorsey's Instagram handle @Goob_U2) | | |
| 161. | Exhibit 6 to John Dorsey Deposition—Goob_us Instagram post re: Stephanie Bennett | | |
| 162. | Exhibit 7 John Dorsey Deposition—January 13, 2023, email correspondence between Steve Denison and Tyrell Sykes (USPA 0000593–96) | | |
| 163. | Exhibit 8 John Dorsey Deposition—Email re: Tyrell Sykes. (DORSEY_0004656) | | |
| 164. | Exhibit 12 John Dorsey Deposition—Goob_u2 Intagram Post re: USPA newsletter | | |
| 165. | Exhibit 13 to John Dorsey Deposition—Goob_u2 text messages (USPA0000605) | | |
| 166. | Exhibit 15 John Dorsey Deposition—Text Message Exchange (DORSEY_0004663) | | |
| 167. | Exhibit 19 John Dorsey Deposition—Goob_u2 instagram post | | |
| 168. | Exhibit 20 John Dorsey Deposition—Goob_u2 instagram post | | |
| 169. | Exhibit 22A John Dorsey Deposition—Text exchange between thewrpf and John Dorsey. (DORSEY_0000015–18) | | |
| 170. | Exhibit 23 John Dorsey Deposition—Text echange between John Dorsey and "redacted". (DORSEY_0004919–21) | | |
| 171. | Exhibit 24 John Dorsey Deposition—Text exchange between Sullivan and John Dorsey (SULL000444) | | |
| 172. | Exhibit 27 John Dorsey Deposition—Goob_u2 instagram post | | |
| 173. | Exhibit 29 John Dorsey Deposition—Stradling cease and desist | | |
| 174. | Exhibit 30 John Dorsey Deposition—Dorsey | | |

-13-

JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | post re: Stradling cease and desist | | |
| 175. | Exhibit 31 John Dorsey Deposition—John Dorsey Podcast Clip | | |
| 176. | Exhibit 32 John Dorsey Deposition—John Dorsey Podcast Clip | | |
| 177. | Exhibit 33 John Dorsey Deposition—John Dorsey Podcast Clip | | |
| 178. | Exhibit 35 John Dorsey Deposition— Text messages between John Dorsey and Ashley Contorno (DORSEY_0000960–64) | | |
| 179. | Exhibit 2 to Mike Tronske Deposition— Expert Report of Jacqueline A. Smart, Dated August 19, 2024 (USPA 0000262–87) | | |
| 180. | Exhibit 3 to Mike Tronske Deposition— USPA P/L Table, January - May 2024 | | |
| 181. | Exhibit 4 to Mike Tronske Deposition— USPA P/L Table, January - December 2020 | | |
| 182. | Exhibit 5 to Mike Tronske Deposition— USPA Letter to Members re: Johnny Lane departure and cancelled events (USPA 000815–16) | | |
| 183. | Exhibit 6 to Mike Tronske Deposition—June 8, 2020 Email to USPA from D. Futten re: Mindy Lane (USPA 0000853–55) | | |
| 184. | Exhibit 1 Denison Deposition—Screenshot of USPA Website's Homepage | | |
| 185. | Exhibit 2 Denison Deposition—Screenshot Sterling Volunteers' Website | | |
| 186. | Exhibit 3 Denison Deposition—Screenshot of USPA's Facebook Page Timeline | | |
| 187. | Exhibit 4 Denison Deposition—Screenshot of USPA's Facebook Page's About Section | | |
| 188. | Exhibit 5 Denison Deposition—Screenshot of Steve Denison's Facebook Timeline | | |
| 189. | Exhibit 6 Denison Deposition—Screenshot of USPA's Instagram Page | | |
| 190. | Exhibit 7 Denison Deposition—Screenshot of USPA's Instagram Post Timeline | | |
| 191. | Exhibit 7A Denison Deposition—Instagram Post Quoting Anne Escobedo on Liz Freel | | |
| 192. | Exhibit 8 Denison Deposition—Screenshot of S. Dennison Video Message re: Mistakes, | | |

