UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    8:23-cv-00744-JVS-(KESx)                                    Date: April 2, 2025

Title    Denison Powerlifting Inc. v. John Dorsey et al

Present: The Honorable:    JAMES V. SELNA, U.S. DISTRICT COURT JUDGE

| Priscilla Deason for Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER RE: WITNESS LISTS

      The Court has made a preliminary review of the parties' pretrial filings, including their witness lists. (Docket Numbers 247, 251.) The Court finds substantial duplication and overlap among witnesses. The Court is unlikely to allocate more than four or five days for the taking of evidence: 10.5- 13 hours per side for all direct, cross, redirect, and recross examination. (This does not include voir dire, openings, or closings.) This is consistent with the parties' 5-day estimate for the entire trial in their Rule 26 Report. (Docket No. 36, p.10.)

      The parties are directed review their witness lists in light of the above. The parties are directed to indicate which witnesses they believe in good faith will be called in any event ("no cut players"). Although plaintiff indicates that certain witness will only be called "if the need arises" (Docket No. 247, p. 2), none of the 21 proposed witnesses is so identified.

      The parties are directed to file revised/updated witness lists within seven days.

      **It is so Ordered.**