# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California

U.S. District Court case number: 8:23-cv-00744-JVS-KES

Date case was first filed in U.S. District Court: 04/28/2023

Date of judgment or order you are appealing: 03/04/2025

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant John Dorsey

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

548 Market St., #85399

City: San Francisco   State: CA   Zip Code: 94104

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Leah Rosa Vulic   **Date** Apr 2, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Defendant John Dorsey

Name(s) of counsel (if any):
Jeffrey M. Rosenfeld, Leah Rosa Vulic

Address: 548 Market St., #85399, San Francisco, CA 94104
Telephone number(s): 415-955-1155
Email(s): jeff@kr.law, leah@kr.law

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Plaintiff Denison Powerlifting Inc. dba United States Powerlifting Association

Name(s) of counsel (if any):
Shawn Collins, Connor Kridle, Michael Mosher

Address: 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660
Telephone number(s): 949-725-4000
Email(s): scollins@stradlinglaw.com, ckridle@stradlinglaw.com, mmosher@stradlinglaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                            1                                  *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Defendant John Dorsey

Name(s) of counsel (if any):
Raeesabbas Mohamed

Address: 8283 N. Hayden Road, Suite 229, Scottsdale, AZ 85258

Telephone number(s): 480-331-9397

Email(s): raees@rmwarnerlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              2                          *Rev. 12/01/2018*