Stradling Carlson _____ Lawyers Newport Beach

4908-6389-1504v1/107549-0000

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Background Checks, and Misconduct |  |  |
| 193. | Exhibit 12 Denison Deposition—Transcription of conference call "Sullivan-USPA" (USPA0000961–78) |  |  |
| 194. | Exhibit 14 Denison Deposition—February 17, 2022 Email thread between S. Denison, J. Nash, M. Tronske re: Bobby Morgan (USPA0000687–90) |  |  |
| 195. | Exhibit 15 Denison Deposition—Email from Shelley re: HR communication timeline (USPA0000849–50) |  |  |
| 196. | Exhibit 17 Denison Deposition—February 15, 2023, Email from M. Rushdi re: USPA Volunteer Application Form for Stephanie Bennett (USPA 0000684–86) |  |  |
| 197. | Exhibit 18 Denison Deposition—Screenshot of USPA Website's "Code Of Conduct Form" |  |  |
| 198. | Exhibit 21 Denison Deposition—Jul 13, 2022, Email from Mike Tronske to Tricia and Gary Emrich re: Background Checks (USPA 0000651–58) |  |  |
| 199. | Exhibit 22 Denison Deposition—Bruce Takala Instagram Post (DORSEY_0003636) |  |  |
| 200. | Exhibit 23 Denison Deposition—USPA-IPL Meet Directors/Tate Chairs Instagram Post (DORSEY_0001371) |  |  |
| 201. | Exhibit 25 Denison Deposition—January 18, 2023, forwarded Email re: Coaching Certification Issues (DORSEY_0000665–66) |  |  |
| 202. | Exhibit 26 Denison Deposition—Stephanie Stephens Social Media Post (DORSEY_0001141) |  |  |
| 203. | Exhibit 27 Denison Deposition—USPAPower Social Media Post (DORSEY_0000352) |  |  |
| 204. | Exhibit 2 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and Steve Denison (SULL000001) |  |  |
| 205. | Exhibit 4 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and |  |  |

-15-

JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | John Dorsey (SULL000448) |  |  |
| 206. | Exhibit 6 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and John Dorsey (SULL000456) |  |  |
| 207. | Exhibit 7 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and John Dorsey (SULL000611) |  |  |
| 208. | Exhibit 8 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and John Dorsey (SULL000532) |  |  |
| 209. | Exhibit 9 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and John Dorsey (SULL000551) |  |  |
| 210. | Exhibit 10 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and John Dorsey (SULL000516) |  |  |
| 211. | Exhibit 11 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and John Dorsey (SULL000519) |  |  |
| 212. | Exhibit 12 to Joseph Sullivan Deposition—Text messages between Joseph Sullivan and "Dadbod220" (SULL000643) |  |  |
| 213. | Exhibit 16 to Joseph Sullivan Deposition—Text message between Joseph Sullivan and "fatness_evereats" re: Tricia Emrich (SULL000552) |  |  |
| 214. | Exhibit 17 to Joseph Sullivan Deposition—USPA Public Message to Members (SULL000016) |  |  |
| 215. | DORSEY_0001921-DORSEY_0001922 (email sent from USPA and Steve Denison to USPA's meet directors re the Stradling Memo). |  |  |

DATED: March 31, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ Shawn Collins
Shawn Collins
Connor Kridle
Michael Mosher

Attorneys for Plaintiff

-16-

JOINT EXHIBIT LIST

4908-6389-1504v1/107549-0000

|   |   |   |
|---|---|---|
| DATED: March 31, 2025 | | Denison Powerlifting, Inc.<br>KRONENBERGER ROSENFELD, LLP |
| | | By: */s/ Leah Rosa Vulic*<br>Jeffrey Rosenfeld<br>Leah Rosa Vulic |
| | | Attorneys for Defendant<br>John Dorsey |
| DATED: March 31, 2025 | | RM WARNER, PLC |
| | | By: */s/ Raeesabbas Mohamed*<br>Raeesabbas Mohamed |
| | | Attorneys for Defendant<br>John Dorsey |

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

Under L.R. 5-4.3.4(a)(2)(i), I, Shawn Collins, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:    */s/ Shawn Collins*